**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Terry** | **Frank** | **Nicola** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of __South Carolina__

Case number (if known) __25-01384-JD__

☐ Check if this is an amended filing

Filed By The Court
4/25/2025 4:14 PM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.1** **Estate At Westbury Owners Assoc, Inc**

Creditor's Name

**Board of Directors**

**85 Kensington Blvd**

Number       Street

**Bluffton, SC 29910-4884**

City          State          ZIP Code

**Describe the property that secures the claim:**    $22,625.02    $91,950.00    $0.00

PIN R600 031 000 0266 1106
100 Kensington Blvd Unit 1106 Bluffton, SC 29910-7484 **Estate at Westbury (violation of the automatic stay)**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred        Last 4 digits of account number    1  4  0  7

| Add the dollar value of your entries in Column A on this page. Write that number here: | $22,625.02 |
|---|---|

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* __25-01384-JD__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Debtor 2 | Terry | Frank | Nicola | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br><br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br><br>If any |

**2.2**

| | | | |
|---|---|---|---|
| **Hilton Head Resort** | **Describe the property that secures the claim:** | $43,493.32 | $139,200.00 | $0.00 |

Creditor's Name

**Board of Directors**

**663 William Hilton Pkwy**
Number    Street

**Hilton Head, SC 29928-3506**
City    State    ZIP Code

**PIN R510 012 000 025B 4408**
663 William Hilton Pkwy Unit 4408 Hilton Head Island, SC 29928-3537

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    4    4    0    8

**Remarks:** Alleged HOA fees

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $43,493.32 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | _____ |

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **2** of **16**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.3**

| **Nationstar Mortgage, LLC** | Describe the property that secures the claim: | $211,866.31 | $139,200.00 | $72,666.31 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Department**

**PO Box 619096**

Number    Street

**Dallas, TX 75261-9741**

City    State    ZIP Code

**PIN R510 012 000 025B 4408**
663 William Hilton Pkwy Unit 4408 Hilton Head Island, SC 29928-3537

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred** __01/27/2022__

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number**    4    1    9    2

**2.3**

| **Nationstar Mortgage, LLC (arrearage)** | Describe the property that secures the claim: | $38,281.98 | $139,200.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Department**

**PO Box 619096**

Number    Street

**Dallas, TX 75261-9741**

City    State    ZIP Code

**PIN R510 012 000 025B 4408**
663 William Hilton Pkwy Unit 4408 Hilton Head Island, SC 29928-3537

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred** __01/27/2022__

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number**    4    1    9    2

| Add the dollar value of your entries in Column A on this page. Write that number here: | $211,866.31 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages.<br>Write that number here: | |

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* **25-01384-JD** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

---

**2.4** **Norman Jewelry and Loan**

Describe the property that secures the claim: $3,260.73 | $25,000.00 | $0.00

Creditor's Name

**24777 Telegraph Suite B**

| **Woman's custom made engagement ring** |

Number      Street

**As of the date you file, the claim is:** Check all that apply.

**Southfield, MI 48034**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

City      State      ZIP Code

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred **08/18/2024**    Last 4 digits of account number **1  6  4  7**

**Remarks:** Refuse to Turnover Property of the Estate

---

**2.5** **Polly Nicola**

Describe the property that secures the claim: **unknown** | $2,508.87 | $0.00

Creditor's Name

**2583 Lower Assembly Drive**

| **Komatsu: Northern Trust (1)** |

Number      Street

**As of the date you file, the claim is:** Check all that apply.

**Fort Mill, SC 29708**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

City      State      ZIP Code

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) **Domestic: MSA (Non-Qualifying DSO)**

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

**Remarks:** Marital Settlement Agreement payment (Non-Alimony, Non-Spousal Support, Non-Separate Maintenance). Ex-spouse refuses to turnover collected funds

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $3,260.73 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| **Part 1:** | Additional Page | | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | Do not deduct the value of collateral. | | If any |

---

**2.6**

**Polly Nicola**
Creditor's Name

**2583 Lower Assembly Drive**
Number     Street

**Fort Mill, SC 29708**
City     State     ZIP Code

**Describe the property that secures the claim:**

| Komatsu: Northern Trust (2) |
|---|

| | unknown | $2,356.94 | $0.00 |
|---|---|---|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)   **Domestic: Non-Qualifying DSO**

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** Marital Settlement Agreement payment (Non-Alimony, Non-Spousal Support, Non-Separate Maintenance). Ex-spouse refuses to turnover collected funds

---

**2.7**

**Polly Nicola**
Creditor's Name

**2583 Lower Assembly Drive**
Number     Street

**Fort Mill, SC 29708**
City     State     ZIP Code

**Describe the property that secures the claim:**

| Komatsu: Joy Global |
|---|

| | unknown | $1,242.06 | $0.00 |
|---|---|---|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)   **Domestic: Non-Qualifying DSO**

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** Marital Settlement Agreement payment (Non-Alimony, Non-Spousal Support, Non-Separate Maintenance). Ex-spouse refuses to turnover collected funds

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $0.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

Debtor 1    **Jacqueline    Elizabeth    Ard**

Case number *(if known)* **25-01384-JD**

Debtor 2    **Terry    Frank    Nicola**

First Name    Middle Name    Last Name

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| **2.8** | | | | |
|---|---|---|---|---|

**The Spa on Port Royal Sound**

Describe the property that secures the claim:    **$47,933.53**    **$132,450.00**    **$0.00**

Creditor's Name

**Board of Directors**

| PIN R510 005 000 008B 3218 |
|---|
| **239 Beach City Rd Unit 3218 Hilton Head Island, SC 29926-4718** |

**239 Beach City Rd**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

**Hilton Head, SC 29926-4707**

City    State    ZIP Code

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)    _____

☐ **Check if this claim relates to a community debt**

Date debt was incurred    **09/25/2023**    Last 4 digits of account number    **1  8  1  8**

| **2.9** | | | | |
|---|---|---|---|---|

**Title Max Corporation**

Describe the property that secures the claim:    **$4,565.00**    **$5,736.00**    **$0.00**

Creditor's Name

| 2017 Hyundai Elantra |
|---|
| **Needs Radiator and Transmission Work** |

**15 Bull St**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

**Savannah, GA 31401-2685**

City    State    ZIP Code

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Title Loan**

☐ **Check if this claim relates to a community debt**

Date debt was incurred    **09/01/2024**    Last 4 digits of account number    __ __ __ __

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$52,498.53** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number (if known) __25-01384-JD__ |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.10** **West-Aircomm FCU**

Creditor's Name

| | Describe the property that secures the claim: | $11,243.32 | $10,904.00 | $339.32 |
|---|---|---|---|---|

**c/o Weltman, Weinberg & Reis Co LPA**

> **2018 Jeep Grand Cherokee**
> **Needs Transmission Work**

**5990 West Creek Road Suite 200**

Number     Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Independence, OH 44131**

☐ Unliquidated

City     State     ZIP Code

☑ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only

☑ An agreement you made (such as mortgage or secured car loan)

☑ Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Debtor 1 and Debtor 2 only

☐ Judgment lien from a lawsuit

☐ At least one of the debtors and another

☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

Date debt was incurred     **09/21/2018**     Last 4 digits of account number     **6   2   0   2**

**2.11** **Westlake Financial**

Creditor's Name

| | Describe the property that secures the claim: | $35,584.44 | $7,475.00 | $28,109.44 |
|---|---|---|---|---|

**2 Equity Way Ste 200**

Number     Street

> **2020 Ram Truck ProMaster**
> **Needs Transmission Work Commercial Use**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Westlake, OH 44145-1045**

☐ Unliquidated

City     State     ZIP Code

☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☑ Debtor 1 only

☑ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Debtor 1 and Debtor 2 only

☐ Judgment lien from a lawsuit

☐ At least one of the debtors and another

☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

Date debt was incurred     **03/28/2023**     Last 4 digits of account number     **7   0   8   3**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $46,827.76 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages.<br>Write that number here: | |

Debtor 1    __Jacqueline__    __Elizabeth__    __Ard__
                                                      Case number *(if known)* __25-01384-JD__

Debtor 2    __Terry__    __Frank__    __Nicola__

        First Name    Middle Name    Last Name

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| **Part 1:** | **Additional Page** | | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | Do not deduct the value of collateral. | | If any |

---

**2.12**    **Zeidmans Jewelry**       Describe the property that secures the claim:    **$990.00**    **$3,500.00**    **$0.00**

Creditor's Name

**Thomas LaBret and/or Current President**    | Earrings Ladies Hoop diamonds |

**24810 Evergreen Road**    **As of the date you file, the claim is:** Check all that apply.

Number    Street

**Southfield, MI 48075**    ☐ Contingent
City    State    ZIP Code    ☐ Unliquidated
                       ☐ Disputed

**Who owes the debt?** Check one.    **Nature of lien.** Check all that apply.

☑ Debtor 1 only    ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only    ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Debtor 1 and Debtor 2 only    ☐ Judgment lien from a lawsuit
☐ At least one of the debtors and another    ☐ Other (including a right to offset)    _____

☐ **Check if this claim relates to a community debt**

Date debt was incurred    __07/29/2024__    Last 4 digits of account number    __6__ __2__ __1__ __2__

**Remarks:** Refused to turnover property of the Estate

---

**2.13**    **Zeidmans Jewelry**       Describe the property that secures the claim:    **$172.50**    **$700.00**    **$0.00**

Creditor's Name

**Thomas LaBret and/or Current President**    | Ring Men Wedding Ring |

**24810 Evergreen Road**    **As of the date you file, the claim is:** Check all that apply.

Number    Street

**Southfield, MI 48075**    ☐ Contingent
City    State    ZIP Code    ☐ Unliquidated
                       ☐ Disputed

**Who owes the debt?** Check one.    **Nature of lien.** Check all that apply.

☐ Debtor 1 only    ☑ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only    ☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Debtor 1 and Debtor 2 only    ☐ Judgment lien from a lawsuit
☐ At least one of the debtors and another    ☐ Other (including a right to offset)    _____

☐ **Check if this claim relates to a community debt**

Date debt was incurred    __08/08/2024__    Last 4 digits of account number    __8__ __3__ __0__ __8__

---

Add the dollar value of your entries in Column A on this page. Write that number here:    **$1,162.50**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    _____

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number (if known) | 25-01384-JD |
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | | |

| Part 1: | Additional Page | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

---

**2.14** **Zeidmans Jewelry**

Creditor's Name

**Thomas LaBret and/or Current President**

**24810 Evergreen Road**

Number      Street

**Southfield, MI 48075**

City      State      ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred   **08/09/2024**

Describe the property that secures the claim:   **$172.50**      **$600.00**      **$0.00**

| Earrings Ladies |
|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   **8   7   0   0**

**Remarks:** Refused to Turnover Property of the Estate

---

**2.15** **Zeidmans Jewelry**

Creditor's Name

**Thomas LaBret and/or Current President**

**24810 Evergreen Road**

Number      Street

**Southfield, MI 48075**

City      State      ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred   **08/09/2024**

Describe the property that secures the claim:   **$308.75**      **$1,200.00**      **$0.00**

| Bracelet Ladies |
|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   **8   7   0   1**

**Remarks:** Refused to Turnover Property of the Estate

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$481.25** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

Debtor 1    **Jacqueline**      **Elizabeth**      **Ard**
             First Name         Middle Name        Last Name

Debtor 2    **Terry**           **Frank**          **Nicola**
             First Name         Middle Name        Last Name

Case number *(if known)*  **25-01384-JD**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |

---

**2.16**  **Zeidmans Jewelry**

Creditor's Name

**Thomas LaBret and/or Current President**

**24810 Evergreen Road**
Number      Street

**Southfield, MI 48075**
City      State      ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred   **08/10/2024**

Describe the property that secures the claim:      **$554.00**   **$1,800.00**   **$0.00**

**Bracelet Ladies**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   **8  7  7  5**

Remarks:  Refuse to Turnover Property of the Estate

---

**2.17**  **Zeidmans Jewelry**

Creditor's Name

**Thomas LaBret and/or Current President**

**24810 Evergreen Road**
Number      Street

**Southfield, MI 48075**
City      State      ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred   **08/10/2024**

Describe the property that secures the claim:      **$336.00**   **$1,500.00**   **$0.00**

**Bracelet Ladies**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   **8  7  7  6**

---

Add the dollar value of your entries in Column A on this page. Write that number here:      **$890.00**

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:      _____

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* **25-01384-JD** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | *Amount of claim*<br>Do not deduct the value of collateral. | *Value of collateral that supports this claim* | *Unsecured portion*<br>If any |

**2.18**

| **Zeidmans Jewelry** | Describe the property that secures the claim: | $663.00 | $2,500.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Thomas LaBret and/or Current President**

| Gold Herring Bone Heirloom Necklace |
|---|

**24810 Evergreen Road**

Number     Street

**Southfield, MI 48075**

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred     **08/30/2024**     Last 4 digits of account number     **2   4   5   0**

**Remarks:** Refuse to Turnover Property of the Estate

**2.19**

| **Zeidmans Jewelry** | Describe the property that secures the claim: | $3,344.40 | $23,740.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Thomas LaBret and/or Current President**

| Ladies Custom made Wedding Ring |
|---|

**24810 Evergreen Road**

Number     Street

**Southfield, MI 48075**

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred     **11/30/2024**     Last 4 digits of account number     **2   4   5   1**

**Remarks:** Refuse to Turnover Property of the Estate

| Add the dollar value of your entries in Column A on this page. Write that number here: | $4,007.40 | |
|---|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $387,112.82 | |

Debtor 1    __Jacqueline__    __Elizabeth__    __Ard__    Case number *(if known)* __25-01384-JD__

Debtor 2    __Terry__    __Frank__    __Nicola__
            First Name    Middle Name    Last Name

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

**1.** __Bromley Law Firm LLC__
Name
__Evan K. Bromley__

__211 Goethe Rd Ste B__
Number        Street
__Bluffton, SC 29910-6014__
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? __2.1__

Last 4 digits of account number    ___ ___ ___ ___

---

**2.** __Julie A. Franklin, Esq__
Name
__Po Box 2976__
Number        Street

__Bluffton, SC 29910-2976__
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? __2.1__

Last 4 digits of account number    ___ ___ ___ ___

---

**3.** __Jones, Simpson, and Newton PA__
Name
__Attn: Wm Weston J Newton__

__7 Plantation Park Drive Suite 3__
Number        Street
__Bluffton, SC 29910__
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? __2.2__

Last 4 digits of account number    ___ ___ ___ ___

---

**4.** __Nationstar Mortgage, LLC__
Name
__Attn: Bankruptcy Department__

__PO Box 619096__
Number        Street
__Dallas, TX 75261-9741__
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? __2.3__

Last 4 digits of account number    ___ ___ ___ ___

---

**5.** __Nationstar Mortgage, LLC__
Name
__James Page Bell Carrington Price & Gregg, LLC__

__339 Heyward St, Second Floor__
Number        Street
__Columbia, SC 29201-4390__
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? __2.3__

Last 4 digits of account number    __4__ __1__ __9__ __2__

---

**6.** __Taybron Law Firm LLC__
Name
__3399 Churchview Ave__
Number        Street

__Pittsburgh, PA 15227-4358__
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? __2.5__

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | List Others to Be Notified for a Debt That You Already Listed - Additional Page |
|---|---|

---

**7.** **Morgan Lewis & Bockius LLP**
Name

**Attn: Matt Hawes**

**One Oxford Centre, Thirty-Second FLR**
Number       Street

**Pittsburgh, PA 15219-6401**
City                              State       ZIP Code

On which line in Part 1 did you enter the creditor? **2.5**

Last 4 digits of account number     ___ ___ ___ ___

---

**8.** **Komatsu Benefit Dept**
Name

**Mark Harder**

**401 E Greenfield Ave**
Number       Street

**Milwaukee, WI 53204-2941**
City                              State       ZIP Code

On which line in Part 1 did you enter the creditor? **2.5**

Last 4 digits of account number     ___ ___ ___ ___

---

**9.** **Taybron Law Firm LLC**
Name

**3399 Churchview Ave**
Number       Street

**Pittsburgh, PA 15227-4358**
City                              State       ZIP Code

On which line in Part 1 did you enter the creditor? **2.6**

Last 4 digits of account number     ___ ___ ___ ___

---

**10.** **Komatsu Benefit Dept**
Name

**Mark Harder**

**401 E Greenfield Ave**
Number       Street

**Milwaukee, WI 53204-2941**
City                              State       ZIP Code

On which line in Part 1 did you enter the creditor? **2.6**

Last 4 digits of account number     ___ ___ ___ ___

---

**11.** **Morgan Lewis & Bockius LLP**
Name

**Attn: Matt Hawes**

**One Oxford Centre, Thirty-Second FLR**
Number       Street

**Pittsburgh, PA 15219-6401**
City                              State       ZIP Code

On which line in Part 1 did you enter the creditor? **2.6**

Last 4 digits of account number     ___ ___ ___ ___

---

**12.** **Taybron Law Firm LLC**
Name

**3399 Churchview Ave**
Number       Street

**Pittsburgh, PA 15227-4358**
City                              State       ZIP Code

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number     ___ ___ ___ ___

---

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | Case number *(if known)* **25-01384-JD** | |
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | List Others to Be Notified for a Debt That You Already Listed - Additional Page |
|---|---|

---

**13.** **Komatsu Benefit Dept**
Name

**Mark Harder**

**401 E Greenfield Ave**
Number        Street

**Milwaukee, WI 53204-2941**
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number ___ ___ ___ ___

---

**14.** **Morgan Lewis & Bockius LLP**
Name

**Attn: Matt Hawes**

**One Oxford Centre, Thirty-Second FLR**
Number        Street

**Pittsburgh, PA 15219-6401**
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number ___ ___ ___ ___

---

**15.** **Law Office of Scott M. Wild LLC**
Name

**Scott M. Wild**

**37 New Orleans Road Suite F**
Number        Street

**Hilton Head Island, SC 29928**
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.8**

Last 4 digits of account number ___ ___ ___ ___

---

**16.** **Mutterer Law Firm, LLC**
Name

**Jannine M. Mutterer, Esq**

**5 Red Cedar Street Suite 102**
Number        Street

**Bluffton, SC 29910**
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.8**

Last 4 digits of account number ___ ___ ___ ___

---

**17.** **West-Aircomm FCU**
Name

**485 Buffalo St POB 568**
Number        Street

**Beaver, PA 15009**
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.10**

Last 4 digits of account number ___ ___ ___ ___

---

**18.** **Best Law, PA**
Name

**Tara E. Nauful**

**P.O. Box 2374**
Number        Street

**Mount Pleasant, SC 29465**
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.12**

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1 __Jacqueline__   __Elizabeth__   __Ard__

Debtor 2 __Terry__   __Frank__   __Nicola__

First Name   Middle Name   Last Name

Case number *(if known)* __25-01384-JD__

| Part 2: | List Others to Be Notified for a Debt That You Already Listed - Additional Page |
|---|---|

**19.** **Best Law, PA**
Name

**Tara E. Nauful**

**P.O. Box 2374**
Number          Street

**Mount Pleasant, SC 29465**
City          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.13**

Last 4 digits of account number ___ ___ ___ ___

**20.** **Best Law, PA**
Name

**Tara E. Nauful**

**P.O. Box 2374**
Number          Street

**Mount Pleasant, SC 29465**
City          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.14**

Last 4 digits of account number ___ ___ ___ ___

**21.** **Best Law, PA**
Name

**Tara E. Nauful**

**P.O. Box 2374**
Number          Street

**Mount Pleasant, SC 29465**
City          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.15**

Last 4 digits of account number ___ ___ ___ ___

**22.** **Best Law, PA**
Name

**Tara E. Nauful**

**P.O. Box 2374**
Number          Street

**Mount Pleasant, SC 29465**
City          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.16**

Last 4 digits of account number ___ ___ ___ ___

**23.** **Best Law, PA**
Name

**Tara E. Nauful**

**P.O. Box 2374**
Number          Street

**Mount Pleasant, SC 29465**
City          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.17**

Last 4 digits of account number ___ ___ ___ ___

**24.** **Best Law, PA**
Name

**Tara E. Nauful**

**P.O. Box 2374**
Number          Street

**Mount Pleasant, SC 29465**
City          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.18**

Last 4 digits of account number ___ ___ ___ ___

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* 25-01384-JD |
| --- | --- | --- | --- | --- |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed - Additional Page |
| --- | --- |

| 25. | Best Law, PA | On which line in Part 1 did you enter the creditor? 2.19 |
| --- | --- | --- |
| | Name | |
| | Tara E. Nauful | Last 4 digits of account number ___ ___ ___ ___ |
| | P.O. Box 2374 | |
| | Number          Street | |
| | Mount Pleasant, SC 29465 | |
| | City                    State          ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Terry** | **Frank** | **Nicola** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of __South Carolina__

Case number __25-01384-JD__
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.** **Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☑ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Beaufort Co Treasurer** | Last 4 digits of account number    **3   2   1   8** | **$3,702.32** | **unknown** | **$3,702.32** |

Priority Creditor's Name

**Po Box Drawer 487**
Number         Street

When was the debt incurred?        **01/15/2025**

_____

**Beaufort, SC 29901**
City         State         ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Real Estate Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** PIN: R510-005-000-008B-3218

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* **25-01384-JD** |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

### 2.2

**Beaufort Co Treasurer**
Priority Creditor's Name

**PO Box Drawer 487**
Number        Street

**Beaufort, SC 29901**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    1   1   0   6

**When was the debt incurred?**    01/15/2025

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Real Estate Taxes**

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|
| **$2,021.07** | unknown | **$2,021.07** |

**Remarks:** PIN: R600-031-000-0266-1106

### 2.3

**Beaufort Co Treasurer**
Priority Creditor's Name

**P.O. Box Drawer 487**
Number        Street

**Beaufort, SC 29901**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    4   4   0   5

**When was the debt incurred?**    01/15/2025

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Real Estate Taxes**

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|
| **$3,761.77** | unknown | **$3,761.77** |

**Remarks:** PIN: R510-012-000-025B-4405

Debtor 1 <u>__Jacqueline_____Elizabeth_____Ard_____</u>

Debtor 2 <u>__Terry_____Frank_____Nicola_____</u>
    First Name         Middle Name        Last Name

Case number *(if known)* <u>25-01384-JD</u>

---

**Part 1:**     **Your PRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.4**   **City of Detroit Property Tax**

Priority Creditor's Name

**Property Tax**

**PO Box 33193**

Number    Street

**Detroit, MI 48232**

City     State     ZIP Code

Last 4 digits of account number   7   3   7   1     **$952.72**    **unknown**    **$952.72**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Real Estate Taxes** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**2.5**   **City of Detroit Property Tax**

Priority Creditor's Name

**Property Tax**

**PO Box 33193**

Number    Street

**Detroit, MI 48232**

City     State     ZIP Code

Last 4 digits of account number   1   1   0   9     **$846.53**    **unknown**    **$846.53**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Real Estate Taxes** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Debtor 2 | **Terry** | **Frank** | **Nicola** | Case number *(if known)*  **25-01384-JD** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 1:   Your PRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

### 2.6

**City of Detroit Water and Sewerage Dept**
Priority Creditor's Name

**735 Randolph St**
Number    Street

**Detroit, MI 48226-2830**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **0   3   0   1**     $1,383.51    unknown    $1,383.51

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Utilities**_____

### 2.7

**City of Detroit Water and Sewerage Dept**
Priority Creditor's Name

**735 Randolph St**
Number    Street

**Detroit, MI 48226-2830**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **3   3   0   1**     $1,782.38    unknown    $1,782.38

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Utilities**_____

Debtor 1  __Jacqueline_____Elizabeth_____Ard_____
          First Name              Middle Name         Last Name

Debtor 2  __Terry_____Frank_____Nicola_____
          First Name              Middle Name         Last Name      Case number *(if known)* __25-01384-JD__

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.8** **Consumer Energy Company**
Priority Creditor's Name

**Attn: Legal Dept**

**One Energy Plaza Dr**
Number        Street

**Jackson, MI 49201-2357**
City            State          ZIP Code

Last 4 digits of account number   **8** **5** **2** **5**      $347.83    $347.83    $0.00

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Utilities**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Utility Services

**2.9** **County of Allegheny Treasurer**
Priority Creditor's Name

**Room 108 Courthouse**

**436 Grant St**
Number        Street

**Pittsburgh, PA 15219**
City            State          ZIP Code

Last 4 digits of account number   **P** **1** **4** **6**      $116.36    unknown    $116.36

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Real Estate Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  __Jacqueline____ __Elizabeth____ __Ard_____

Debtor 2  __Terry_____ __Frank_____ __Nicola_____
   First Name     Middle Name    Last Name

Case number *(if known)* __25-01384-JD__

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.10**

**East Pittsburgh Borough**
Priority Creditor's Name

**813 Linden Ave**
Number    Street

**East Pittsburgh, PA 15112**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** 513 Main

Last 4 digits of account number  **P**  **1**  **4**  **6**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim?**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify **Real Estate Taxes** _____

$363.96 | unknown | $363.96

**2.11**

**Jordan Tax Service**
Priority Creditor's Name

**102 Rahway Rd**
Number    Street

**McMurray, PA 15317**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **P**  **1**  **4**  **6**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim?**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify **Real Estate Taxes** _____

$1,179.46 | unknown | $1,179.46

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Case number *(if known)* __25-01384-JD__

| Debtor 2 | Terry | Frank | Nicola | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 1:    Your PRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.12  Lincoln Township**
Priority Creditor's Name

**P.O. Box 239**
Number        Street

_____

**Lake George, MI 48633**
City          State          ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **7   0   0   1**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Real Estate Taxes**

Total claim **$1,638.11**   Priority amount **unknown**   Nonpriority amount **$1,638.11**

---

**2.13  Lincoln Township**
Priority Creditor's Name

**P.O. Box 239**
Number        Street

_____

**Lake George, MI 48633**
City          State          ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** 5154 Oak Run

Last 4 digits of account number    **1   6   0   0**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Real Estate Taxes**

Total claim **$1,711.02**   Priority amount **unknown**   Nonpriority amount **$1,711.02**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | | Case number *(if known)* __25-01384-JD__ |

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.14** **Pittsburgh Water**

Priority Creditor's Name

**Penn Liberty Plaza I**

**1200 Penn Avenue**

Number        Street

**Pittsburgh, PA 15222**

City          State        ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    M   A   I   N

When was the debt incurred?    03/23/2019

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify __Utilities__

Total claim: __unknown__    Priority amount: __unknown__    Nonpriority amount: __unknown__

**2.15** **SC Department of Revenue**

Priority Creditor's Name

**Office of General Counsel**

**300A Outlet Point Blvd**

Number        Street

**Columbia, SC 29210**

City          State        ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    3   7   4   8

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

Total claim: __$0.00__    Priority amount: __unknown__    Nonpriority amount: __$0.00__

Debtor 1    Jacqueline    Elizabeth    Ard
Debtor 2    Terry    Frank    Nicola

Case number *(if known)* 25-01384-JD

First Name    Middle Name    Last Name

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.16**

**Wayne Co Treasurer**
Priority Creditor's Name

**400 Monroe 5th floor**
Number    Street

**Detroit, MI 48226**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    7  3  7  1     **$1,238.00**    unknown    **$1,238.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify    **Real Estate Taxes**

**2.17**

**Wayne Co Treasurer**
Priority Creditor's Name

**400 Monroe 5th Floor**
Number    Street

**Detroit, MI 48266**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    1  1  0  9     **$1,006.69**    unknown    **$1,006.69**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify    **Real Estate Taxes**

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* 25-01384-JD

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

### 4.1

**ADT LLC**
Nonpriority Creditor's Name

**PO Box 371878**
Number        Street

**Pittsburgh, PA 15250-7878**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   9   0   9   4

**When was the debt incurred?**        10/01/2024

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Consumer debt**

Total claim   **$1,599.69**

### 4.2

**Advantage Aviator**
Nonpriority Creditor's Name

**Attn Bankruptcy Department**

**140 Coorperate Blvd**
Number        Street

**Norfolk, VA 23502**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   7   5   4   0

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

Total claim   **$20,400.68**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Terry | Frank | Nicola | | Case number *(if known)* __25-01384-JD__ |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.3**

| American Express National Bank | Last 4 digits of account number | **4** **0** **0** **2** | $42,254.50 |
|---|---|---|---|

Nonpriority Creditor's Name

**Becket and Lee LLP**

When was the debt incurred?    __07/1/2023__

**P.O. Box 3001**

Number          Street

**Malvern, PA 19355**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.4**

| American Express National Bank | Last 4 digits of account number | **2** **0** **0** **6** | $1,172.92 |
|---|---|---|---|

Nonpriority Creditor's Name

**Becket and Lee LLP**

When was the debt incurred?    __06/01/2024__

**P.O. Box 3001**

Number          Street

**Malvern, PA 19355**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** |

Case number *(if known)* **25-01384-JD**

| First Name | Middle Name | Last Name |
|---|---|---|

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.5**    **Armstrong Cable**

Nonpriority Creditor's Name

**PO Box 37749**

Number            Street

**Philadelphia, PA 19101-5049**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **1    1    0    3**            $306.17

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Ultilies**

---

**4.6**    **Associated Credit Services**

Nonpriority Creditor's Name

**PO Box 1201**

Number            Street

**Tewksbury, MA 01876-0901**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **8    8    3    3**            $199.99

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

### 4.7  AT&T

Nonpriority Creditor's Name

**PO Box 5014**

Number          Street

**Carol Stream, IL 60197-5014**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **8   8   2   7**          **$606.86**

**When was the debt incurred?**     __09/15/2024__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Utilities**

### 4.8  AT&T

Nonpriority Creditor's Name

**PO Box 5014**

Number          Street

**Carol Stream, IL 60197-5014**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **4   2   2   7**          **$434.13**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Utilities**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* 25-01384-JD |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                **Total claim**

---

**4.9**   **AWA Collections**

Nonpriority Creditor's Name

**Santa Rosa Emergency**

**PO Box 6605**

Number          Street

**Orange, CA 92863**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Bill**

---

**4.10**   **Barkley's Bank Navyist Reward**                                         **$12,856.00**

Nonpriority Creditor's Name

**Attn Card Services Legal**

**PO Box 8833**

Number          Street

**Wilmington, DE 19899-8902**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **2   1   6   4**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* __25-01384-JD__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                      Total claim

---

**4.11** | **Beaumont Medical Transport Services**

Nonpriority Creditor's Name

**950 West Maple St Ste. C**

Number          Street

**Troy, MI 48084**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     **3   2   7   2**          $397.50

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Bill**

---

**4.12** | **Capital One Auto Finance**

Nonpriority Creditor's Name

**AIS Portfolio Services, LLC**

**4515 N Santa Fe Ave. Dept. APS**

Number          Street

**Oklahoma City, OK 73118**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     **7   7   4   3**          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Consumer Debt**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number (if known) **25-01384-JD** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.13  CitiBank Best Buy

Nonpriority Creditor's Name

**P.O. Box 790034**

Number          Street

**Saint Louis, MO 63179-0034**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    6    6    9    2

When was the debt incurred?          09/12/2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$2,942.86**

### 4.14  Comenity Caesars Rewards

Nonpriority Creditor's Name

**PO Box 650960**

Number          Street

**Dallas, TX 75265**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    0    3    0    5

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**$5,181.32**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* __25-01384-JD__ |
| | First Name | Middle Name | Last Name | |

| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.15**    **Coyne Oil**

Nonpriority Creditor's Name

**Attn: Rose**

**513 W 5th St**

Number        Street

**Clare, MI 48617-9405**

City        State        ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **3** **1** **2** **9**    **$64.00**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Utilities**

---

**4.16**    **DTE Energy**

Nonpriority Creditor's Name

**Attention Legal Department**

**PO Box 740786**

Number        Street

**Cincinnati, OH 45274-0786**

City        State        ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **8** **9** **1** **4**    **$1,271.71**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Utilities**

**Remarks:** Utility Services 15826 Appoline

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Case number *(if known)* __25-01384-JD__

| Debtor 2 | Terry | Frank | Nicola | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.17  DTE Energy

Nonpriority Creditor's Name

**Attention Legal Department**

**PO Box 740786**

Number            Street

**Cincinnati, OH 45274-0786**

City              State              ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    8  9  2  2         **$1,730.37**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Utilities**

### 4.18  First Energy - Penn Power

Nonpriority Creditor's Name

**PO Box 16001**

Number            Street

**reading, PA**

City              State              ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    7  2  8  4         **$2,780.70**

**When was the debt incurred?**    __07/25/2024__

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   _____

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Case number *(if known)* __25-01384-JD__

| Debtor 2 | Terry | Frank | Nicola | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.19  Fortiva Bobs Discount

Nonpriority Creditor's Name

**TBOM - ATLSA**

**6 Concourse Parkway Second Floor**
Number         Street

**Atlanta, GA 30328**
City              State              ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **3   5   6   2**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**$2,182.29**

### 4.20  Go-Store It

Nonpriority Creditor's Name

**33 Parmenter Rd.**
Number         Street

**Bluffton, SC 29910**
City              State              ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **1   0   5   4**

When was the debt incurred?   **09/30/2024**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Storage Bill**

**$608.20**

**Remarks:** D0013-15x15x8

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| | | Total claim |
|---|---|---|

**4.21** **Go-Store It**
Nonpriority Creditor's Name

**33 Parmenter Rd.**
Number          Street

**Bluffton, SC 29910**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** A0002

Last 4 digits of account number    8  8  0  4          **$96.00**

**When was the debt incurred?**          **11/01/2024**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Storage Bill**

**4.22** **Go-Store It**
Nonpriority Creditor's Name

**33 Parmenter Rd.**
Number          Street

**Bluffton, SC 29910**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** C0029

Last 4 digits of account number    1  0  9  6          **$507.60**

**When was the debt incurred?**          **10/01/2024**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Storage Bill**

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Case number *(if known)* __25-01384-JD__

| Debtor 2 | Terry | Frank | Nicola | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.23   Go-Store It
Nonpriority Creditor's Name

**33 Parmenter Rd.**
Number          Street

**Bluffton, SC 29910**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** E0004A

**Last 4 digits of account number**   1   0   6   8          **$343.20**

**When was the debt incurred?**   __10/01/2024__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Storage Bill**

### 4.24   Go-Store It
Nonpriority Creditor's Name

**33 Parmenter Rd.**
Number          Street

**Bluffton, SC 29910**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** A0003

**Last 4 digits of account number**   1   0   9   5          **$291.80**

**When was the debt incurred?**   __10/01/2024__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Storage Bill**

| Debtor 1 | Jacqueline | Elizabeth | Ard |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number *(if known)* 25-01384-JD

| Debtor 2 | Terry | Frank | Nicola |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.25**   **Hilton Head Resort**
Nonpriority Creditor's Name

**Board of Directors**

**663 William Hilton Pkwy**
Number      Street

**Hilton Head, SC 29928-3506**
City      State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   1   3   0   5     **$5,297.63**

**When was the debt incurred?**    06/30/2023

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **HOA fines**

---

**4.26**   **Home Depot Commercial**
Nonpriority Creditor's Name

**Centralized bankruptcy**

**PO Box 790034**
Number      Street

**Saint Louis, MO 63179**
City      State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   2   8   0   8     **$10,381.06**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                **Total claim**

---

**4.27**   **Home Depot Loan**
Nonpriority Creditor's Name

**P.O. Box 2730**
Number          Street

**Alpharetta, GA 30023**
City                State              ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **6   7   1   9**            **$2,672.38**

When was the debt incurred?        __03/13/2018__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

---

**4.28**   **Hughes Network Systems**
Nonpriority Creditor's Name

**PO Box 96874**
Number          Street

**Chicago, IL 60693-6874**
City                State              ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **2   9   3   6**            **$0.00**

When was the debt incurred?        __11/01/2024__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Utilities**

---

| | | | |
|---|---|---|---|
| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Terry** | **Frank** | **Nicola** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **25-01384-JD**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

|  | Total claim |

---

**4.29** **JPMC**

Nonpriority Creditor's Name

**c/o National Bankruptcy Services, LLC**

**PO Box 9013**

Number          Street

**Addison, TX 75001**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **5   6   7   1**

When was the debt incurred?   **01/03/2024**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**$17,242.49**

---

**4.30** **JPMorgan Chase Bank, N.A.**

Nonpriority Creditor's Name

**Robertson, Anschutz, Schneid, Crane**

**6409 Congress Avenue Ste. 100**

Number          Street

**Boca Raton, FL 33487**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **5   0   4   2**

When was the debt incurred?   **03/22/2024**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**$17,349.55**

---

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* __25-01384-JD__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

### 4.31   JPMorgan Chase Bank, N.A.

Nonpriority Creditor's Name

**Robertson, Anschutz, Schneid, Crane**

**6409 Congress Avenue 100**

Number            Street

**Boca Raton, FL 33487**

City            State            ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   0   9   4   9

**When was the debt incurred?**   03/28/2024

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**$33,411.50**

---

### 4.32   Kohls

Nonpriority Creditor's Name

**PO Box 3043**

Number            Street

**Milwaukee, WI 53201-3043**

City            State            ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __   __   __   __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**$1,405.66**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* | 25-01384-JD |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | | |

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

---

**4.33**

**LVNV Funding, LLC**
Nonpriority Creditor's Name

**Resurgent Captial Services**

**PO Box 10587**
Number          Street

**Greenville, SC 29603-0587**
City            State           ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Uniform Claim ID: RSG-00248-804400462

Last 4 digits of account number   **5   1   4   3**          $267.15

**When was the debt incurred?**          **10/09/2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

**4.34**

**LVNV Funding, LLC**
Nonpriority Creditor's Name

**Resurgent Captial Services**

**PO Box 10587**
Number          Street

**Greenville, SC 29603-0587**
City            State           ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Uniform Claim ID: RSG-00248-804407818

Last 4 digits of account number   **6   9   7   8**          $801.28

**When was the debt incurred?**          **10/09/2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number (if known) 25-01384-JD |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

### 4.35 Medical University of South Carolina
Nonpriority Creditor's Name

**1 Poston Rd Ste 220**
Number          Street

**Charleston, SC 29407**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   7   2   7   5

**When was the debt incurred?**   04/08/2025

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Medical Bill**

**Total claim:** unknown

### 4.36 NES
Nonpriority Creditor's Name

**2479 Edison Blvd Unit A**
Number          Street

**Twinsburg, OH 44087**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   3   7   1   3

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Total claim:** $10,323.49

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* | 25-01384-JD |
|---|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | | |

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.37**

**NES**
Nonpriority Creditor's Name

**2479 Eddison Blvd Unit A**
Number          Street

**Twinsburg, OH 44087**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    3  4  0  3          **$8,960.51**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**4.38**

**Office Depot Commercial**
Nonpriority Creditor's Name

**PO Box 70612**
Number          Street

**Philadelphia, PA 19176-0612**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    0  3  6  0          **$1,889.18**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.39**   **Ohio Turnpike Easy Pass**

Nonpriority Creditor's Name

**PO Box 94672**

Number     Street

**Cleveland, OH 44101**

City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___     **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Tickets**

---

**4.40**   **Pacer Service Center**

Nonpriority Creditor's Name

**PO Box 780549**

Number     Street

**San Antonio, TX 78278**

City     State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 3 3 6 3     **$1,035.20**

**When was the debt incurred?** 03/10/2025

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Consumer Debt**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number *(if known)* __25-01384-JD__

| Debtor 2 | Terry | Frank | Nicola |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.
           **Total claim**

---

**4.41** | **Palmetto Electric**

Nonpriority Creditor's Name

**Attn: Michelle Tyler**

**111 Matthews Drive**
Number      Street

**Hilton Head Island, SC 29926**
City    State    ZIP Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Remarks:** Utility Services for 3218

Last 4 digits of account number   **4  0  0  7**    **$856.04**

When was the debt incurred?   __01/27/2025__

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Utilities**

---

**4.42** | **Palmetto Electric**

Nonpriority Creditor's Name

**Attn: Michelle Tyler**

**111 Matthews Drive**
Number      Street

**Hilton Head Island, SC 29926**
City    State    ZIP Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Remarks:** Utility Service for 4408

Last 4 digits of account number   **4  0  0  9**    **unknown**

When was the debt incurred?   __02/10/2025__

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Utilities**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* 25-01384-JD |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    **Total claim**

---

**4.43** **Palmetto Electric**

Nonpriority Creditor's Name

**Attn: Michelle Tyler**

**111 Matthews Drive**

Number          Street

**Hilton Head Island, SC 29926**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Utiliy Service for 4405

Last 4 digits of account number   **4   0   0   8**           **unknown**

When was the debt incurred?          **02/20/2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Utilities**

---

**4.44** **Peoples Gas**

Nonpriority Creditor's Name

**PO Box 644760**

Number          Street

**Pittsburgh, PA 15264-4760**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **1   6   3   9**           **$860.53**

When was the debt incurred?          **04/23/2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Utilities**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.45**  **PODS**

Nonpriority Creditor's Name

**Legal Department**

**5585 Rio Vista Dr.**

Number            Street

**Clearwater, FL 33760**

City              State            ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **4   6   1   4**      $1,883.00

**When was the debt incurred?**       __10/01/2024__

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Storage Bill**

---

**4.46**  **Quantum3 Group LLC**

Nonpriority Creditor's Name

**Agent for Crown Asset Management LLC**

**PO Box 788**

Number            Street

**Kirkland, WA 98083-0788**

City              State            ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **7   0   0   2**      $4,073.98

**When was the debt incurred?**       __09/05/2023__

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**Remarks:** Uniform Claim ID: Q2141424518

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* | **25-01384-JD** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.47**

**Resurgent Receivables, LLC**
Nonpriority Creditor's Name

**Resurgent Capital Services**

**PO Box 10587**
Number          Street

**Greenville, SC 29603-0587**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Uniform Claim ID: RSG-00248-804427110

Last 4 digits of account number   **7   4   7   8**

When was the debt incurred?   **05/15/2024**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**$485.80**

---

**4.48**

**SC Department of Motor Vehicles**
Nonpriority Creditor's Name

**PO Box 1498**
Number          Street

**Blythewood, SC 29016-0028**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **7   0   2   5**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Tickets**

**unknown**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* 25-01384-JD

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

### 4.49

**Synchrony Bank**
Nonpriority Creditor's Name

**Paypal Credit**

**PO Box 669809**
Number          Street

**Dallas, TX 75266**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    1  3  5  4

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

$3,493.08

### 4.50

**Synchrony Bank Sams Business**
Nonpriority Creditor's Name

**PO Box 669809**
Number          Street

**Dallas, TX 75266**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    5  4  8  7

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

$6,016.04

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | 25-01384-JD |
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | | |

**Part 2:     Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

---

**4.51    Synchrony Bank Sams Master Card**

Nonpriority Creditor's Name

**PO Box 669809**

Number                Street

**Dallas, TX 75266**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    7   8   2   2               $8,690.41

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

**4.52    Synchrony Bank Score Rewards**

Nonpriority Creditor's Name

**PO Box 669809**

Number                Street

**Dallas, TX 75266**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___               $854.71

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* 25-01384-JD |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.53 TD Bank

Nonpriority Creditor's Name

**PO Box 840**

Number          Street

**Columbus, GA 31908**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    2  5  7  3          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Bank Account**

### 4.54 TD Bank

Nonpriority Creditor's Name

**Target**

**PO Box 673**

Number          Street

**Minneapolis, MN 55440-0673**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    3  4  7  7          **$2,398.35**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

Debtor 1    Jacqueline    Elizabeth    Ard

Debtor 2    Terry    Frank    Nicola

| First Name | Middle Name | Last Name |

Case number *(if known)*  25-01384-JD

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.55**    **The Huntington National Bank**

Nonpriority Creditor's Name

**PO Box 89424 OPC856**

Number          Street

**Cleveland, OH 44101**

City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **3    0    5    8**

When was the debt incurred?    **10/26/2023**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

**$12,878.39**

---

**4.56**    **The Huntington National Bank**

Nonpriority Creditor's Name

**PO Box 89424 OPC856**

Number          Street

**Cleveland, OH 44101**

City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **7    0    4    3**

When was the debt incurred?    **07/24/2023**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

**$14,395.02**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.57**

**The Woodlands at Saint Barnabas, inc**
Nonpriority Creditor's Name

**Thomas E. Breath**

**128 West Cunningham St**
Number          Street

**Butler, PA 16001**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Dillon, McCandless, King, Coulter & Graham, LLP

Last 4 digits of account number   **1   0   1   8**

**When was the debt incurred?**   __10/04/2024__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Rent**

**$58,550.40**

---

**4.58**

**Thomas and Claudia Crook**
Nonpriority Creditor's Name

**Attn Braun Kendrick Finkbeiner, PLC**

**4301 Fashion Square Blvd**
Number          Street

**Saginaw, MI 48603**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Legal Dispute**

**unknown**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* 25-01384-JD |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.59  T-Mobile

Nonpriority Creditor's Name

**PO Box 742596**

Number          Street

**Cincinnati, OH 45274-2596**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   6  2  3  7

**When was the debt incurred?**   10/01/2024

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Debt**

**$956.78**

### 4.60  Traffic Magistrate

Nonpriority Creditor's Name

**4819 Bluffton Parkway**

Number          Street

**Bluffton, SC 29910**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Ticket**

**unknown**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Terry | Frank | Nicola | Case number *(if known)* | 25-01384-JD |
| | First Name | Middle Name | Last Name | | |

**Part 2:**  **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.61**  **U.S. Department of Education c/o Nelnet**

Nonpriority Creditor's Name

**121 South 13th St**

Number            Street

**Lincoln, NE 68508**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   3  7  4  8        $76,223.69

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.62**  **Verizon**

Nonpriority Creditor's Name

**Wireless Bankruptcy Administration**

**500 Technology Dr Ste. 500**

Number            Street

**Saint Charles, MO 63304**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   0  0  0  1        $987.01

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* 25-01384-JD |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims – Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                                    **Total claim**

---

**4.63**   **West Virginia EZ Pass**

Nonpriority Creditor's Name

**300 Spruce St.**

Number          Street

**Morgantown, WV 26505**

City             State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __                                **unknown**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Ticket**

---

**4.64**   **Wright's Custom Body Shop LLC**

Nonpriority Creditor's Name

**1216 Leeson Ave**

Number          Street

**Cadillac, MI 49601-9097**

City             State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   2  6  6  1                                **unknown**

**When was the debt incurred?**   04/14/2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   _____

**Remarks:**  Progressive Insurance Claim 23-7602661

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* 25-01384-JD |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

---

**Part 3:      List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**1.**

Detroit Water and Sewerage Dept
Name

Po Box 554899
Number          Street

Detroit, MI 48255-4899
City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **2.6** of *(Check one):*   ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**2.**

Detroit Water and Sewerage Dept
Name

Po Box 554899
Number          Street

Detroit, MI 48255-4899
City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **2.7** of *(Check one):*   ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**3.**

ADT Security Services
Name

PO Box 650485
Number          Street

Dallas, TX 75265-0485
City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.1** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**4.**

Portfolio Recovery
Name

PO Box 8828
Number          Street

Wilmington, DE 19899
City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.2** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**5.**

Armstrong Cable
Name

437 North Main St
Number          Street

Butler, PA 16001
City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.5** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**6.**

Valor Intelligent Processing, LLC
Name

12005 Ford Rd 700
Number          Street

Dallas, TX 75234
City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.7** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number (if known) 25-01384-JD |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

**7** AT&T

Name

**PO Box 5080**

Number      Street


**Carol Stream, IL 60197-5014**

City            State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.8** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**8** Americollect

Name

**PO Box 2080**

Number      Street


**Manitowoc, WI 54221-2080**

City            State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.11** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**9** Penn Power

Name

**PO Box 3687**

Number      Street


**Akron, OH 44309-3687**

City            State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.18** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**10** Fortiva

Name

**PO Box 650721**

Number      Street


**Dallas, TX 75265**

City            State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.19** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**11** Go-Store it Management, LLC

Name

**6805 Carnegie Blvd. Ste 250**

Number      Street


**Charlotte, NC 28211-4276**

City            State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.20** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**12** Go-Store it Management, LLC

Name

**6805 Carnegie Blvd. Ste 250**

Number      Street


**Charlotte, NC 28211-4276**

City            State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.21** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor 1    __Jacqueline__      __Elizabeth__      __Ard__
            First Name         Middle Name        Last Name          Case number *(if known)* __25-01384-JD__

Debtor 2    __Terry__          __Frank__          __Nicola__
            First Name         Middle Name        Last Name

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

---

**13** | Go-Store it Management, LLC

Name

6805 Carnegie Blvd. Ste 250

Number      Street


Charlotte, NC 28211-4276

City          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.22__ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**      ___ ___ ___ ___

---

**14** | Go-Store it Management, LLC

Name

6805 Carnegie Blvd. Ste 250

Number      Street


Charlotte, NC 28211-4276

City          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.23__ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**      ___ ___ ___ ___

---

**15** | Go-Store it Management, LLC

Name

6805 Carnegie Blvd. Ste 250

Number      Street


Charlotte, NC 28211-4276

City          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.24__ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**      ___ ___ ___ ___

---

**16** | Wm Weston J Newton

Name

Jones, Simpson, & Newton, P.A.

7 Plantation Park Drive Ste 3

Number      Street

Bluffton, SC 29910

City          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.25__ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**      ___ ___ ___ ___

---

**17** | Home Depot Credit Services

Name

PO Box 790345

Number      Street


Saint Louis, MO 63179-0345

City          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.26__ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**      ___ ___ ___ ___

---

**18** | Home Depot Loan #3877

Name

6125 Lakeview Rd Ste. 800

Number      Street


Charlotte, NC 28269-2613

City          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.27__ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**      ___ ___ ___ ___

---

| Debtor 1 | <u>Jacqueline</u> | <u>Elizabeth</u> | <u>Ard</u> | Case number *(if known)* <u>25-01384-JD</u> |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | <u>Terry</u> | <u>Frank</u> | <u>Nicola</u> | |
| | First Name | Middle Name | Last Name | |

**Part 3:    List Others to Be Notified About a Debt That You Already Listed - Additional Page**

**19** | Hughes Network Systems
Name

11717 Exploration Lane
Number    Street


Germantown, MD 20876
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.28** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**20** | JPMorgan Chase Bank, N.A.
Name

Payments

PO Box 15368
Number    Street

Wilmington, DE 19850
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.29** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**21** | Chipumoi, Nicolas
Name

6409 Congress Ave Ste 100
Number    Street


Boca Raton, FL 33487-2853
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.30** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**22** | JPMorgan Chase Bank, N.A.
Name

Payments

PO Box 15368
Number    Street

Wilmington, DE 19850
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.31** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**23** | Kohls Payment Center
Name

PO Box 1456
Number    Street


Charlotte, NC 28201-1456
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.32** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**24** | PNC Bank
Name

PO Box 609
Number    Street


Pittsburgh, PA 15230-9738
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.36** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1  __Jacqueline__   __Elizabeth__   __Ard__   Case number *(if known)* __25-01384-JD__

Debtor 2  __Terry__   __Frank__   __Nicola__

First Name          Middle Name          Last Name

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed – Additional Page** |

---

**25.** __PNC National Association__

Name

__PO Box 5570__

Number    Street

__Cleveland, OH 44101-0570__

City          State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.37__ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**26.** __Office Depot__

Name

__PO Box 78004__

Number    Street

__Phoenix, AZ 85062__

City          State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.38__ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**27.** __US Courts; PACER__

Name

__PO Box 5208__

Number    Street

__Portland, OR 97208__

City          State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.40__ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**28.** __Palmetto Electric Cooperative Inc__

Name

__PO Box 70878__

Number    Street

__Charlotte, NC 28272-0878__

City          State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.41__ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**29.** __Palmetto Electric Cooperative Inc__

Name

__PO Box 70878__

Number    Street

__Charlotte, NC 28272-0878__

City          State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.42__ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**30.** __Palmetto Electric Cooperative Inc__

Name

__PO Box 70878__

Number    Street

__Charlotte, NC 28272-0878__

City          State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.43__ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor 1    __Jacqueline__    __Elizabeth__    __Ard__
              Case number *(if known)* __25-01384-JD__

Debtor 2    __Terry__    __Frank__    __Nicola__
      First Name        Middle Name        Last Name

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed - Additional Page**

---

**31** National Recovery Agency
Name
2491 Paxton St.
Number    Street

Harrisburg, PA 17111
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.44__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   6   5   3   1

---

**32** PODS
Name
280 Leetsdale Industrial Dr. Ste 200
Number    Street

Leetsdale, PA 15056
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.45__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**33** PODS Enterprises, LLC
Name
13535 Feather Sound Dr
Number    Street

Clearwater, FL 33762
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.45__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**34** Quantum3 Group, LLC
Name
PO Box 2489
Number    Street

Kirkland, WA 98083-2489
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.46__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**35** SC Driver Records
Name
PO Box 1498
Number    Street

Blythewood, SC 29016
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.48__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**36** Target Card Services
Name
PO Box 660170
Number    Street

Dallas, TX 75266-0170
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.54__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

Debtor 1   __Jacqueline__   __Elizabeth__   __Ard__
        First Name      Middle Name     Last Name   Case number *(if known)* __25-01384-JD__

Debtor 2   __Terry__   __Frank__   __Nicola__
        First Name      Middle Name     Last Name

**Part 3:      List Others to Be Notified About a Debt That You Already Listed - Additional Page**

---

**37**   **The Huntington National Bank**
Name

**5555 Cleveland Ave GW4W122**
Number      Street

**Columbus, OH 43231**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.55__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**38**   **The Huntington National Bank**
Name

**5555 Cleveland Ave GW4W122**
Number      Street

**Columbus, OH 43231**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.56__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**39**   **St. Barnabas**
Name

**5850 Meridian Rd.**
Number      Street

**Gibsonia, PA 15044**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.57__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**40**   **T-Mobile Customer Relations**
Name

**PO Box 37380**
Number      Street

**Albuquerque, NM 87176-7380**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.59__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**41**   **T-Mobile**
Name

**c/o American Infosource, LP**

**4515 N Santa Fe Ave.**
Number      Street

**Oklahoma City, OK 73118-7901**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.59__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**42**   **US Department of Education**
Name

**PO Box 2837**
Number      Street

**Portland, OR 97208**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.61__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1    Jacqueline    Elizabeth    Ard
Debtor 2    Terry    Frank    Nicola

Case number *(if known)* 25-01384-JD

First Name    Middle Name    Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed - Additional Page |

**43.** University of Michigan Deaborn
Name

**4901 Evergreen Rd.**
Number    Street

**Dearborn, MI 48128**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.61** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**44.** Verizon
Name

**1095 Avenue of The Americas**
Number    Street

**New York, NY 10036**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.62** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**45.** Progressive Insurance
Name

**30440 Lakeland Blvd**
Number    Street

**Wickliffe, OH 44092**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.64** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **25-01384-JD** | |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | | |
| | First Name | Middle Name | Last Name | | | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

**Total claims from Part 1**

| | | | Total claim |
|---|---|---|---|
| 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$22,051.73** |
| 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$22,051.73** |

**Total claims from Part 2**

| | | | Total claim |
|---|---|---|---|
| 6f. | **Student loans** | 6f. | **$76,223.69** |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$326,645.11** |
| 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$402,868.80** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Terry** | **Frank** | **Nicola** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of __South Carolina__

Case number   **25-01384-JD**
(if known)

☐ Check if this is an
amended filing

Official Form 106H

# Schedule H: Your Codebtors                                              12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1.**  **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2.**  **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

_____
Name of your spouse, former spouse, or legal equivalent

_____
Number        Street

_____
City            State            ZIP Code

**3.**  **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you.** List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.1**  **Global Management Group LLC**
Name

**21215 Dartmouth Dr**
Number        Street

**Southfield, MI 48076-5634**
City            State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.30, 4.59, 4.64**
☐ Schedule G, line _____

**3.2**  **Louis**
Name

**21215 Dartmouth Dr**
Number        Street

**Southfield, MI 48076-5634**
City            State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.7, 4.8**
☐ Schedule G, line _____