## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

In re:                                                )
                                                      )   Case No. 25-01384-jd
JACQUELINE ELIZABETH ARD and                          )   Chapter 13
TERRY FRANK NICOLA,                                   )
                                                      )
                          Debtors.                    )
                                                      )
_____              )

### WEST-AIRCOMM FEDERAL CREDIT UNION'S
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### AND MEMORANDUM IN SUPPORT OF MOTION

West-Aircomm Federal Credit Union ("the **Creditor**") hereby requests the court to enter its order granting Creditor's motion for relief from the automatic stay pursuant to 11 U.S.C. §362(d)(1)[1].

### Facts

On or about August 9, 2018, Terry Frank Nicola (the **"Debtor"**) received a loan from Krebbs Motors North, Inc., which was subsequently assigned to Creditor (the "Loan") which Loan is secured by a 2018 Jeep Grand Cherokee, Motor Vehicle Identification Number 1C4RJFAG3JC479405 (the "Collateral") on which Creditor has a secured lien.

On April 10, 2025, Jacqueline Elizabeth Ard and Terry Frank Nicole (the **"Debtors"**) filed their petition for relief pursuant to Chapter 13 of the United States Bankruptcy Code.

The Debtors Chapter 13 Plan was confirmed on April 28, 2025 (the "Plan").

The Debtor is now in default for failure to make the payments as required under the Loan. The total amount of arrearages as of March 21, 2025, is $6,043.40.

### Discussion

Section 362(d)(1) provides for relief from the automatic stay "for cause, including lack of adequate protection of an interest in property of such party in interest." The Creditor's interest in the Collateral is not adequately protected due to the Debtor's failure to make the required payments under the Loan and due to the continuing depreciation of the Collateral.

Additionally, lack of adequate protection is only one cause for relief and not the only cause. In re Rye, 54 B.R. 180, 181 (Bankr. D.S.C. 1985). A material default under a confirmed plan may

---

[1]   Further references to the United States Bankruptcy Code, 11 U.S.C. § 101 et seq., shall be referenced by section number only.

also constitute "cause" for lifting the automatic stay.  In re Quinlan, 12 B.R. 516 (Bankr. W.D.Wis. 1981).  In Quinlan, the court found that the debtor's failure to make payments directly to a creditor as required by a confirmed plan constituted "cause" for the lifting of the automatic stay.  See also, In re Ellis, 60 B.R. 432 (9th Cir. BAP 1985).  The Debtor has failed to make payments to Creditor as required under the Loan.  Therefore, the Creditor requests that the Court grant its motion for relief from the automatic stay to pursue its state law remedies pursuant to §362(d)(1) because its interest in the Collateral is not adequately protected, and the Debtor has materially defaulted under the Loan.

The Creditor agrees to waive any claim that may arise under 11 U.S.C. Section 503(b) or Section 507(b) as a result of this Motion.  The Creditor further agrees that any funds realized from the disposition of the collateral, in excess of all liens, costs, and expenses, will be paid to the Trustee.

WHEREFORE, the Creditor requests that the Court to enter its order granting the Creditor relief from the automatic stay pursuant to §362(d)(1) to pursue its state law remedies against the Collateral, waiving the delay provided in Rule 4001(a)(3), and granting such other and further relief as this court deems as just and appropriate.

D'ALBERTO, GRAHAM & GRIMSLEY, LLC
P.O. Box 11682
Columbia, South Carolina 29211
bgrimsley@dgglegal.com
(803) 233-1177

By:     /s/Benjamin E. Grimsley
        Benjamin E. Grimsley, Dist. ID No. 11145
        Attorney for West-Aircomm Federal
        Credit Union

May 7, 2025

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

In re:                                                )
                                                       )   Case No. 25-01384-jd
JACQUELINE ELIZABETH ARD and                           )   Chapter 13
TERRY FRANK NICOLA,                                    )
                                                       )
                                                       )
                          Debtors.                     )   **NOTICE OF HEARING**
                                                       )
_____               )

### NOTICE OF MOTION

West-Aircomm Federal Credit Union. has filed papers with the court for relief from the automatic stay on a 2018 Jeep Grand Cherokee, Vehicle ID Number 1C4RJFAG3JC479405.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant relief sought in the Motion, or if you want the court to consider your views on Motion, then within fourteen (14) days of service of this notice, you or your attorney must:

File with the court a written response, return, or objection at:

    United States Bankruptcy Court
    1100 Laurel Street
    Columbia, SC 29201

Responses, returns, or objections filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.

If you mail your response, return, or objection to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy to:

    Benjamin E. Grimsley, Esquire
    D'Alberto, Graham & Grimsley, LLC
    P.O. Box 11682
    Columbia, SC 29211

Attend the hearing scheduled to be heard on June 18, 2025 at 11:00 a.m. at the United States Bankruptcy Court, King and Queen Building, 145 King Street, Room 225, Charleston, South Carolina 29401.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting relief prior to the scheduled hearing date, if determined to be appropriate.

May 7, 2025

                */s/Benjamin E. Grimsley*
                Benjamin E. Grimsley, Dist. Ct. ID # 11145
                D'Alberto, Graham & Grimsley, LLC
                P.O. Box 11682
                Columbia, SC 29211

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA**

In re:                                                          )
                                                               )
JACQUELINE ELIZABETH ARD and                                   )   Case No. 25-01384-jd
TERRY FRANK NICOLA,                                            )   Chapter 13
                                                               )
                                                               )   **CERTIFICATION OF FACTS**
                         Debtors.                              )
                                                               )
_____                        )

In the above-entitled proceeding, in which relief is sought from the automatic stay in accordance with 11 U.S.C. § 362, I do hereby certify to the best of my knowledge, the following:

1.    Nature of Movant's Interest:  West-Aircomm Federal Credit Union ("the Creditor"), is a secured lender on the Debtor's 2018 Jeep Grand Cherokee Motor Vehicle.

2.    Brief Description of Security Interest, copy attached (if applicable):  A copy of the Loan is attached hereto as Exhibit A.

3.    Description of Property Encumbered by Stay (Include serial number, lot and block number, etc.):  2018 Jeep Grand Cherokee, Motor Vehicle Identification No. 1C4RJFAG3JC479405, with fixtures as provided in the Title which is attached hereto as Exhibit B.

4.    Basis for Relief (property not necessary for reorganization, Debtors have no equity, property not property of estate, etc.; include applicable subsection of § 362:  Creditor requests relief pursuant to § 362(d)(1) for "cause" because the Creditor's interest in the collateral is not adequately protected.

5.    Prior Adjudication by Other Courts, copy attached (Decree of foreclosure, Order for possession, levy of execution, etc., if applicable):

6.    Valuation of Property, copy of valuation attached (appraisal, blue books, etc.):

| | | |
|---|---|---|
| Fair Market Value | $ | 15,885.00 |
| Liens | $ | 13,892.70 |
| Equity Before Exemption | $ | |
| Debtors' Exemption | $ | |
| Net Equity | $ | |

      Source/Basis of Value                          J. D. Power Guide

7.    Amount of Debtors' estimated equity (using figures from paragraph 6, supra):

8.    Month and Year in Which First Direct Post-Petition Payment Came Due to Movant (if applicable):

9.   (a)   For Movant/Lienholder (if applicable): List or attach a list of all post-petition payments received directly from debtor(s), clearly showing date received, amount, and month and year for which each such payment was applied[1].

| **Date Received** | **Amount Received** | **Month and Year Applied** |
|---|---|---|
| No payments received | | |

(b)   For Objecting Party (if applicable): List or attach a list of all post-petition payments included in the Movant's list form (a) above which objecting party disputes as having been made.  Attach written proof of such payments(s) or a statement as to why such proof is not available at the time of filing this objection.

10.   Month and Year for Which Post-Petition Account of Debtors are Due as of the Date of this Motion:

D'ALBERTO, GRAHAM & GRIMSLEY, LLC
P.O. Box 11682
Columbia, SC 29211
bgrimsley@dgglegal.com
(803) 233-1177

By: /s/Benjamin E. Grimsley
     Benjamin E. Grimsley, Dist. Court ID No. 11145
     Attorney for West-Aircomm Federal
     Credit Union

May 7, 2025

---

[1]  This requirement may not be met by the attachment of a payment history generated by the movant.  Such attachment may be utilized as a supplement to a complete and detailed response to (9)(a) above, which should be shown on this certification.

# EXHIBIT A

**RETAIL INSTALLMENT SALE CONTRACT**
**SIMPLE FINANCE CHARGE**

DEAL [illegible]
STK [illegible]

Dealer Number _____   Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| TERRY FRANK NICOLA 301 CURRAN CT VALENCIA PA 16059 BUTLER | N/A N/A N/A N/A | KREBS MOTORS NORTH, INC. 100 KREBS DRIVE GIBSONIA, PA 15044 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2018 | JEEP GRAND CHEROK | 6 | 1C4RJFAG3JC479405 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $6492.80 |
|---|---|---|---|---|
| 5.09 % | $ 7464.60 | $ 38685.00 | $ 46149.60 | $ 52642.40 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 84 | 549.40 | Monthly beginning 09/21/2018 |
| N/A | | |

Or As Follows: N/A

Late Charge. If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.
Prepayment. If you pay off early, you will not have to pay a penalty.
Security Interest. You are giving a security interest in the vehicle being purchased.
Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)**

1 Cash Price
  Vehicle ........................ $ 42455.00
  Accessories and Installation .... $ N/A
  Government Taxes ................ $ 2274.30
  Vehicle Delivery ................ $ N/A
  N/A ...... N/A ...... $ N/A
  N/A ...... N/A ...... $ N/A
  N/A ...... N/A ...... $ N/A
  N/A ...... N/A ...... $ N/A
  N/A ...... N/A ...... $ N/A
  N/A ...... N/A ...... $ N/A
  N/A ...... N/A ...... $ N/A
  N/A ...... N/A ...... $ N/A     $ 44929.30 (1)

2 Total Downpayment =
  Trade-in N/A (Make) (Model)
  Trade-in N/A (Year)
  Gross Trade-In Allowance ........ $ N/A
  Less Pay Off Made By Seller ..... $ N/A
  Equals Net Trade In ............. $ N/A
  + Cash .......................... $ 1742.80
  + On REBATE ..................... $ 4750.00
  (If total downpayment is negative, enter "0" and see 4H below) $ 6492.80 (2)

3 Unpaid Balance of Cash Price (1 minus 2) ... $ 38436.50 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf
  A Cost of Optional Credit Insurance Paid to Insurance Company or Companies
    Life ...... Term ...... $ N/A
    Disability ...... Term ...... $ N/A
  B Other Optional Insurance Paid to Insurance Company or Companies
    (Describe) N/A ...... Term N/A ...... $ N/A
    (Describe) N/A ...... Term N/A ...... $ N/A
  C Official Fees Paid to Government Agencies
    COMMON OF PA  Tire Tax ...... $ 5.00
    N/A ...... N/A ...... $ N/A
    N/A ...... N/A ...... $ N/A
  D Optional Gap Contract ...... $ N/A
  E Government Taxes Not Included in Cash Price ...... $ N/A
  F Government License and/or Registration Fees
    REG/TRANS FEE ...... $ 9.00
  G Government Certificate of Title Fees ...... 53.00 ...... $ 78.00
    (Includes $ 25.00 security interest recording fee)
  H Other Charges (Seller must identify who is paid and describe purpose)
    N/A ...... for Prior Credit or Lease Balance ...... $ N/A
    KREBS MOTORS NORT Documentary Fee ...... $ 141.00
    KREBS MOTORS NORT DLRS ...... $ 15.50
    N/A ...... N/A ...... $ N/A
    N/A ...... N/A ...... $ N/A
    N/A ...... N/A ...... $ N/A
    N/A ...... N/A ...... $ N/A
    N/A ...... N/A ...... $ N/A
    N/A ...... N/A ...... $ N/A
    Total Other Charges and Amounts Paid to Others on Your Behalf ...... $ 248.50 (4)

5 Amount Financed (3 + 4) ...... $ 38685.00 (5)
6 Finance Charge ...... $ 7464.60 (6)
7 Total of Payments-Time Balance (5 + 6) ...... $ 46149.60 (7)

**If you do not meet your contract obligations, you may lose the vehicle.**

OPTION: ☐ You pay no finance charge if the Amount Financed, Item 5, is paid in full on or before N/A, N/A. SELLER'S INITIALS _____

**NO COOLING OFF PERIOD**
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X _____ Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle department or other motor vehicle registration authorities.
See back for other important agreements.

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

NOTICE TO BUYER: DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BUYER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BUYER SHALL NOT EXCEED AMOUNTS PAID BY THE BUYER HEREUNDER.

Buyer Signs X _____ Date 08/09/18   Co-Buyer Signs X N/A   Date _____

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____ Date 08/09/18   Co-Buyer Signs X N/A   Date _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other owner signs X _____
Seller Signs KREBS MOTORS NORTH, INC.   Date 08/09/18 X _____ Title _____

Seller assigns its interest in this contract to WEST-AIRCOMM FCU (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse   X☐ Assigned without recourse   ☐ Assigned with limited recourse

Seller KREBS MOTORS NORTH, INC.   By _____ Title _____

LAW FORM NO. 553-PA

ORIGINAL LIENHOLDER

### Right column (insurance section)

Insurance. You may buy the physical damage insurance that this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit. If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**
**Optional Credit Insurance**
☐ Credit Life ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability ☐ Buyer ☐ Co-Buyer ☐ Both
Premium:
  Credit Life $ N/A
  Credit Disability $ N/A
Insurance Company Name N/A
Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage this credit life insurance or credit disability insurance provides. See the policies or certificates for coverage trade or other terms and conditions.

**Other Optional Insurance**
☐ N/A ...... N/A
  Type of Insurance ...... Term
  Premium $ N/A
  Description of Coverage N/A
  N/A
  Insurance Company Name N/A
  Home Office Address N/A
  N/A

☐ N/A ...... N/A
  Type of Insurance ...... Term
  Premium $ N/A
  Description of Coverage N/A
  N/A
  Insurance Company Name N/A
  Home Office Address N/A
  N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.
I want the insurance checked above.
X N/A ...... N/A
  Buyer Signature ...... Date

X N/A ...... N/A
  Co-Buyer Signature ...... Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

Returned Check Charge: You agree to pay for each check we actually pay to others if any check you give us is dishonored.

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.
Term N/A   Non N/A   Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X N/A

# EXHIBIT B

# COMMONWEALTH OF PENNSYLVANIA

## CERTIFICATE OF TITLE FOR A VEHICLE

1,460

FUEL: GAS

241879599015400-001

| 1C4RJFAG3JC479405 | 2018 | JEEP | 79330378701 NI |
|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | TITLE NUMBER |

| SW | 0 | | 8/10/18 | 000026 | 0 |
|---|---|---|---|---|---|
| BODY TYPE | DUP | SEAT CAP | PRIOR TITLE STATE | ODOM. PROCD. DATE | ODOM. MILES | ODOM. STATUS |

| 8/10/18 | 8/10/18 | | | | |
|---|---|---|---|---|---|
| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | GCWR | TITLE BRANDS |

**ODOMETER STATUS**
0 = ACTUAL MILEAGE
1 = MILEAGE EXCEEDS THE MECHANICAL LIMITS
2 = NOT THE ACTUAL MILEAGE
3 = NOT THE ACTUAL MILEAGE-ODOMETER TAMPERING VERIFIED
4 = EXEMPT FROM ODOMETER DISCLOSURE

**TITLE BRANDS**
A = ANTIQUE VEHICLE
C = CLASSIC VEHICLE
D = COLLECTIBLE VEHICLE
F = OUT OF COUNTRY
G = ORIGINALLY MFGD. FOR NON-U.S. DISTRIBUTION
H = AGRICULTURAL VEHICLE
L = LOGGING VEHICLE
P = IS/WAS A POLICE VEHICLE
R = RECONSTRUCTED
S = STREET ROD
T = RECOVERED THEFT VEHICLE
V = VEHICLE CONTAINS REISSUED VIN
W = FLOOD VEHICLE
X = IS/WAS A TAXI

REGISTERED OWNER(S)

TERRY FRANK NICOLA
1006 LAUREL OAK DR
VALENCIA PA 16059

FIRST LIEN FAVOR OF:

WEST AIRCOMM FCU

SECOND LIEN FAVOR OF:

FIRST LIEN RELEASED_____ DATE _____

BY_____ AUTHORIZED REPRESENTATIVE

MAILING ADDRESS

WEST AIRCOMM FCU
485 BUFFALO STREET
BEAVER PA 15009

If a second lienholder is listed upon satisfaction of the first lien, the first lienholder must forward this Certificate of Title to the Bureau of Motor Vehicles with the appropriate form and fee.

SECOND LIEN RELEASED _____ DATE _____

BY_____ AUTHORIZED REPRESENTATIVE

### pennsylvania
DEPARTMENT OF TRANSPORTATION

MICHAEL B. CARROLL
Secretary of Transportation

I certify as of the date of issue, the official records of the Pennsylvania Department of Transportation reflect that the person(s) or company named herein is the lawful owner of the said vehicle.

DO NOT ACCEPT DOCUMENT WITHOUT VERIFYING THE PRESENCE OF THE LIBERTY BELL WATERMARK

## D. APPLICATION FOR TITLE AND LIEN INFORMATION

TO BE COMPLETED BY PURCHASER WHEN VEHICLE IS SOLD AND THE APPROPRIATE SECTIONS ON THE REVERSE SIDE OF THIS DOCUMENT ARE COMPLETED.

SUBSCRIBED AND SWORN TO BEFORE ME:

| | MO | DAY | YEAR |
|---|---|---|---|

SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL

SIGN IN PRESENCE OF A NOTARY

If a co-purchaser other than your spouse is listed and you want the title to be listed as "Joint Tenants With Right of Survivorship" (on death of one owner, title goes to surviving owner) CHECK HERE ☐. Otherwise, the title will be issued as "Tenants in Common" (on death of one owner, interest of deceased owner goes to his/her heirs or estate).

IF NO LIEN, CHECK ☐   IS THIS AN ELT? (IF YES, FIN REQUIRED)   YES ☐ NO ☐

1ST LIENHOLDER FINANCIAL INSTITUTION NUMBER:

1ST LIENHOLDER NAME

STREET

| CITY | STATE | ZIP |
|---|---|---|

The undersigned hereby makes application for Certificate of Title to the vehicle described above, subject to the encumbrances and other legal claims set forth here.

SIGNATURE OF APPLICANT OR AUTHORIZED SIGNER

SIGNATURE OF CO-APPLICANT/TITLE OF AUTHORIZED SIGNER

IF NO 2ND LIEN, CHECK ☐ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐

2ND LIENHOLDER FINANCIAL INSTITUTION NUMBER:

2ND LIENHOLDER NAME

STREET

| CITY | STATE | ZIP |
|---|---|---|

**STORE IN A SAFE PLACE - IF LOST APPLY FOR A DUPLICATE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE**

(TYPE OR PRINT) Certificate of Title must be submitted within 20 days, unless the purchaser is a registered dealer holding the vehicle for resale.

**WARNING –** FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES OR IMPRISONMENT.

An employee of an issuing agent licensed as a vehicle dealer by the Pennsylvania State Board of Vehicle Manufacturers, Dealers and Salespersons may verify a person's signature in lieu of notarization.

**A. ASSIGNMENT OF TITLE –** Registered dealers must complete Forms MV-27A or MV-27B as required by law. If purchaser is NOT a registered dealer, Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

___ ___ ___ , ___ ___ ___ TENTHS ✕ miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits   ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME:

MO.    DAY    YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL

LAST    FIRST    MIDDLE NAME

PURCHASER OR FULL BUSINESS NAME

CO-PURCHASER

STREET ADDRESS

CITY

STATE    ZIP    PURCHASE PRICE OR DIN

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SIGNATURE OF SELLER

SIGNATURE OF CO-SELLER

SELLER AND/OR CO-SELLER MUST HANDPRINT NAME HERE

**B. RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER** If purchaser listed in Block A is NOT a registered dealer Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

___ ___ ___ , ___ ___ ___ TENTHS ✕ miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits   ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME:

MO.    DAY    YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL

LAST    FIRST    MIDDLE NAME

PURCHASER OR FULL BUSINESS NAME

CO-PURCHASER

STREET ADDRESS

CITY

STATE    ZIP    PURCHASE PRICE OR DIN

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE

**RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER** If purchaser is NOT a registered dealer Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

___ ___ ___ , ___ ___ ___ TENTHS ✕ miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits   ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME:

MO.    DAY    YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL

LAST    FIRST    MIDDLE NAME

PURCHASER OR FULL BUSINESS NAME

CO-PURCHASER

STREET ADDRESS

CITY

STATE    ZIP    PURCHASE PRICE OR DIN

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE

**RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER** If purchaser is NOT a registered dealer Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

___ ___ ___ , ___ ___ ___ TENTHS ✕ miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits   ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME:

MO.    DAY    YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL

MV-4 (12-2015)

LAST    FIRST    MIDDLE NAME

PURCHASER OR FULL BUSINESS NAME

CO-PURCHASER

STREET ADDRESS

CITY

STATE    ZIP    PURCHASE PRICE OR DIN

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE

**C.** ☐ CHECK HERE IF APPLYING FOR A DEALER TITLE AND COMPLETE SECTION D. TITLING FEES $ _____ . _____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

In re:                       )

                              )

JACQUELINE ELIZABETH ARD and    )   Case No. 25-01384-jd

TERRY FRANK NICOLA,          )   Chapter 13

                              )

                              )

            Debtors.     )

                              )

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused copies of **WEST-AIRCOMM FEDERAL CREDIT UNION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATION OF FACTS; NOTICE OF HEARING; and CERTIFICATE OF SERVICE** filed in the above-captioned case, to be served via United States mail, first-class postage prepaid or electronically via CM/ECF, on the parties listed below this _____12_____ day of May 2025.

**Debtors:**
Jacqueline Elizabeth Ard
21215 Dartmouth Drive
Southfield, MI 48076-5634

Terry Frank Nicola
21215 Darthmouth
Southfield, MI 48076

**Attorney for Debtors:**
Pro Se

**Trustee:**
James M. Wyman
(served electronically via CM/ECF)

_____
Jodi C. Willetts, Paralegal
D'Alberto, Graham & Grimsley, LLC
P.O. Box 11682
Columbia, South Carolina 29211
jwilletts@dgglegal.com
(803) 233-4999