**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

Filed By The Court
12/19/24 4:19 p.m.
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re:

JACQUELINE ELIZABETH ARD
TERRY FRANK NICOLA

Debtors

Case No: 24-03622-JD
Chapter 13

## AMENDED MOTIONTO REOPEN CHAPTER 13 CASE

COMES NOW the Debtor(s), JACQUELINE E ARD and TERRY F NICOLA, *pro se* hereby files this Motion to Reopen Chapter 13 Case and states as follows:

1.     This case was closed on December 09, 2024. (status pending)

2.     The Court issued an Order Confirming Dismissal pursuant to 11 U.S.C §521(i)(2) (Automatic Dismissal) on November 21, 2024 (ECF No 46)

3.     The Trustee filed a Motion to Dismiss Case for Failure to File Required Documents under section 521(i) on 11/20/2024 (ECF No 45)

4.     The Voluntary Petition was filed by Debtors *pro se* on October 04, 2024 (ECF No 1). The schedules, statements and plan were due by October 18, 2024.

5.     On October 18, 2024, Debtors filed a Motion to Extend Time to file schedules and additional plan documents (ECF No 22)

6.     On October 21, 2024, an Order granting the Motion to Extend Time was granted which gave a new deadline of November 1, 2024. (ECF No 23)

7.     On November 4, 2024, Debtors filed a Second Motion to Extend Time to file schedules and additional plan documents (ECF No 35)

8.     On November 6, 2024, an Order granting the Second Motion to Extend was granted which gave a new deadline of November 18, 2024 (ECF No 36)

9.     On November 18, 2024, I made multiple attempts to speak with Trustee, James Wyman. I was experiencing problems submitting my schedules electronically. The representative that answered my call refused to provide any helpful information, he would only reply, "this office cannot give out legal advice" I explained that I was not requesting legal advice, I was requesting assistance on submitting my documents. No alternative suggestions were given as a solution to the problem I was experiencing, I requested a call back from Mr. Wyman, but I never received a return call from Mr. Wyman or any representative from his office.

10.     I devoted my entire day attempting to upload and submit documents. I finally was able to submit part of the schedules at 1:51 AM on November 19, 2024. The system continued to give me an error every time I attempted to upload the file. (See Ex A)

11.     On the morning of November 19, I contacted the Trustees office and asked them to take into consideration the issue that I was having with the system. I had no knowledge of the Automatic Dismissal pursuant to 11 USC §521(i), and No representative from the Trustees office warned me about the automatic dismissal of the case if the documents weren't received in 45 days.

12.     On November 21, after multiple unsuccessful attempts to proceed or get assistance in uploading my documents, I submitted a 3rd Motion to Extend Time to File Schedules (ECF 49)

13.     On November 22, 2024, The Court issued a denial on the Motion to Extend Time because the case was dismissed pursuant to 11 USC section 521(i) (ECF No 50)

14.     I accept sole responsibility for my failure to timely submit the documents. I have taken the weeks following the dismissal to research the Bankruptcy Code and get a better understanding of the requirements. The Bankruptcy Laws are complex, and the standards are stringent. Navigation through the process is difficult for seasoned attorneys, which makes it nearly impossible for an unrepresented Debtor. It has been extremely difficult getting any assistance for ANYTHING through the Trustees' office. Other Districts provide a PRO SE desk or hotline to assist those that require help in navigating through the laws. Unfortunately, we cannot afford counsel and must proceed unrepresented to protect our livelihood and obtain a fresh start. I commit that I will make every effort to follow the rules of this Court and expeditiously rectify any deficiencies that occur in the future.

15.     Upon reopening my case, I am prepared to submit Adversary Proceedings against creditors, a Motion to Reinstate, and the documents that were due for submission. Any documents that I am not able to submit I will immediately request an Extension to File.

16.     The Debtors have complied with the Order of the installment payments for the filing fee.

**WHEREFORE,** the Debtors, JACQUELINE E ARD and TERRY F NICOLA, respectfully request to this Court that this Motion to Reopen Chapter 13 Case be GRANTED.

Respectfully submitted:
JACQUELINE E ARD, PRO SE
239 BEACH CITY RD #3218
HILTON HEAD ISL, SC 29926
Jacquelineard72@gmail.com

Jacqueline E. Ard
Date:

TERRY F NICOLA
663 WILLIAM HILTON PKY #4408
HILTON HEAD ISL, SC 29928
terrynicola5821@yahoo.com

Terry F Nicola
Date: