UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

Filed By The Court

12/19/24 4:19 p.m.

U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

JACQUELINE E ARD and
TERRY F NICOLA

DEBTOR(S)

CASE NO. 24-03611-JD
CHAPTER 13

MOTION TO SEAL AFFIDAVIT OF
JACQUELINE ARD IN SUPPORT OF
MOTION TO REOPEN CHAPTER 13
CASE

COMES NOW Jacqueline E Ard and Terry F Nicola, Pro se Debtors (hereinafter "Debtors"), moves before the Honorable Judge L. Jefferson Davis IV, in the US Bankruptcy Court, District of South Carolina for an Order allowing the Debtors to file a confidential Affidavit under seal in the above captioned matter in support of or Motion to Reopen Chapter 13 Case. This motion is made pursuant to Rule 41.1(c) of the South Carolina Rules of Civil Procedure and the confidential Affidavit is being contemporaneously filed with the motion in compliance with rule 41.1 (b). See attached "Affidavit -Confidential Information" document. Debtors seek to file under seal the affidavit of Jacqueline Ard in support of the Motion to Reopen Chapter 13 case.

The basis for this motion is as follows:

1.  Because of the confidential nature of the Affidavit, the Debtors respectfully seek to submit the Affidavit under seal with this Honorable Court. The Affidavit summarizes and explains the history and events leading up to the Debtors filing Chapter 13 Bankruptcy.

2.  The debtors would further submit that there is no public significance to this affidavit that would warrant public disclosure of this sworn testimony. This affidavit will be filed under seal for the sole purpose of allowing the court to understand the Debtors' previous and current financial situation. Sealing this document is the best way to preserve the expectation of privacy and allows the debtors to provide a detailed explanation of the events leading up to their financial hardship, without the fear of public dissemination of confidential material.

3. Additionally, debtors submit that there is an actual threat of harm from disclosing the affidavit to the public. Public disclosure of the confidential information invites unnecessary disclosure of the individual's private affairs. Disclosure of this sensitive and confidential information may cause irreparable harm and damage.

4. Sealing the affidavit would protect the privacy interest of the Debtors in this case because the information contained in the affidavit only affects these Debtors and pertains to information which is wholly private in nature and financially sensitive as to the Debtors. Furthermore, the subject matter of the sworn affidavit has no bearing on the public at large so any public interest in disclosing the affidavit is either de minimis or nonexistent.

5. The public's health and safety will be completely unaffected by the non-disclosure of the affidavit. As stated previously the affidavit concerns private medical and financial information of the Debtors. Disclosure of this information would serve no overriding public interest, but potentially subject the Debtors to harm.

Based on foregoing, the Debtors respectfully request that the instant Motion to Seal be **GRANTED** and that the affidavit be accordingly filed under seal with this honorable court.

Date: December 19, 2024

JACQUELINE E ARD
239 BEACH CITY RD #3218
HILTON HEAD ISL, SC
29926
jacquelineard72@gmail.com

TERRY F NICOLA
663 WILLIAM HILTON PKY
#4408
HILTON HEAD ISL, SC 29928
terrynicola5821@yahoo.com