**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JACQUELINE ELIZABETH ARD, AND TERRY FRANK NICOLA, | Case No. 25-01384-JD |
| Debtors. | OJECTION TO CONFIRMATION OF PLAN |

NOW COMES secured creditor and party in interest Spa on Port Royal Sound Horizontal Property Regime, Inc. ("Creditor"), by and through the undersigned counsel, and hereby objects to confirmation of Debtors' chapter 13 plan filed April 25, 2025 (the "Plan"). In support thereof, Creditor states the following:

1. Debtors filed this chapter 13 bankruptcy on April 10, 2025.

2. James M. Wyman is the chapter 13 trustee of the estate and may claim an interest in the collateral that is subject to this action.

3. Debtors own real property located at 239 Beach City Road, Apartment #3218, Hilton Head Island, South Carolina 29926 (the "Property").

4. That on or about September 11, 2024, Creditor was granted an Order of Judgment and Foreclosure as to the Property in the amount of $31,084.41, due to unpaid assessments, fines, late charges, and/or other valid charges on their account. (*See* C/A # 2023-CP-07-01818).

5. Pursuant to Debtors' proposed Plan, there is no treatment for Creditor's secured claim on the Property.

6. Debtors actively participated in the state court lawsuit and are well aware of Creditor's claim.

7. Despite being aware of Creditor's claim, Debtors have not proposed any treatment of said claim in the proposed Plan. Creditor contends that the Plan has not been proposed in good faith under 11 U.S.C. § 1325(a)(3).

8. The plan is not confirmable because it does not comply with § 1325(a)(5), because Creditor holds an allowed secured claim, does not accept the plan, and the plan does not propose to pay Creditor the value of its allowed secured claim.

9. Additionally, as the Court has stated in its Order Denying Motion to Impose The Automatic Stay entered on May 23, 2025, "the Plan filed by Debtors is patently unconfirmable as it violates multiple provisions of the Bankruptcy Code." The failure to treat Creditor's secured claim at all is a clear indication that this Plan will not be successful and cannot be confirmed.

10. For the foregoing reasons, the proposed Plan cannot be confirmed because it does not satisfy the elements of § 1325.

**WHEREFORE**, and for the reasons set forth above, Spa on Port Royal Sound Horizontal Property Regime, Inc. respectfully OBJECTS to confirmation of the Plan as currently proposed, and respectfully submits that confirmation of the plan must be DENIED.

Respectfully submitted this 3rd day of June, 2025.

By:   *s/ J. Ronald Jones, Jr.*
J. Ronald Jones, Jr.
District Court No. #5874
Smith Debnam Narron Drake Saintsing
& Myers, LLP
171 Church Street, Suite 120C (29401)
Post Office Box 22795
Charleston, SC 29413
Telephone: (843) 714-2533
Attorney for Creditor

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **JACQUELINE ELIZABETH ARD, AND TERRY FRANK NICOLA,** | **Case No. 25-01384-JD** |
| **Debtors.** | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on today's date, I served on the persons below a copy of the **Objection to Confirmation,** in the above-referenced case by either electronic mail in accordance with U.S. Bankruptcy Court, District of South Carolina, Operating Order 08-07, with respect to CM/ECF Participants, or depositing same in the United States Mail with sufficient postage affixed and addressed as follows, with respect to all other persons:

Jacqueline Elizabeth Ard
21215 Dartmouth Dr.
Southfield, MI 48076
*Debtor*

James M. Wyman
Via CM/ECF
*Trustee*

Terry Frank Nicola
21215 Dartmouth Dr.
Southfield, MI 48076
*Debtor*

US Trustee's Office
Via CM/ECF
*U.S. Trustee*

DATE: June 3, 2025

By:   s/ *J. Ronald Jones, Jr.*
J. Ronald Jones, Jr.
District Court No. #5874
Smith Debnam Narron Drake Saintsing
& Myers, LLP
171 Church Street, Suite 120C (29401)
Post Office Box 22795
Charleston, SC 29413
Telephone: (843) 714-2533
Attorney for Creditor