Filed By The Court

1/24/2025 12:10 AM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | ) CASE NO.: 24-03611-JD |
| | ) |
| **Jacqueline Ard,** | ) ADV. PRO. NO.: _____ |
| Debtor(s) | ) |
| | ) |
| | ) CHAPTER 13 |
| Last four digits on Social-Security: | ) |
| **3748** | ) |
| | ) |
| | ) |
| **Jacqueline Ard,** | ) **COMPLAINT** |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **Zeidman's Jewelry & Loan of** | ) |
| **Southfield,** | ) |
| Defendant. | ) |
| | ) |

**Complaint Seeking Turnover of Property Pursuant to 11 U.S.C. § 542
and for Damages in Core Adversary Proceeding
For Violation of Automatic Stay of 11 U.S.C. § 362**

### Introduction

1.  This is an action for turnover of property pursuant to 11 U.S.C. § 542 and for actual and punitive damages for violation of the automatic stay of 11 U.S.C. § 362 pursuant to Sections 105(a) and 362(k) of the Bankruptcy Code.

### Jurisdiction and Venue

2.  Jurisdiction is conferred on this Court pursuant to the provisions of Section 1334 of Title 28 of the United States Code in that this proceeding arises in and is related to the above-captioned Chapter 13 case under Title 11 and concerns property of the debtors in that case.

3.  This Honorable Court has both personal and subject matter jurisdiction to hear this case pursuant to Section 1334 of Title 28 of the United States Code and Section 157(b)(2) of Title 28 of the United States Code.

4.  Venue is proper in this District pursuant to 28 USC§1409(a), as this proceeding arises under and relates to property of the estate in the above-captioned case while the Debtor was under the protection of the South Carolina Bankruptcy Court's Automatic Stay.

1

5.    This matter is a core proceeding and this Court has jurisdiction to enter a final order. In the event this case is determined to be non-core, Plaintiff consents to entry of a final order by the Bankruptcy Judge.

## Parties

6.    The Plaintiff in this case is a debtor under Chapter 13 of Title 11 of the United States Code in case number 24-03611-JD, which was filed in this district and is presently closed before this court. The Plaintiff hereinafter is referred to as the Plaintiff or the Debtor.

7.    The Defendant Zeidman's Jewelry & Loan (hereinafter "Zeidman's"), is a Michigan Corporation with 3 locations as licensed pawnbrokers doing business in Michigan and is registered with Michigan Department of licensing and Regulatory Affairs ID# 800678919 (See Exhibit "A") under the laws of the State of Michigan its principal place of business being located in Detroit, MI.

## Facts

8.    Debtor filed Chapter 13 Bankruptcy on October 04, 2024, for relief and protection from the plaintiff's creditors in the District of South Carolina case no. 24-03611-JD.

9.    Upon filing the bankruptcy case, Zeidman's was listed on Schedule D and included on the mailing matrix.

10.   The Debtor is listed as a debtor with interest in the following assets:

| Ticket 376212 = 990.00 | value | $3500.00 |
|---|---|---|
| Ticket 378308 = 172.50 | value | $700.00 |
| Ticket 378700 = 172.50 | value | $600.00 |
| Ticket 378701 = 308.75 | value | $1,200.00 |
| Ticket 378775 = 554.00 | value | $1,800.00 |
| Ticket 378776 = 336.00 | value | $1,500.00 |
| Ticket 382450 = 663.00 | value | $2,500.00 |
| Ticket 382451 = 3344.40 | value | $23,740.00 |
| 6,541.15 | | $35,540.00 |

The total amount owed to the Debtor is $6,541.15 for personal loans issued against the retained collateral. The assets being held are valued at $35,540.00. The Defendant, Zeidman's, are pawnbrokers, which were listed on Schedule D and on the Plaintiff's mailing matrix filed in the Debtor's bankruptcy case. A copy of said mailing matrix is attached hereto as (Exhibit "B") and incorporated by reference herein.

11.   On October 4, 2024, the Notice of the Debtors bankruptcy, case filing, and meeting of creditors was mailed out to all creditors and entities listed on the Debtor's mailing matrix by the bankruptcy noticing center after the Debtor filed their bankruptcy petition. Inadvertently, the Defendant was left off the mailing matrix when the case was initially filed.

12.   On October 12, 2024, after discovering the error, the Plaintiff personally delivered the Notice

2

of Chapter 13 Bankruptcy (ECF No.10) to an associate at Zeidman's, located at 24810 Evergreen, Southfield, MI 48075. The associate took the Notice of Bankruptcy but refused to release the property held as collateral for the personal loans. The associate stated that the Automatic Stay had no effect on their company's policies. The associate continued to state that the owner did not care about anyone filing for bankruptcy, if a borrower does not pay the balance by the maturity date the property is forfeited.

13. The Debtor informed the associate that per the Bankruptcy Code, when a Debtor files ALL adverse actions must cease, and all property being held by the Creditor must be turned over to the Debtor. The associate again refused to release the property and stated that all property would be forfeited if the payment is not received in full by the loan maturity dates. The associate printed a list of all property held and the dates due. (See Exhibit "C")

14. On October 29, 2024, The Plaintiff filed an Amended Creditor Matrix which added Zeidman's as a creditor. (ECF No. 27). The Debtor served the Notice of Chapter 13 by First-Class mail to the Defendant at the following address:

> Zeidman's
> 24810 Evergreen Road
> Southfield, MI 48075

15. On November 10, 2024, the Debtor personally appeared and spoke with a representative of Zeidman's and demanded return of all property that was held. The associate refused to turnover any property and informed the Debtor that any property that reached its maturity date had been forfeited and advertised for sale or sold.

16. After multiple demands the Defendant refused to comply with the Automatic Stay and willfully imposed adverse actions on the Debtor while the automatic stay was in effect.

17. Since the forfeiture of the property, the Debtor has experienced extreme emotional distress shown through symptoms including but not limited to anxiety, fear, extreme emotional turmoil from the loss of sentimental property (such as the Debtor's wedding ring, irreplaceable heirloom jewelry from deceased parent, etc..)

18. As a direct result of Zeidman's egregious actions, the Plaintiff has suffered the following damages plus other damages as may be proved at any hearing or trial in this matter:

   a) Legal fees owed to the Plaintiff for the cost to present this case.
   b) Actual damages resulting from improper seizure of property in violation of the Automatic Stay:
   c) Actual damages and the true value of all property ceased resulting from continued violation of the stay for failure to return the property upon Notice of the Chapter 13 filing;
   d) Actual damages that the Debtor incurred as a result of any willful violation that the Court might find, including damages for emotional distress; and
   e) Punitive damages that this Honorable Court might find to be appropriate as a result of any willful stay violation that the Court might find.

19. The proper legal standards for whether or not a party is liable for damages caused by actionable willful stay violation in this district are set forth in this court's opinion in *In re Warren*, 532

3

B.R. 655 (Bankr. D.S.C. 2015).

**Claim for Relief – Count 1**
**(Turnover of Property of the Estate)**

20. The allegations in paragraphs 1 through 17 of this complaint are realleged and incorporated herein by reference.

21. Certain of Plaintiff's exempt property, which is property of the estate as defined by 11 U.S.C.§541, to wit, multiple jewelry items in which she has an interest, are in the possession of Defendant.

22. At the time the Debtor's petition was filed, Debtor gave notice of the filing to Defendant, as alleged above.

23. Upon receipt of this notice, Defendant was required pursuant to 11 U.S.C. § 542, to turn over this exempt property to the Debtors in this case.

24. Defendant has failed and refused to return the property and Debtor is entitled to an order of this Court requiring the immediate delivery of all property to Debtor and to an award for damages including legal fees and costs for the bringing of this action.

**Claim for Relief – Count 2 (Violations**
**of the Automatic Stay)**

25. The allegations in paragraphs 1 through 22 of this complaint are realleged and incorporated herein by reference.

26. Section 362(k)(1) of the Bankruptcy Code provides that "an individual injured by any willful violation of a stay provided by this section shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages."

27. A willful violation of the automatic stay occurs when a "creditor knows of the pending bankruptcy petition and intentionally attempts to continue collection procedures in spite of it." Weatherford v. Timmark (In re Weatherford), 413 B.R. 273, 285 (Bankr. D.S.C. 2009) (citing Budget Serv. Co. v. Better Homes of Va., Inc., 804 F.2d. 289, 292-93 (4th Cir. 1986)).

28. In the context of Section 362, willfulness "does not engender a showing of specific intent [but] merely involves a deliberate act taken with knowledge, and in contravention of an automatic stay." Hanna Coal Co., 218 B.R. 825, 832 (W.D. Va. 1997).

29. For a Debtor to recover damages for an alleged willful violation of the automatic stay, the debtor must establish by a preponderance of the evidence the following five elements:

(1) that a bankruptcy petition was filed; (2) that the debtors are "individuals" under the automatic stay provision; (3) that the creditors received notice of the petition; (4) that the creditor's actions were in willful violation of the stay, and (5) that the debtor(s) suffered damages. Weatherford, 413 B.R. at 284 (quoting In re Sammon, 253 B.R. 672, 679-80 (Bankr. D.S.C. 2000)); see Warren v. Dill (In re Warren), 532 B.R. 655, 661 (Bankr.

4

D.S.C. 2015) (A debtor must prove stay violation by a preponderance of the evidence).

30.    Debtor bears the burden of proving these elements. Bolen v. Mercedes Benz, Inc. (In re Bolen), 295 B.R. 803, 807 (Bankr. D.S.C. 2002).

31.    Plaintiffs argue that all five elements are met in this case:
   a) Plaintiff is an individual Chapter 13 debtor;
   b) Defendant had actual notice of the pendency of Plaintiff's bankruptcy case.
   c) Defendant has filed a claim for relief;
   d) Defendant has acknowledged the bankruptcy filing but has failed and refused to return the property in violation of 11 U.S.C. Sections 105(a) and 362(k);
   e) Plaintiff has suffered damages.

32.    As a result of the above violations of applicable law, the Defendant Zeidmans is liable to the Plaintiff for actual damages, including legal fees and costs.

33.    Furthermore, the Court should impose punitive damages against the Defendant since Zeidman's either knew or should have known that the Plaintiff was protected by the automatic stay and their continued possession of and refusal to return the property is a continuing violation of the automatic stay. Also, in the event that the Court finds that Zeidman's actions were not willful, but their actions were at least reckless, which is also sufficient ground in this state to impose punitive damages.

**WHEREFORE,** the Plaintiff having set forth his claims for relief against the Defendant respectfully prays of the Court as follows:

A. Order Defendant forthwith to turn over Debtor's property to the Debtor immediately upon this ruling;
B. Find that the Defendant is in contempt of Court for violating 11 U.S.C. §§362 and 542;
C. Award Plaintiff, pursuant to 11 U.S.C. §§ 105(a) and 362(k), damages;
D. That the Plaintiff have and recover against the Defendant a sum to be determined by the Court in the form of actual damages;
E. That the Plaintiff have and recover against the Defendant a sum to be determined by the Court in the form of punitive damages;
F. That the Plaintiff have and recover against the Defendant all reasonable legal fees and expenses incurred by their attorneys; and
G. That the Plaintiff have such other and further relief as the Court may deem just and proper.

Dated this the 23th day of January, 2025.

Jacqueline E. Ard, Plaintiff (Debtor)
239 Beach City Road
Hilton Head Island, SC 29926
(313) 770-7051
jacquelineard72@gmail.com

# Exhibit A

BCS/CD-500 (Rev. 12/05)

**MICHIGAN DEPARTMENT OF LABOR & ECONOMIC GROWTH**
**BUREAU OF COMMERCIAL SERVICES** **FILED**

| Date Received | | (FOR BUREAU USE ONLY) |
|---|---|---|

MAY 3 1 2006

Administrator
This document is effective on the date filed, unless a **BUREAU OF COMMERCIAL SERVICES**
subsequent effective date within 90 days after received
date is stated in the document.

Effective Date:

Name
Kevin P. Furlong, Nessel, Smith, Leff, Borsen & Furlong, PLLC
Address
6960 Orchard Lake Road, Suite 120

| City | State | ZIP Code |
|---|---|---|
| West Bloomfield | MI | 48322 |

Document will be returned to the name and address you enter above.
If left blank document will be mailed to the registered office.

19265E

## ARTICLES OF INCORPORATION
### For use by Domestic Profit Corporations
(Please read information and instructions on the last page)

*Pursuant to the provisions of Act 284, Public Acts of 1972, the undersigned corporation executes the following Articles:*

**ARTICLE I**

The name of the corporation is:

Zeldman's Jewelry & Loan of Southfield, Inc.

**ARTICLE II**

The purpose or purposes for which the corporation is formed is to engage in any activity within the purposes for which corporations may be formed under the Business Corporation Act of Michigan.

**ARTICLE III**

The total authorized shares:

1. Common Shares _____ 50,000

   Preferred Shares _____ 0

2. A statement of all or any of the relative rights, preferences and limitations of the shares of each class is as follows:

**ARTICLE IV**

1. The address of the registered office is:

   6960 Gratiot Avenue _____ Detroit , Michigan 48226
   (Street Address) (City) (ZIP Code)

2. The mailing address of the registered office, if different than above:

   _____ , Michigan _____
   (Street Address or P.O. Box) (City) (ZIP Code)

3. The name of the resident agent at the registered office is: Thomas S. LaBret

BCS/CD-500 (Rev. 12/08)

## ARTICLE V

The name(s) and address(es) of the incorporator(s) is(are) as follows:

| Name | Residence or Business Address |
|------|-------------------------------|
| Thomas S. LaBret | 4374 Commerce Rd., |
| | Orchard Lake, MI 48334 |

## ARTICLE VI (Optional, Delete if not applicable)

When a compromise or arrangement or a plan of reorganization of this corporation is proposed between this corporation and its creditors or any class of them or between this corporation and its shareholders or any class of them, a court of equity jurisdiction within the state, on application of this corporation or of a creditor or shareholder thereof, or an application of a receiver appointed for the corporation, may order a meeting of the creditors or class of creditors or of the shareholders or class of shareholders to be affected by the proposed compromise or arrangement or reorganization, to be summoned in such manner as the court directs. If a majority in number representing 3/4 in value of the creditors or class of creditors, or of the shareholders or class of shareholders to be affected by the proposed compromise or arrangement or a reorganization, agree to a compromise or arrangement or a reorganization of this corporation as a consequence of the compromise or arrangement, the compromise or arrangement and the reorganization, if sanctioned by the court to which the application has been made, shall be binding on all the creditors or class of creditors, or on all the shareholders or class of shareholders and also on this corporation.

## ARTICLE VII (Optional, Delete if not applicable)

Any action required or permitted by the Act to be taken at an annual or special meeting of shareholders may be taken without a meeting, without prior notice, and without a vote, if consents in writing, setting forth the action so taken, are signed by the holders of outstanding shares having not less than the minimum number of votes that would be necessary to authorize or take the action at a meeting at which all shares entitled to vote on the action were present and voted. A written consent shall bear the date of signature of the shareholder who signs the consent. Written consents are not effective to take corporate action unless within 60 days after the record date for determining shareholders entitled to express consent to or to dissent from a proposal without a meeting, written consents dated not more than 10 days before the record date and signed by a sufficient number of shareholders to take the action are delivered to the corporation. Delivery shall be to the corporation's registered office, its principal place of business, or an officer or agent of the corporation having custody of the minutes of the proceedings of its shareholders. Delivery made to a corporation's registered office shall be by hand or by certified or registered mail, return receipt requested.

Prompt notice of the taking of the corporate action without a meeting by less than unanimous written consent shall be given to shareholders who would have been entitled to notice of the shareholder meeting if the action had been taken at a meeting and who have not consented to the action in writing. An electronic transmission consenting to an action must comply with Section 407(3).

BCS/CD-500 (Rev. 12/05)

The space below for additional Articles or for continuation of previous Articles.  Please identify any Article being continued or added.  Attach additional pages if needed.

I, (We), the incorporator(s) sign my (our) name(s) this ___2nd___ day of ___May___ 2006 .

# Exhibit B

Label Matrix for local noticing
0420-2
Case 24-03611-jd
District of South Carolina
Charleston
Thu Jan 16 16:18:33 EST 2025

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201-2423

(p) Americollect Inc
PO Box 2080
Manitowoc, WI 54221-2080

(p) Citibank
PO Box 790034
St. Louis, MO 63179-0034

(p) Fifth Third Bank
MD No. ROPS05 Bankruptcy Dept
1850 East Paris SE
Grand Rapids, MI 49546-6253

(p) JPMORGAN Chase Bank
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203-4774

(p) Kent State University
PO Box 5190
Kent, OH 44242-0001

(p) National Credit Systems
Attn: Bankruptcy
PO Box 672288
Marietta, GA 30006-0039

(p) T Mobile
C O American Infosource LP
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

(p) TD Bank North NA
70 Gray Road
Falmouth, ME 04105-2299

(p)Allstate Insurance
P.O. Box 21169
Roanoke, VA 24018-0537

(p)Monevo Inc
169 Saxony Road, Suite 212
Encinitas, CA 92024-6781

(p)The Hertz Corporation
8501 Williams Road
Estero, FL 33928-3325

AAdvantage Aviator
Portfolio Recovery
PO Box 8828
Wilmington, DE 19899-8828

ADT Security
452 Sable Blvd Unit G
Aurora, CO 80011-0813

ADT, LLC
Transworld Systems Inc
500 Virginia Dr. Suite 514
Ft Washington, PA 19034-2733

ATandT
P.O. BOX 5080
Carol Stream, IL 60197-5080

AWA Collections
P.O. Box 6605
Orange, CA 92863-6605

Allstate Indemnity
PO Box 4310
Carol Stream, IL 60197-4310

American Express - AXP LEGAL ATTORNEY
500 North Franklin Turnpike No.315
MAIL CODE 297
Ramsey, New Jersey 07446-1160

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Arlene Grisby
21215 Dartmouth
Southfield, MI 48076-5634

Armstrong Cable
P.O. Box 37749
Philadelphia, PA 19101-5049

Association Services, An Associa Company
Care of Hilton Head Resort
PO Box 11903
Newark, NJ 07101-4903

Bank of America
PO Box 982238
El Paso TX 79998-2238

Barclay's Bank Delaware
Attention: Card Services LEGAL
P.O. Box 8833
Wilmington, DE 19899-8833

Barry Mullis
239 Beach City Road Apt 2213
Hilton Head Island, SC 29926-4713

Beaufort County Sheriff's Department
Melissa Hansen
P.O. Box 1758
Beaufort, SC 29901-1758

Beaufort County Treasurer
P.O. Drawer 487
Beaufort, SC 29901-0487

Braun Kendrick Finkbeiner PLC
4301 Fashion Square Blvd
Saginaw, MI 48603-5218

Bromley Law Firm LLC
Evan K. Bromley
211 Goethe Road, Suite B
Bluffton, SC 29910-6014

CAPITAL MANAGEMENT SVCS
698 1-2 S. OGDEN STREET
BUFFALO, NY 14206-2317

COMENITY PORTFOLIO REFRESH
3095 LOYALTY CIRCLE
COLUMBUS, OH 43219-3673

CONSUMERS ENERGY COMPANY
Attn: Legal Dept
One Energy Plaza
Jackson, MI 49201-2357

CREDIT CONTROL SERVICES INC
725 CANTON ST,
NORWOOD MA 02062-2609

Capital One Auto Finance
AIS Portfolio Services, LLC
4515 N. Santa Fe Ave Dept APS
Oklahoma City, OK 73118-7901

Carter-Young, Inc.
120 2nd St 2nd Fl
Monroe, GA 30655-2391

Cavalry Portfolio Services
500 Summit Lake, Suite 400
Valhalla, NY 10595-2321

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Chase Ink Business Card Services
P.O. Box 15298
Wilmington, DE 19850-5298

Chex Systems Inc
7805 Hudson Road, Suite 100
Woodbury, MN 55125-1595

Citicorp Credit Services
Attn: IRU
P.O. Box 790034
St. Louis, MO 63179-0034

City of Detroit - Property Tax
P.O. Box 33193
Detroit, MI 48232-5193

City of Detroit Water and Sewerage Dept
735 Randolph St.
Detroit, MI 48226-2830

Clare County 55th Judicial Circuit
225 West Main
Harrison, MI 48625-8336

Comenity - Caesars Rewards
P.O. Box 650960
Dallas, TX 75265-0960

Comenity - Zales
PO Box 650971
Dallas, TX 75265-0971

Consumers Energy
3201 East Court St Room 84
Flint MI 48506-4022

County Council of Beaufort County Assessor
Real Property Services
P.O. Drawer 1229
Beaufort, SC 29901

Coyne Oil
513 W. Fifth St
Clare, MI 48617-9405

Credit Management Company
PO Box 16346
Pittsburgh, PA 15242-0346

Credit One Bank
PO Box 98873
Las Vegas, NV 89193-8873

Cuyahoga Community College
700 Carnegie Ave.
Cleveland, OH 44115-2878

DNF Associates
2351 N Forest Road Suite 110
Getzville, NY 14068-9902

DTE
1 Energy Plaza
WCB 735 Attention Legal Dept
Detroit, MI 48226-1221

Dallas Shull Excavating
4502 E. Brown Rd
Clare, MI 48617-9758

Debra Schumann
100 Kensington Blvd Apt No. 107
Bluffton, SC 29910-7464

Dillon McCandless King Coulter and Graham, L
128 West Cunningham Street
Butler, PA 16001-5742

Dish Network LLC
9601 S. Meridian Blvd
Englewood, CO 80112-5905

Diverse Funding
3580 Harlem Rd Suite 6
Cheektowaga, NY 14215-2045

Duquesne Light
Payment Processing Center
P.O. Box 67
Pittsburgh, PA 15257-0001

Enterprise Rental Car
600 Corporate Park Drive
St. Louis, Missouri 63105-4211

Estate at Westbury Owners Assoc, Inc
Board of Directors
85 Kensington Blvd
Bluffton, SC 29910-4884

FIRSTSOURCE ADVANTAGE LLC
205 BRYANT WOODS SOUTH
AMHERST, NY 14228-3609

Financial Recovery Services
P.O. Box 385908
Minneapolis, MN 55438-5908

First Energy- Penn Power
PO Box 16001
Reading, PA 19612-6001

Forefront Dermatology
801 York Street
Manitowoc, WI 54220-4630

Fortiva - Bob's Discount Furniture
P.O. Box 650721
Dallas, TX 75265-0721

George B. Smythe
4000 S. Faber Place Drive
Suite 300
Charleston, SC 29405-8587

Georgia Traffic
PO Box 80447
Conyers, GA 30013-8047

Go Store It
1249 Avondale Rd
Hendersonville, TN 37075-9672

Go Store It
33 Parameter Road
Bluffton, SC 29910-8571

Greensky
P.O. Box 2730
Alpharetta, GA 30023-2730

Hargray Communications-Cable One Inc
856 William Hilton Parkway
Hilton Head Island, SC 29928-3423

Henry Sanders
239 Beach City Road Apt No. 1205
Hilton Head Island, SC 29926-4707

Hilton Head Resort-Four Seasons Centre
HHR Council of Owners
Attn: Board of Directors
663 Wiliam Hilton Parkway
Hilton Head Island, SC 29928-3506

Home Depot
CENTRALIZED BANKRUPTCY
P.O. Box 790034
St. Louis, MO 63179-0034

Home Depot Loan
PO Box 2730
Alpharetta, GA 30023-2730

Hon Marvin H. Dukes, III
Beaufort County Master In Equity
102 Ribaut Road 2nd Floor
Beaufort, SC 29902-4453

Honorable Nicola Henry-Taylor
Alleghany Court of Common Pleas
712 City-County Building
414 Grant St
Pittsburg, PA 15219-2409

Hughes Network Services
P.O. Box 96874
Chicago, IL 60693-6874

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Janet Spinelli
100 Kensington Blvd Apt No. 918
Bluffton, SC 29910-7464

Jannine M. Mutterer, Esq.
5 Cedar Street
Bluffton, SC 29910-7215

Jeff Morgan
663 William Hilton Parkway
Hilton Head Island, SC 29928-3506

John Curtis
100 Kensington Blvd Apt No. 1603
Bluffton, SC 29910-7464

Jones, Simpson and Newton, P.A.
Attn Wm Weston J Newton
7 Plantation Park Drive, Suite 3
Bluffton, SC 29910-6035

Judy Vanderveer
663 William Hilton Parkway Apt 3121
Hilton Head Island, SC 29928-3524

Keith Barker
916 W. Stuart Drive
Galax, VA 24333-2607

Kohl's
PO Box 3043
Milwaukee, WI 53201-3043

Komatsu Benefits Department
Mark Harder
401 E Greenfield Ave
Milwaukee, WI 53204-2941

Lincoln Township
Maggie Carey, Treasury
PO Box 239
Lake George, MI 48633-0239

Louis Ard
21215 Dartmouth
Southfield, MI 48076-5634

MIDLAND CREDIT MANAGEMENT
320 EAST BIG BEAVER
SUITE 300
TROY, MI 48083-1271

Marilyn Garcia
663 William Hilton Parkway
Hilton Head Island, SC 29928-3506

Mark Benson
IMC Resort Services, Inc
2 Corpus Christi Suite 302
Hilton Head Island, SC 29928-1703

Maryanne Stephenson
239 Beach City Road
Hilton Head Island, SC 29926-4707

Matthew Paul
2546 Salmon Street
Philadelphia, PA 19125-4033

Michael Durant
663 William Hilton Parkway
Hilton Head Island, SC 29928-3506

Microbilt
1640 Airport Rd NW STE 115
Kennesaw, GA 30144-7038

Midgard Self Storage
11 Oliver Court
Bluffton SC 29910-8708

Mr. Cooper
P.O. Box 619094
Dallas, TX 75261-9094

NES
2479 Edison Blvd Unit A
Twinsburg, OH 44087-2476

NORTHSTAR LOCATION SERVICES
4285 GENESEE STREET
CHEEKTOWAGA, NY 14225-1943

Nationstar Mortgage
PO Box 199111
Dallas, TX 75219-9111

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Nationwide Credit Inc
1225 Washington St Ste 301
Tempe, AZ 85288-1239

Norman's
24777 Telegraph Rd
Southfield, MI 48033-3000

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Office of Sheriff Beaufort County
P.O. Box 1758
Beaufort, SC 29901-1758

Ohio Turnpike EZ Pass
PO Box 94672
Cleveland, OH 44101-4672

PA Turnpike Toll By Plate
P.O. Box 645631
Pittsburgh, PA 15264-5254

PLYMOUTH ROCK ASSURANCE
695 ATLANTIC AVE
BOSTON, MA 02111-2605

PNC Bank
1900 E 9th St
Cleveland, OH 44114-3484

PROGRESSIVE INSURANCE
30440 LAKELAND BLVD
WICKLIFFE OH 44092-1749

Palmetto Electric
Attn: Michelle Tyler
111 Matthews Dr
Hilton Head Island, SC 29926-3689

Palmetto Towing and Recovery
38 Sugar Maple Street
Bluffton, SC 29910-7678

Peoples Gas
P.O. Box 644760
Pittsburgh, PA 15264-4760

Pioneer Foot Care
2021 Freeport Rd
Arnold, PA 15068-4809

Pittsburgh Water and Sewer
1200 Penn Ave
Pittsburgh, PA 15222-4216

Pods Legal Dept
280 Leetsdale Industrial Dr, Suite 200
Leetsdale, PA 15056-1016

Polly Nicola
2583 Lower Assembly Drive
Fort Mill, SC 29708-6412

Portfolio Recovery
P.O. Box 8828
Wilmington, DE 19899-8828

Progressive Insurance
Caine and Weiner
P.O. Box 55848
Sherman Oaks, CA 91413-0848

Quantum3 Group LLC as agent for
Crown Asset Management LLC
PO Box 788
Kirkland, WA 98083-0788

Ralph Paine
151 Lake Linden Drive
Bluffton, SC 29910-6426

Ronald Zold
1 Long Cane Ct
Bluffton, SC 29909-7113

Ruddy William
3174 Patsie Drive
Beavercreek, OH 45434-6032

SEVEN SEVENTEEN CREDIT UNION
3181 LARCHMONT AVE
WARREN, OH 44483-2498

SYNCS YOUR CREDIT SCORE
PO BOX 71757
PHILADELPHIA, PA 19176-1757

Sam Einfeldt
22 Willow Drive
Randolph, NJ 07869-4747

Scott M. Wild
37 New Orleans Road Suite F
Hilton Head Island, SC 29928-4756

Semina DeLaurentis
66 Quail Run
Torrington, CT 06790-2549

South Carolina Dept of Motor Vehicles
P.O Box 1498
Blythewood, SC 29016-1498

Spectrum
890 William Hilton Parkway
HHI, SC 29928-3418

Spectrum Mobile
Credit Control, LLC
3300 Rider Trail S, Suite 500
Earth City, MO 63045-1338

Synchrony Bank
PO Box 669809
Dallas, TX 75266-0957

Synergetic Communication
P.O. Box 680608
Franklin, TN 37068-0608

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

TBOM-ATLS-Fortiva
6 Concourse Parkway
2nd Floor-mailroom
Atlanta, GA 30328-6117

(p)TD BANKNORTH NA
70 GRAY ROAD
FALMOUTH ME 04105-2299

TD Bank USA-Target Credit
PO Box 673
Minneapolis, MN 55440-0673

Tamara Slank
14686 Oakwood Drive
Shelby Township, MI 48315-1530

Taybron Law Firm LLC
3399 Churchview Ave
Pittsburg, PA 15227-4358

The Huntington National Bank
5555 Cleveland Avenue GW4W25
Columbus, OH 43231-4106

The Huntington National Bank
PO Box 89424
OPC856
Cleveland, OH 44101-6424

The Spa at Port Royal Sound
Board of Directors
239 Beach City Road
Hilton Head Island, SC 29926-4707

Ticket Division
PA Turnpike EZ Pass
300 East Park Dr
Harrisburg, PA 17111-2729

Title Max Corporation
15 Bull Street
Savannah, GA 31401-2686

Traffic Magistrate
4819 Bluffton Parkway
Bluffton, SC 29910-4622

UPMC
Credit Management Company
P.O. Box 16348
Pittsburgh, PA 15242-0348

UPMC
P.O. Box 371472
Pittsburgh, PA 15250-7472

US Department of Education
Care of Nelnet
121 South 13th Street
Lincoln, NE 68508-1922

US Department of Education
PO Box 2837
Portland, OR 97208-2837

US Trustee's Office
Strom Thurmond Federal Bldg
1835 Assembly Street Suite 953
Columbia, SC 29201-2448

Verizon Wireless Bankruptcy Admin
500 Technology Drive, Suite 550
Weldon Spring, MO 63304-2225

Viking Client Services
Hertz Damage Recovery Team
7500 Office Ridge Circle, Suite 100
Eden Prairie, MO 55344-3763

West Virgina Traffic Division
300 Spruce St
Morgantown, WV 26505-5548

West Virginia EZ Pass
PO Box 1469
Charleston, WV 25325-1469

West-Aircomm Federal Credit Union
485 Buffalo St POB 568
Beaver, PA 15009-0568

West-Aircomm Federal Credit Union
Care of Weltman, Weinberg
and Reis Co., L.P.A.
5990 West Creek Road, Ste 200
Independence, OH 44131-2191

Westlake Financial
2 Equity Way Suite 200
Westlake, OH 44145-1045

Woodlands at St Barnabas
Attn: Tom Breth
128 West Cunningham Street
Butler, PA 16001-5742

Wright's Customs Body Shop, LLC
1216 Leeson Avenue
Cadillac, Michigan 49601-9097

Youngstown State University
1 Tressel Way
Youngstown, OH 44555-9703

Zeidmans
24810 Evergreen Road
Southfield, MI 48075-5538

Jacqueline Elizabeth Ard
239 Beach City Rd
Unit 3218
Hilton Head, SC 29926-4718

James M. Wyman
PO Box 997
Mount Pleasant, SC 29465-0997

Terry Frank Nicola
663 William Hilton Pky
Unit 4408
Hilton Head, SC 29928-3537

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street
Suite 953
Columbia, SC 29201-2448

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Card Services
P.O. Box 6294
Carol Stream, IL 60197

(d)JPMCB Card Services
PO Box 15369
Wilmington, DE 19850-5369

Nationstar Mortgage, LLC
ATTN: Bankruptcy Department
P.O. Box 619096
Dallas, TX, 75261-9741

Office Depot
P.O. Box 78004
Phoenix, AZ 85062

T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596

TD Bank
PO Box 84037
Columbus, GA 31908-4037

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC

(u)West-Aircomm Federal Credit Union

(u)Hertz
Transworld Systems Inc.
500 Virginia Dr Suite 514

End of Label Matrix
Mailable recipients    171
Bypassed recipients      3
Total                  174

# Exhibit C

**ZEIDMANS**
24810 Evergreen Road
Southfield MI 48075
(248)440-5760

Page 1 of 1

# Active Pawn Tickets

Printed on: 10/12/2024

| Customer Name: | Jacqueline E Ard | This message prints on Active Ticket Receipts |
| Address: | 143 Boardman Canfield Rd # 225 | |
| | Boardman OH 44512-0000 | |

| Ticket No. | *Pledged Item | Issue Date | **Principal Due | Next Pmt Due On or Before | Next Payment Amount | OK or Late |
|---|---|---|---|---|---|---|
| 376212 | Earrings Ladies Hoops dia inside and out approx 2. | Jul 29 2024 | $900.00 | Oct 29 2024 | $90.00 if on time | OK |
| 378308 | Ring,Ladies Dc band ring Wt:5.05 | Aug 08 2024 | $150.00 | Nov 08 2024 | $22.50 if on time | OK |
| 378700 | Earrings Ladies 1 pr  lg Wt:6.3 | Aug 09 2024 | $150.00 | Nov 09 2024 | $22.50 if on time | OK |
| 378701 | Bracelet Ladies Dcsssss Wt:7.2 | Aug 09 2024 | $275.00 | Nov 09 2024 | $33.75 if on time | OK |
| 378775 | Bracelet Ladies Dcs Wt:17.8 | Aug 10 2024 | $500.00 | Nov 10 2024 | $54.00 if on time | OK |
| 378776 | Bracelet Ladies Dia bangle Wt:8.8 | Aug 10 2024 | $300.00 | Nov 10 2024 | $36.00 if on time | OK |
| 382450 | Gold Chain(S) H  bone Wt:19 | Aug 30 2024 | $600.00 | Nov 30 2024 | $63.00 if on time | OK |
| 382451 | Ring,Ladies +3ct rbc ctr w fancy pc and dc ring :1 | Aug 30 2024 | $3,060.00 | Nov 30 2024 | $284.40 if on time | OK |

**End of list.**   *Thank you.*

**ZEIDMANS**

24810 Evergreen Road
Southfield MI 48075
(248)440-5760

LICENSED PAWNBROKERS Since 1923
Michigan's Largest Pawnbroker
Hours: 9:30 am - 6:00 pm Monday-Friday.
9:30-5:30 Saturday. CLOSED SUNDAY

Important: See
Other Side

**378775**

| Pledgor: | Ard, Jacqueline Elizabeth | OH ID ****3055 | Previous Ticket. | None | Date Made: | 8/10/2024 |
| Address: | 143 Boardman Canfield Rd # 225, Boardman  OH  44512-00 | | Original Ticket | 378775 | Time Made: | 12:02 PM |

Maturity Date: **Sunday, November 10, 2024**

**Privacy Statement**

We the lender respect your privacy by keeping the information you share with us secure. At no time do we disclose any non-public personal information about you, the customer, to any third party, except as mandated by law.

**Description of Article/s**

1/.   1 - Bracelet Ladies  17.8dwt Dcs



11/10/2024 12:11PM 000000#7379 000
LOAN
~500.0

You are giving us a security interest in the above-described goods

| Amount given to you directly | Amount refinanced |
| $500.00 | $0.00 |

| | AMOUNT FINANCED | $500.00 |
| --- | --- | --- |
| **FINANCE CHARGE** The dollar amount the credit will cost you | | $54.00 |
| **TOTAL OF PAYMENTS** Amount required to redeem pawn on maturity date | | $554.00 |
| **ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate | | 43.20% |
| PAYMENT SCHEDULE: 1 @ | | $554.00 |

Amount needed to redeem loan each month

| FIRST MONTH | SECOND MONTH | THIRD MONTH |
| $518.00 | $536.00 | $554.00 |

If you pay off your loan early you will not be entitled to a refund of part of the finance charge

I, the undersigned pledgor have completely read and agree to, both sides of this ticket. The information is true and accurate.

**I am NOT Active Military or a Dependant Thereof**_____

X _____                                          8/10/2024
Pledgor's Signature        (JAYS/JAYS)                        Date

---

**ZEIDMANS**

24810 Evergreen Road
Southfield MI 48075
(248)440-5760

LICENSED PAWNBROKERS Since 1923
Michigan's Largest Pawnbroker
Hours: 9:30 am - 6:00 pm Monday-Friday.
9:30-5:30 Saturday. CLOSED SUNDAY

Important: See
Other Side

**378776**

| Pledgor: | Ard, Jacqueline Elizabeth | OH ID ****3055 | Previous Ticket. | None | Date Made: | 8/10/2024 |
| Address: | 143 Boardman Canfield Rd # 225, Boardman  OH  44512-00 | | Original Ticket | 378776 | Time Made: | 12:02 PM |

Maturity Date: **Sunday, November 10, 2024** 000000#7379 0001
~300.00

**Privacy Statement**

We the lender respect your privacy by keeping the information you share with us secure. At no time do we disclose any non-public personal information about you, the customer, to any third party, except as mandated by law.

**Description of Article/s**

1/.   1 - Bracelet Ladies  8.8dwt Dia bangle

You are giving us a security interest in the above-described goods

| Amount given to you directly | Amount refinanced |
| $300.00 | $0.00 |

| | AMOUNT FINANCED | $300.00 |
| --- | --- | --- |
| **FINANCE CHARGE** The dollar amount the credit will cost you | | $36.00 |
| **TOTAL OF PAYMENTS** Amount required to redeem pawn on maturity date | | $336.00 |
| **ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate | | 48.00% |
| PAYMENT SCHEDULE: 1 @ | | $336.00 |

Amount needed to redeem loan each month

| FIRST MONTH | SECOND MONTH | THIRD MONTH |
| $312.00 | $324.00 | $336.00 |

If you pay off your loan early you will not be entitled to a refund of part of the finance charge

I, the undersigned pledgor have completely read and agree to, both sides of this ticket. The information is true and accurate.

**I am NOT Active Military or a Dependant Thereof**_____



X _____                                          8/10/2024
Pledgor's Signature        (JAYS/JAYS)                        Date



## ZEIDMANS

24810 Evergreen Road
Southfield MI 48075
(248)440-5760

**LICENSED PAWNBROKERS Since 1923**
Michigan's Largest Pawnbroker
Hours: 9:30 am - 6:00 pm Monday-Friday.
9:30-5:30 Saturday. CLOSED SUNDAY

**Important: See Other Side**

**378700**

| Pledgor: | Ard, Jacqueline Elizabeth | OH ID ****3055 | Previous Ticket. | None | Date Made: | 8/9/2024 |
| Address: | 143 Boardman Canfield Rd # 225, Boardman  OH  44512-00 | | Original Ticket | 378700 | Time Made: | 5:17 PM |

**Maturity Date:** Saturday, November 09, 2024

**Privacy Statement**

We the lender respect your privacy by keeping the information you share with us secure. At no time do we disclose any non-public personal information about you, the customer, to any third party, except as mandated by law.

**Description of Article/s**

1/.  1 - Earrings Ladies  6.3dwt 1 pr  lg

LOAN    -150.00

You are giving us a security interest in the above-described goods

| | AMOUNT FINANCED | $150.00 |
| Amount given to you directly | Amount refinanced | FINANCE CHARGE <br> The dollar amount the credit will cost you | $22.50 |
| $150.00 | $0.00 | TOTAL OF PAYMENTS <br> Amount required to redeem pawn on maturity date | $172.50 |
| | | ANNUAL PERCENTAGE RATE <br> The cost of your credit as a yearly rate | 60.00% |

Amount needed to redeem loan each month

| FIRST MONTH | SECOND MONTH | THIRD MONTH |
| $157.50 | $165.00 | $172.50 |

PAYMENT SCHEDULE: 1 @    $172.50

If you pay off your loan early you will not be entitled to a refund of part of the finance charge

**I am NOT Active Military or a Dependant Thereof_____**

I, the undersigned pledgor have completely read and agree to, both sides of this ticket. The information is true and accurate.

X _____    8/9/2024
Pledgor's Signature            Date

---

## ZEIDMANS

24810 Evergreen Road
Southfield MI 48075
(248)440-5760

**LICENSED PAWNBROKERS Since 1923**
Michigan's Largest Pawnbroker
Hours: 9:30 am - 6:00 pm Monday-Friday.
9:30-5:30 Saturday. CLOSED SUNDAY

**Important: See Other Side**

**378701**

| Pledgor: | Ard, Jacqueline Elizabeth | OH ID ****3055 | Previous Ticket. | None | Date Made: | 8/9/2024 |
| Address: | 143 Boardman Canfield Rd # 225, Boardman  OH  44512-00 | | Original Ticket | 378701 | Time Made: | 5:17 PM |

**Maturity Date:** Saturday, November 09, 2024

**Privacy Statement**

We the lender respect your privacy by keeping the information you share with us secure. At no time do we disclose any non-public personal information about you, the customer, to any third party, except as mandated by law.

**Description of Article/s**

1/.  1 - Bracelet Ladies  7.2dwt Dcsssss

-275.00

You are giving us a security interest in the above-described goods

| | AMOUNT FINANCED | $275.00 |
| Amount given to you directly | Amount refinanced | FINANCE CHARGE <br> The dollar amount the credit will cost you | $33.75 |
| $275.00 | $0.00 | TOTAL OF PAYMENTS <br> Amount required to redeem pawn on maturity date | $308.75 |
| | | ANNUAL PERCENTAGE RATE <br> The cost of your credit as a yearly rate | 49.09% |

Amount needed to redeem loan each month

| FIRST MONTH | SECOND MONTH | THIRD MONTH |
| $286.25 | $297.50 | $308.75 |

PAYMENT SCHEDULE: 1 @    $308.75

If you pay off your loan early you will not be entitled to a refund of part of the finance charge

**I am NOT Active Military or a Dependant Thereof_____**

I, the undersigned pledgor have completely read and agree to, both sides of this ticket. The information is true and accurate.

X _____    8/9/2024
Pledgor's Signature            Date

## ZEIDMANS

24810 Evergreen Road
Southfield MI 48075
(248)440-5760

LICENSED PAWNBROKERS Since 1923
Michigan's Largest Pawnbroker
Hours: 9:30 am - 6:00 pm Monday-Friday.
9:30-5:30 Saturday. CLOSED SUNDAY

**Important: See Other Side**

**376212**

| Pledgor: | Ard, Jacqueline Elizabeth | OH ID ****3055 | Previous Ticket. | None | Date Made: | 7/29/2024 |
| Address: | 143 Boardman Canfield Rd # 225, Boardman OH 44512-0000 | | Original Ticket | 376212 | Time Made: | 2:03 PM |

| Maturity Date: | Tuesday, October 29, 2024 |

**Privacy Statement**

We the lender respect your privacy by keeping the information you share with us secure. At no time do we disclose any non-public personal information about you, the customer, to any third party, except as mandated by law.

**Description of Article/s**

1/.    1 - Earrings Ladies  14.4dwt Hoops dia inside and out approx 2.5cttw

You are giving us a security interest in the above-described goods

| AMOUNT FINANCED | $900.00 |
| FINANCE CHARGE<br>The dollar amount the credit will cost you | $90.00 |
| TOTAL OF PAYMENTS<br>Amount required to redeem pawn on maturity date | $990.00 |
| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | 40.00% |
| PAYMENT SCHEDULE: 1 @ | $990.00 |

| Amount given to you directly | Amount refinanced |
| $900.00 | $0.00 |

Amount needed to redeem loan each month

| FIRST MONTH | SECOND MONTH | THIRD MONTH |
| $930.00 | $960.00 | $990.00 |

If you pay off your loan early you will not be entitled to a refund of part of the finance charge

I, the undersigned pledgor have completely read and agree to, both sides of this ticket. The information is true and accurate.

**I am NOT Active Military or a Dependant Thereof_____**

X _____      7/29/2024
   Pledgor's Signature                              Date

---

## ZEIDMANS

24810 Evergreen Road
Southfield MI 48075
(248)440-5760

LICENSED PAWNBROKERS Since 1923
Michigan's Largest Pawnbroker
Hours: 9:30 am - 6:00 pm Monday-Friday.
9:30-5:30 Saturday. CLOSED SUNDAY

**Important: See Other Side**

**378308**

| Pledgor: | Ard, Jacqueline Elizabeth | OH ID ****3055 | Previous Ticket. | None | Date Made: | 8/8/2024 |
| Address: | 143 Boardman Canfield Rd # 225, Boardman OH 44512-0000 | | Original Ticket | 378308 | Time Made: | 2:29 PM |

| Maturity Date: | Friday, November 08, 2024 |

**Privacy Statement**

We the lender respect your privacy by keeping the information you share with us secure. At no time do we disclose any non-public personal information about you, the customer, to any third party, except as mandated by law.

**Description of Article/s**

1/.    1 - Ring,Ladies  5.05dwt Dc band ring

You are giving us a security interest in the above-described goods

| AMOUNT FINANCED | $150.00 |
| FINANCE CHARGE<br>The dollar amount the credit will cost you | $22.50 |
| TOTAL OF PAYMENTS<br>Amount required to redeem pawn on maturity date | $172.50 |
| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | 60.00% |
| PAYMENT SCHEDULE: 1 @ | $172.50 |

| Amount given to you directly | Amount refinanced |
| $150.00 | $0.00 |

Amount needed to redeem loan each month

| FIRST MONTH | SECOND MONTH | THIRD MONTH |
| $157.50 | $165.00 | $172.50 |

If you pay off your loan early you will not be entitled to a refund of part of the finance charge

I, the undersigned pledgor have completely read and agree to, both sides of this ticket. The information is true and accurate.

**I am NOT Active Military or a Dependant Thereof_____**

X _____      8/8/2024
   Pledgor's Signature                              Date

## UNITES STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | Bankruptcy Case No.: 24-03611-JD |
| Jacqueline Ard | Chapter 13 |
| Debtor. | NOTICE OF MOTION SEEKING 11 U.S.C. §362 RELIEF |

TO:    DEBTOR, NAMED IN THE ATTACHED MOTION:

**PLEASE TAKE NOTICE THAT ON** January 23, 2025 a Motion Seeking relief was filed in the US Bankruptcy Court for the District of South Carolina.

Within fourteen (14) days after service of the attached Motion and the Notice of the Motion, any party objecting to the relief sought shall:

    A. File with the Clerk of this Court a written objection to the §362 Motion;

    B. File with the Clerk of this Court a Certification of Facts;

    C. Serve on the Debtor items A&B above at the address shown below; and

    D. File a certificate of such service with the Clerk of this Court.

Should you fail to comply with the procedure, you may be denied the opportunity to appear and be heard on this proceeding before the Court.

Date of Issuance:    January 23, 2025

Debtor:    Jacqueline Ard

Last 4 SS#    3748

Court Address:    J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201-2423

    You must also send a copy to:
Trustee:
James Wyman, Chapter 13 Trustee, P.O. Box 997, Mount Pleasant, SC 29465 and via email submission at 13info@charleston13.com
Debtor:
Jacqueline Ard 239 Beach City Rd #3218, Hilton Head Island, SC 29926 and via email; jacquelineard72@gmail.com

Page 1 of 2

## UNITES STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | Bankruptcy Case No.: 24-03611-JD |
| Jacqueline Ard | Chapter 13 |
| Debtor. | Certificate of Service |

This is to certify that I, Jacqueline Ard, Debtor, *pro se* on this day, January 23, 2025, served the following documents;
1. Complaint Seeking Turnover of Property
2. Debtor's Notice of Motion Seeking Relief
3. Certificate of Service

Served on the persons named below by placing a copy of same in the United States Mail, postage pre-paid, in envelopes addressed as follows:

**Via First Class Mail:**
Zeidman's Jewelry & Loan of Southfield
24810 Evergreen Road
Southfield, MI 48075

Zeidman's Jewelry & Loan of Michigan
Attn Thomas LaBret
2669 Gratiot
Detroit, MI 48226

**Via Email:**
James Wyman
13info@charleston13.com


Jacqueline Ard

239 Beach City Rd #3218
Hilton Head Is, SC 29926 5
jacquelineard72@gmail.com
(313) 770-7051

Hilton Head Island

January 23, 2025