**Case # 24-03611**

# Record of Returned Mail

Processed 04/14/2025 through 04/20/2025

| Type of Notice | Filed Date of Notice | Address on Returned Mail | Date Returned Mail Processed |
|---|---|---|---|
| Notice of Hearing | 03/03/2025 | Jacqueline Ard and Terrk Frank Nicole<br>239 Beach City Rd No 3218<br>Hilton Head Island, SC 29926-4718 | 04/14/2025 |