OFFICE OF THE CLERK

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA
J. BRATTON DAVIS UNITED STATES BANKRUPTCY COURTHOUSE
1100 LAUREL STREET
COLUMBIA, SOUTH CAROLINA 29201-2423
TELEPHONE 803-765-5436

www.scb.uscourts.gov

_____

May 13, 2025

Jacqueline Elizabeth Ard
239 Beach City Rd, Unit 3218
Hilton Head, SC 29926

RE:   In re Jacqueline Elizabeth Ard and Terry Frank Nicola
      Bankr. Case No. 24-03611-JD

Dear Jacqueline Elizabeth Ard:

This letter is in reference to your "Notice of Appeal" which was filed May 13, 2025.

Federal Rule of Bankruptcy Procedure 8003 provides that "[a]n appeal from a judgment, order, or decree of a bankruptcy court to a district court… under 28 U.S.C. § 158(a)(1) or (a)(2) may be taken only by filing a notice of appeal with the bankruptcy clerk within the time allowed by Rule 8002." "The notice of appeal must: (A) conform substantially to the appropriate Official Form; (B) be accompanied by the judgment, order, or decree, or the part of it, being appealed; and (C) be accompanied by the prescribed fee.

The document you submitted was not accompanied by the required filing fee of $298.00 required by 28 U.S.C. § 1930.

Please submit the required total filing fee on or before May 23, 2025.

Thank you in advance.

Lauren T Maxwell, Clerk of Court
United States Bankruptcy Court

BY:_s/ P. Barnello_____
    P. Barnello, Deputy Clerk