UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Jacqueline Elizabeth Ard and Terry Frank Nicola<br><br><br><br>Debtor(s). | CHAPTER 13<br>CASE NO: 24-03611-JD<br><br>TRANSMITTAL OF RECORD ON APPEAL |

To: The Honorable Robin L. Blume, Clerk of the United States District Court, District of South Carolina

Pursuant to Bankruptcy Rule 8010, I hereby transmit the following record on appeal:

**DOCKET SHEET**
**NO ITEMS RECEIVED FROM EITHER APPELLANTS OR APPELLEES**
**APPEAL FEE NOT PAID - SEE ATTACHED FILE CORRESPONDENCE SENT TO JACQUELINE ELIZABETH ARD AND TERRY FRANK NICOLA, MAY 13, 2025, DOCKET NO. 122.**

I, N. Beaulieu, hereby certify that, to the best of my knowledge, the transmitted copies are true and correct copies of the record and proceedings on file in the office of the Clerk, U.S. Bankruptcy Court, in the above-captioned action.



Lauren T Maxwell, Clerk of Court
United States Bankruptcy Court

BY: /s/ N. Beaulieu
    N. Beaulieu, Appeals Clerk

Columbia, South Carolina

June 10, 2025

Parties to appeal are:

For Appellant:

Jacqueline Elizabeth Ard, Pro Se'
239 Beach City Rd.
Unit 3218
Hilton Head, SC 29926

Terry Frank Nicola, Pro Se'
663 William Hilton Pky
Unit 4408
Hilton Head, SC 29928

For Appellee:

Evan K. Bromley
Bromley Law Firm LLC
PO Box 570
Bluffton, SC 29910

Julie A. Franklin
Franklin Legal Services LLC
100 Bull St.
Ste. 200
Savannah, GA 31401

# United States Bankruptcy Court
## District of South Carolina (Charleston)
### Bankruptcy Petition #: 24-03611-jd

*Assigned to:* Bankruptcy Judge L Jefferson Davis IV
Chapter 13
Voluntary
Asset

*Date filed:* 10/04/2024
*Date terminated:* 12/09/2024
*Debtor dismissed:* 11/21/2024
*Joint debtor dismissed:* 11/21/2024
*341 meeting:* 12/02/2024

*Debtor disposition:* Dismissed for Failure to File Information
*Joint debtor disposition:* Dismissed for Failure to File Information

**Debtor**
**Jacqueline Elizabeth Ard**
239 Beach City Rd
Unit 3218
Hilton Head, SC 29926
BEAUFORT-SC
313-770-7051
SSN / ITIN: xxx-xx-3748
Tax ID / EIN: 61-1604111, 45-4003120

represented by **Jacqueline Elizabeth Ard**
PRO SE

**Joint Debtor**
**Terry Frank Nicola**
663 William Hilton Pky
Unit 4408
Hilton Head, SC 29928
BEAUFORT-SC
724-494-6884
SSN / ITIN: xxx-xx-8286
Tax ID / EIN: 88-1009431

represented by **Terry Frank Nicola**
PRO SE

**Trustee**
**James M. Wyman**
PO Box 997
Mount Pleasant, SC 29465-0997
(843) 388-9844

**U.S. Trustee**
**US Trustee's Office**
Strom Thurmond Federal Building
1835 Assembly Street
Suite 953
Columbia, SC 29201

| Filing Date | # | Docket Text |
|---|---|---|
| 10/04/2024 | [1](#) (9 pgs) | Chapter 13 Voluntary Petition - Case was received at the window. Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola. (Woods, D) (Entered: 10/04/2024) |
| 10/04/2024 | [2](#) (1 pg) | Bankruptcy Form 121 SSN. Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola. (Woods, D) (Entered: 10/04/2024) |
| 10/04/2024 | [3](#) (2 pgs) | Certificate of Credit Counseling Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola. (Woods, D) (Entered: 10/04/2024) |
| 10/04/2024 | [4](#) (2 pgs) | Application to Pay Filing Fee in Installments. Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola. (Woods, D) (Entered: 10/04/2024) |
| 10/04/2024 | [5](#) (1 pg) | Debtor's Request to Activate Electronic Noticing. DOCUMENT IMAGE AVAILABLE ONLY TO COURT USERS AND THE TRUSTEE/US TRUSTEE. Filed by Jacqueline Elizabeth Ard. (Woods, D) (Entered: 10/04/2024) |
| 10/04/2024 | [6](#) (1 pg) | Debtor's Request to Activate Electronic Noticing. DOCUMENT IMAGE AVAILABLE ONLY TO COURT USERS AND THE TRUSTEE/US TRUSTEE. Filed by Terry Frank Nicola. (Woods, D) (Entered: 10/04/2024) |
| 10/04/2024 | [7](#) (2 pgs) | Filer Identification- Party filing document: Debtor and Joint Debtor. re: Voluntary Petition (Chapter 13) (related document(s)[1](#)) (Woods, D) (Entered: 10/04/2024) |
| 10/04/2024 | [8](#) (9 pgs) | Creditor Matrix for an Individual Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola. (Woods, D) (Entered: 10/04/2024) |
| 10/04/2024 | [9](#) (1 pg) | Creditor Matrix for an Individual Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola. (Woods, D) (Entered: 10/04/2024) |
| 10/04/2024 | [10](#) (4 pgs; 2 docs) | Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Trustee with a 341(a) meeting to be held on 12/2/2024 at 09:30 AM via Zoom Wyman: Meeting ID: 320 853 8018 Passcode: 2272208201 Telephone: 1-854-228-8680. Confirmation Hearing to be held on 1/15/2025 at 10:00 AM at Charleston. Last day to oppose discharge or dischargeability is 1/31/2025. Proofs of Claims due by 12/13/2024. Document Served. (Entered: 10/04/2024) |
| 10/04/2024 | [13](#) (3 pgs; 2 docs) | Notice of Filings Due: Summary of Assets and Liabilities due 10/18/2024. Declaration About an Individual Debtors Schedules due 10/18/2024. Schedule A/B due 10/18/2024. Schedule C due 10/18/2024. Schedule D due 10/18/2024. Schedule E/F due 10/18/2024. Schedule G due 10/18/2024. Schedule H due 10/18/2024. Schedule I due 10/18/2024. Schedule J due 10/18/2024. Statement of Financial Affairs due 10/18/2024.Chapter 13 Stmt of Income/Calculation Due: 10/18/2024. Copies of Payment Advices due by 10/18/2024. Stmt of Increase Income/Exp due by: 10/18/2024. Chapter 13 Plan due by 10/18/2024. Incomplete Filings due by 10/18/2024. (Ting, K) (Entered: 10/07/2024) |

| Date | Doc # | Description |
|---|---|---|
| 10/06/2024 | 11 (6 pgs) | Certificate of Service of Meeting of Creditors Notice as served by the Bankruptcy Noticing Center. Notice Date 10/06/2024. (Related Doc # 10) (Admin.) (Entered: 10/07/2024) |
| 10/07/2024 | 12 (6 pgs; 2 docs) | Pro Se Letter of Instruction with Attachments (Related Document # 1). (ADI) (Entered: 10/07/2024) |
| 10/07/2024 | 14 (2 pgs; 2 docs) | Order Granting Application To Pay Filing Fees In Installments. Initial Fee Paid: 0.00. Amount of Second Payment: 70.00. Amount of Third Payment: 70.00. Amount of Fourth Payment: 173.00. Document Served. (Related Doc # 4). Second Installment Payment due by 11/6/2024. Third Installment Payment due by 12/6/2024. Fourth Installment Payment due by 1/6/2025. Installment Payment Review Deadline 1/6/2025. (Barnello, P) (Entered: 10/07/2024) |
| 10/09/2024 | 15 (4 pgs) | Notice and Motion to Dismiss or Convert at Confirmation Hearing if Documents Not Provided or Failure to Attend Meetings/Hearings. (Wyman, James) (Entered: 10/09/2024) |
| 10/09/2024 | 16 (2 pgs) | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 10/09/2024. (Related Doc # 14) (Admin.) (Entered: 10/10/2024) |
| 10/09/2024 | 17 (3 pgs) | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 10/09/2024. (Related Doc # 13) (Admin.) (Entered: 10/10/2024) |
| 10/09/2024 | 18 (6 pgs) | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 10/09/2024. (Related Doc # 12) (Admin.) (Entered: 10/10/2024) |
| 10/10/2024 | 19 (1 pg) | Notice of Appearance and Request for Notice Filed by Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LLC. (Sharma, Amitkumar) (Entered: 10/10/2024) |
| 10/10/2024 | 20 (1 pg) | Notice of Appearance and Request for Notice Filed by Elizabeth H Parrott of McCalla Raymer Leibert Pierce on behalf of Nationstar Mortgage LLC. (Parrott, Elizabeth) (Entered: 10/10/2024) |
| 10/16/2024 |  | Judge L. Jefferson Davis, IV added to case. Involvement of Judge Elisabetta GM Gasparini ended. (ADI) (Entered: 10/16/2024) |
| 10/18/2024 | 22 (4 pgs) | Motion to Extend Time To File Schedules and Statements Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola (related document(s)13). (Barnello, P) (Entered: 10/21/2024) |
| 10/21/2024 | 23 (2 pgs; 2 docs) | Order Granting Motion to Extend Time to File Schedules/Statements. (Related Doc # 22). Document Served. New deadline 11/01/2024. (Barnello, P) (Entered: 10/21/2024) |
| 10/23/2024 | 24 (2 pgs) | Notice of Appearance and Request for Notice with Certificate of Service Filed by West-Aircomm Federal Credit Union. (Masterson, Garry) (Entered: 10/23/2024) |

| Date | Doc | Description |
|---|---|---|
| 10/23/2024 | [25](#) (3 pgs) | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 10/23/2024. (Related Doc # [23](#)) (Admin.) (Entered: 10/24/2024) |
| 10/29/2024 | [27](#) (17 pgs) | Amended Creditor Matrix FEE REQUIRED for an Individual Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola. (Barnello, P) (Entered: 10/30/2024) |
| 10/30/2024 | [28](#) (2 pgs; 2 docs) | Deficiency Notice - Statement of Change is required. re: Amended Schedules/Statements (related document(s)[27](#)) Deficiency Correction Due By: 11/12/2024 (Barnello, P) (Entered: 10/30/2024) |
| 10/30/2024 | [29](#) (2 pgs; 2 docs) | Order to Pay and Serve. Document Served. [27](#) Amendment Fee Due 11/13/2024 (Barnello, P) (Entered: 10/30/2024) |
| 10/30/2024 | ● | Receipt of Amendment Filing Fee - $34.00 by EM. Receipt Number 300761. (admin) (Entered: 10/30/2024) |
| 11/01/2024 | [31](#) (3 pgs) | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 11/01/2024. (Related Doc # [28](#)) (Admin.) (Entered: 11/02/2024) |
| 11/01/2024 | [32](#) (3 pgs) | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 11/01/2024. (Related Doc # [29](#)) (Admin.) (Entered: 11/02/2024) |
| 11/01/2024 | [33](#) (48 pgs) | Statement of Change, Certificate of Service and Updated Creditor Lists for Previously Filed Amendment Filed by Jacqueline Elizabeth Ard , Terry Frank Nicola. (related document(s)[29](#), [27](#)). (Barnello, P) (Entered: 11/04/2024) |
| 11/04/2024 | [35](#) (4 pgs) | Second Motion to Extend Time To File Schedules and Statements Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola (related document(s)[23](#), [13](#)). (Barnello, P) Modified on 11/5/2024 to correct docket text (Barnello, P). (Entered: 11/05/2024) |
| 11/06/2024 | [36](#) (5 pgs; 2 docs) | Order Granting Motion to Extend Time. New deadline 11/18/2024. (Related Doc # [35](#)). Document Served. (Barnello, P) (Entered: 11/06/2024) |
| 11/07/2024 | ● | Installment Payment - SECOND of $70.00 Receipted on 11/7/2024. Balance Due: $243.00. (Barnello, P) (Entered: 11/07/2024) |
| 11/07/2024 | ● | Receipt of Chapter 13 Filing Fee(installments) - $70.00 by PB. Receipt Number 300777. (admin) (Entered: 11/07/2024) |
| 11/08/2024 | [37](#) (8 pgs) | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 11/08/2024. (Related Doc # [36](#)) (Admin.) (Entered: 11/09/2024) |
| 11/11/2024 | [38](#) (2 pgs) | Notice of Appearance and Request for Notice with Certificate of Service Filed by James M. Page of Bell Carrington Price & Gregg, LLC on behalf of Nationstar Mortgage LLC. (Page, James) (Entered: 11/11/2024) |

| Date | Document | Description |
|---|---|---|
| 11/19/2024 | 40 (13 pgs) | Schedules Filed: Schedule A/B; for an Individual Filed by Jacqueline Elizabeth Ard , Terry Frank Nicola . (Barnello, P) (Entered: 11/19/2024) |
| 11/19/2024 | 41 (2 pgs; 2 docs) | Deficiency Notice - Declaration is required. re: Schedules/Statements Filed (related document(s)40) Deficiency Correction Due By: 11/29/2024 (Barnello, P) (Entered: 11/19/2024) |
| 11/19/2024 | 43 (13 pgs) | Schedules Filed: Schedule A/B; for an Individual Filed by Jacqueline Elizabeth Ard , Terry Frank Nicola. (Barnello, P) (Entered: 11/20/2024) |
| 11/20/2024 | 44 (2 pgs; 2 docs) | Deficiency Notice - Declaration is required. re: Schedules/Statements Filed (related document(s)43) Deficiency Correction Due By: 12/2/2024 (Barnello, P) (Entered: 11/20/2024) |
| 11/20/2024 | 45 (8 pgs; 2 docs) | Motion to Dismiss Case for Failure to File Required Documents under Section 521(i) Filed by James M. Wyman on behalf of James M. Wyman. (Attachments: # 1 Proposed Order) (Wyman, James) (Entered: 11/20/2024) |
| 11/21/2024 | 46 (7 pgs; 2 docs) | Order Confirming Dismissal Pursuant to 11 U.S.C. Section 521(i)(2). 45 Document served. (Barnello, P) (Entered: 11/21/2024) |
| 11/21/2024 | 47 (3 pgs) | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 11/21/2024. (Related Doc # 41) (Admin.) (Entered: 11/22/2024) |
| 11/21/2024 | 49 (5 pgs) | Third Motion to Extend Time To File Schedules and Statements Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola (related document(s)13, 36). (Barnello, P) Modified on 11/22/2024 to correct docket text (Barnello, P). (Entered: 11/22/2024) |
| 11/22/2024 | 50 (2 pgs; 2 docs) | Order Concerning Document due to Case has been dismissed. Name Document: Third Motion to Extend Time. Filed By: Jacqueline Elizabeth Ard and Terry Frank Nicola. Date Filed: 11/21/2024. Document Served. (related document(s)49). (Barnello, P) (Entered: 11/22/2024) |
| 11/22/2024 | 51 (3 pgs) | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 11/22/2024. (Related Doc # 44) (Admin.) (Entered: 11/23/2024) |
| 11/23/2024 | 52 (10 pgs) | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 11/23/2024. (Related Doc # 46) (Admin.) (Entered: 11/24/2024) |
| 11/24/2024 | 53 (3 pgs) | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 11/24/2024. (Related Doc # 50) (Admin.) (Entered: 11/25/2024) |
| 12/03/2024 | 54 (3 pgs) | Chapter 13 Trustee Final Report and Account - Case Dismissed. (Wyman, James) (Entered: 12/03/2024) |
| 12/09/2024 |  | Installment Payment - THIRD of $70.00 Receipted on 12/9/2024. Balance Due: $173.00. (Woods, D) (Entered: 12/09/2024) |

| Date | Doc | Description |
|---|---|---|
| 12/09/2024 | | Bankruptcy Case Closed (Barnello, P) (Entered: 12/09/2024) |
| 12/09/2024 | | Receipt of Chapter 13 Filing Fee(installments) - $70.00 by DW. Receipt Number 300829. (admin) (Entered: 12/09/2024) |
| 12/18/2024 | [56](#) (4 pgs) | Motion to Reopen Chapter 13 Case Filing Fee Due: 235.00 Filed by Jacqueline Elizabeth Ard. Date Served 12/18/2024. Last day for objections is 1/2/2025. (Beaulieu, N) (Entered: 12/19/2024) |
| 12/19/2024 | [57](#) (2 pgs; 2 docs) | Deficiency Notice re: Motion to Reopen Case (related document(s)[56](#)) Deficiency Correction Due By: 12/30/2024 **Motion is missing the signature of the Co-debtor, a Certificate of Service, and the filing fee in the amount of $235.00.** (Beaulieu, N) (Entered: 12/19/2024) |
| 12/19/2024 | [59](#) (2 pgs) | Amended Motion to Reopen Chapter 13 Case Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola (related document(s)[56](#)). Date Served 12/19/2024. Last day for objections is 1/2/2025. (Beaulieu, N) (Entered: 12/20/2024) |
| 12/19/2024 | [60](#) (2 pgs) | Motion to Seal Document Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola (related document(s)[59](#)). (Beaulieu, N) (Entered: 12/20/2024) |
| 12/20/2024 | [61](#) (2 pgs; 2 docs) | A Motion to Seal an affidavit was filed by Jacqueline Elizabeth Ard and Terry Frank Nicola in support of a motion to reopen. Motion to Seal is granted and the affidavit shall be filed as a restricted document. **AND IT IS SO ORDERED.** Signed by: Judge L. Jefferson Davis, IV, US Bankruptcy Court - District of South Carolina (related document(s)[60](#)). (Davis, L Jefferson) (Entered: 12/20/2024) |
| 12/20/2024 | [62](#) (13 pgs) | Sealed Document Titled: Affidavit of Jacqueline Elizabeth Ard Filed by Jacqueline Elizabeth Ard . (related document(s)[59](#) [61](#) ). (Beaulieu, N) (Entered: 12/20/2024) |
| 12/21/2024 | [63](#) (3 pgs) | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 12/21/2024. (Related Doc # [57](#)) (Admin.) (Entered: 12/22/2024) |
| 12/21/2024 | [68](#) (1 pg) | Certificate of Service RE: Motion to Reopen Case filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola. Filed by Jacqueline Elizabeth Ard . (related document(s)[59](#)). (Beaulieu, N) (Entered: 12/26/2024) |
| 12/22/2024 | [64](#) (3 pgs) | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 12/22/2024. (Related Doc # [61](#)) (Admin.) (Entered: 12/23/2024) |
| 12/23/2024 | [66](#) (2 pgs; 2 docs) | Filing Fee Collection Letter directing payment of $173.00 for unpaid case filing fees. (Montgomery, S) (Entered: 12/23/2024) |
| 12/25/2024 | [67](#) (3 pgs) | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 12/25/2024. (Related Doc # [66](#)) (Admin.) (Entered: 12/26/2024) |
| 12/30/2024 | | Receipt of Chapter 13 Filing Fee(installments) - $173.00 by EM. Receipt Number 300865. (admin) (Entered: 12/30/2024) |

| Date | Doc # | Description |
|---|---|---|
| 12/31/2024 | 71 (3 pgs) | Motion to Waive Fee *to ReOpen Case* Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola. (Woods, D) (Entered: 01/03/2025) |
| 01/02/2025 | 70 (2 pgs) | Objection to Motion to Reopen Case filed by Debtor Jacqueline Elizabeth Ard, Motion to Reopen Case filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola with Certificate of Service Filed by James M. Wyman (related document(s)56, 59). (Wyman, James) (Entered: 01/02/2025) |
| 01/05/2025 | 73 (10 pgs) | Response to Objection filed by Trustee James M. Wyman with Certificate of Service Filed by Jacqueline Elizabeth Ard , Terry Frank Nicola (related document(s)70). (Montgomery, S) (Entered: 01/07/2025) |
| 01/10/2025 | 74 (17 pgs; 2 docs) | Order Denying Amended Motion to Reopen Dismissed Case; Mooting Motion to Waive Fee; and Setting Scheduling Requirements **Document Served** (related document(s)71, 59). (Barnello, P) (Main Document 74 replaced on 1/10/2025 due to edit to correct a typo on page 5) (Stalvey, N). . (Entered: 01/10/2025) |
| 01/10/2025 | 77 (29 pgs) | Debtor's Motion for Damages Based on Contempt and Willful Violation of the Automatic Stay with Certificate of Service Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola. (Barnello, P) Modified on 1/14/2025 to correct name of document (Barnello, P). (Entered: 01/14/2025) |
| 01/12/2025 | 76 (18 pgs) | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 01/12/2025. (Related Doc # 74) (Admin.) (Entered: 01/13/2025) |
| 01/24/2025 | 79 (24 pgs) | Adversary case 25-80005. Complaint by Jacqueline Ard against Zeidman's Jewelry & Loan of Southfield. Core Proceeding. Fee: 350.00. (11 (Recovery of money/property - 542 turnover of property)) (Barnello, P) (Entered: 01/24/2025) |
| 01/24/2025 | 80 (2 pgs) | Notice of Appearance and Request for Notice with Certificate of Service Filed by Julie A. Franklin of Franklin Legal Services LLC on behalf of Estate at Westbury Owners Association, Inc.. (Franklin, Julie) (Entered: 01/24/2025) |
| 01/24/2025 | 81 (6 pgs) | Response to Motion for Damages for Creditor Misconduct filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola *in Opposition* with Certificate of Service Filed by Estate at Westbury Owners Association, Inc. (related document(s)77). (Franklin, Julie) (Entered: 01/24/2025) |
| 01/24/2025 | 86 (24 pgs) | Adversary case 25-80006. Complaint by Jacqueline Ard against Ron Zold, Judy Vanderveer, HHR Four Seasons Horizontal Property Regime, Wm Weston Jones Newton. Core Proceeding. (14 (Recovery of money/property - other), 71 (Injunctive relief - reinstatement of stay)) (Barnello, P) (Entered: 01/28/2025) |
| 01/27/2025 | 84 (2 pgs; 2 docs) | Hearing scheduled relating to: Debtor's Motion for Damages Based on Contempt and Willful Violation of the Automatic Stay with Certificate of Service Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola. (Barnello, P) Modified on 1/14/2025 to correct name of document .. **Document Served**. (related document(s)77) Hearing scheduled for 3/26/2025 at 02:00 |

| Date | Doc | Description |
|---|---|---|
| | | PM at Charleston. The case judge is L Jefferson Davis, IV. (Beaulieu, N) (Entered: 01/27/2025) |
| 01/27/2025 | 87 (43 pgs) | Amended Debtor's Motion for Additional Damages Based on Contempt and Debtors Response to Creditors Opposition to Debtor's Motion for Damages. with Certificate of Service Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola (related document(s)77). (Barnello, P) Modified on 1/28/2025 to correct caption (Barnello, P). (Entered: 01/28/2025) |
| 01/29/2025 | 88 (3 pgs) | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 01/29/2025. (Related Doc # 84) (Admin.) (Entered: 01/30/2025) |
| 02/01/2025 | 90 (47 pgs) | Amended Debtor's Motion for Additional Damages Based on Contempt and Debtors Response to Creditors Opposition to Debtors' Motion for Damages with Certificate of Service Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola (related document(s)87, 77). (Barnello, P) Modified on 2/3/2025 to correct caption (Barnello, P). (Entered: 02/03/2025) |
| 02/03/2025 | 91 (1 pg) | *Creditor's* Notice of *Chapter 13 Bankruptcy Filed by Debtors in United States Bankruptcy Court Eastern District of Michigan on January 31st, 2025.* **Document Served.** Filed by Julie A. Franklin of Franklin Legal Services LLC on behalf of Estate at Westbury Owners Association, Inc.. (Franklin, Julie) (Entered: 02/03/2025) |
| 02/07/2025 | 92 (1 pg) | Notice of Appearance and Request for Notice Filed by Evan K. Bromley of Bromley Law Firm LLC on behalf of Evan K. Bromley. (Bromley, Evan) (Entered: 02/07/2025) |
| 02/07/2025 | 93 (22 pgs; 4 docs) | Objection to *Debtors' Motion for Damages (Docket Entry No. 77) and Amended Motion for Additional Damages (Docket Entry No. 87)* Filed by Evan K. Bromley. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit) (Bromley, Evan) (Entered: 02/07/2025) |
| 02/10/2025 | 94 (4 pgs) | Notice of Appearance and Request for Notice with Certificate of Service Filed by Tara E. Nauful of Best Law, P.A. on behalf of Zeidman's Jewelry & Loan of Michigan. (Nauful, Tara) (Entered: 02/10/2025) |
| 02/12/2025 | 95 (4 pgs) | Notice of Appearance and Request for Notice with Certificate of Service Filed by Tara E. Nauful of Best Law, P.A. on behalf of Zeidman's Jewelry & Loan of Michigan. (Nauful, Tara) (Entered: 02/12/2025) |
| 02/13/2025 | 96 (2 pgs) | Certificate of Service RE: Notice of Appearance filed by Defendant Evan K. Bromley. The filing party has verified that parties required to receive notice have received notice by Notice of Electronic Filing and has provided notice to other parties listed in the attached Certificate of Service. Filed by Evan K. Bromley of Bromley Law Firm LLC on behalf of Evan K. Bromley. (related document(s)92). (Bromley, Evan) (Entered: 02/13/2025) |
| 02/13/2025 | 97 | Withdrawal of Certificate of Service Reason for Withdrawal: actually e-filed wrong document Filed by Evan K. Bromley of Bromley Law Firm LLC on behalf of Evan K. Bromley. (related document(s)96). (Bromley, Evan) (Entered: 02/13/2025) |

| | | |
|---|---|---|
| 02/13/2025 | 98 (2 pgs) | Certificate of Service RE: Notice of Appearance filed by Defendant Evan K. Bromley. The filing party has verified that parties required to receive notice have received notice by Notice of Electronic Filing and has provided notice to other parties listed in the attached Certificate of Service. Filed by Evan K. Bromley of Bromley Law Firm LLC on behalf of Evan K. Bromley. (related document(s)92). (Bromley, Evan) (Entered: 02/13/2025) |
| 02/13/2025 | 99 (2 pgs) | Certificate of Service RE: Objection filed by Defendant Evan K. Bromley. The filing party has verified that parties required to receive notice have received notice by Notice of Electronic Filing and has provided notice to other parties listed in the attached Certificate of Service. Filed by Evan K. Bromley of Bromley Law Firm LLC on behalf of Evan K. Bromley. (related document(s)93). (Bromley, Evan) (Entered: 02/13/2025) |
| 03/10/2025 | 100 (11 pgs) | Response to Motion for Damages for Creditor Misconduct filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola, Motion for Damages for Creditor Misconduct filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola *in Opposition* with Certificate of Service Filed by Estate at Westbury Owners Association, Inc. (related document(s)87, 90). (Franklin, Julie) (Entered: 03/10/2025) |
| 03/13/2025 | 101 (2 pgs; 2 docs) | THIS MATTER is before the Court on the Motion for Damages Based on Contempt and Willful Violation of the Automatic Stay filed on January 10, 2025, by Debtors Jacqueline Elizabeth Ard and Terry Frank Nicola (ECF No. 77), as amended on January 27, 2025 (ECF No.87) and modified by the Court on February 1, 2025 (ECF No. 90), and the Responses thereto filed by Estate at Westbury Owners Association, Inc., filed January 25, 2025 (ECF No. 81) and March 10, 2025 (ECF No. 100). A hearing on this matter is scheduled for March 26, 2025, at 2:00 p.m., in Charleston. It appearing that this matter is disputed and may require the presentation of testimony or other evidence, it is hereby ORDERED that the parties shall file a joint statement of dispute, using the appropriate form available on the Local Forms page of the Court's website, on or before Friday, March 21, 2025 at 5:00 p.m. **AND IT IS SO ORDERED.** Signed by: Judge L. Jefferson Davis, IV, US Bankruptcy Court - District of South Carolina (related document(s)87, 100, 77, 90, 81). (Schumann, Lauren) (Entered: 03/13/2025) |
| 03/15/2025 | 102 (3 pgs) | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 03/15/2025. (Related Doc # 101) (Admin.) (Entered: 03/16/2025) |
| 03/21/2025 | 103 (4 pgs) | Statement of Dispute Filed by Evan K. Bromley of Bromley Law Firm LLC, Julie A. Franklin of Franklin Legal Services LLC on behalf of Estate at Westbury Owners Association, Inc.. (Franklin, Julie) (Entered: 03/21/2025) |
| 03/21/2025 | 105 (2 pgs) | Joint Statement of Dispute and Stipulation Filed by Jacqueline Elizabeth Ard . (Stalvey, N) (Entered: 03/21/2025) |
| 03/21/2025 | 108 (3 pgs) | Joint Statement of Dispute-Corrected Filed by Jacqueline Elizabeth Ard . (Stalvey, N) (Entered: 03/24/2025) |
| 03/26/2025 | 109 | Hearing Held relating to: Motion for Damages for Creditor Misconduct filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola, Motion for Damages for Creditor Misconduct filed by Debtor Jacqueline |

| | | |
|---|---|---|
| | | Elizabeth Ard, Joint Debtor Terry Frank Nicola, Motion for Damages for Creditor Misconduct filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola. (related document(s)87, 77, 90) Motion denied. Order Due from Attorney Julie Franklin on 4/9/2025. (Beaulieu, N) (Entered: 03/26/2025) |
| 03/27/2025 | 112 (1 pg) | Request for Transcript of Hearing Held on 03/26/2025 Filed by Jacqueline Elizabeth Ard . (Beaulieu, N) (Entered: 03/27/2025) |
| 03/28/2025 | 114 (1 pg) | Amended Request for Transcript of Hearing Held on 03/26/2025 Filed by Jacqueline Elizabeth Ard . (Beaulieu, N) (Entered: 03/28/2025) |
| 04/03/2025 | 115 (51 pgs) | Transcript of Hearing Held 3/26/2025. You are noticed that a transcript has been filed. Pursuant to Judicial Conference Policy on Privacy, and this Court's corresponding Transcript Redaction policy, access to this transcript is restricted pending filing of a Notice of Intent to Request Transcript Redaction and a Request for Transcript Redaction pursuant to the Court's policy. Transcript will be available electronically to the public 90 days from the date filed. In the interim, the public may view the transcript at the Court or may purchase a copy from the transcriber. Contact the Court for additional information at 803.765.5436. All parties have seven (7) calendar days to file a Notice of Intent to Request Transcript Redaction. Notice of Intent to Request Transcript Redaction Deadline Due By 4/10/2025. Request for Transcript Redaction Due By 04/24/2025. Redacted Transcript Submission Due By 05/5/2025. Transcript access will be restricted through 07/2/2025. (Hartmann, Karen) (Entered: 04/03/2025) |
| 04/17/2025 | 116 (1 pg) | Proposed Order RE: Debtor's Motion for Damages Based on Contempt and Willful Violation of the Automatic Stay with Certificate of Service Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola. (Barnello, P) Modified on 1/14/2025 to correct name of document., Amended Debtor's Motion for Additional Damages Based on Contempt and Debtors Response to Creditors Opposition to Debtor's Motion for Damages. with Certificate of Service Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola (related document(s)77). (Barnello, P) Modified on 1/28/2025 to correct caption., Amended Debtor's Motion for Additional Damages Based on Contempt and Debtors Response to Creditors Opposition to Debtors' Motion for Damages with Certificate of Service Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola (related document(s)87, 77). (Barnello, P) Modified on 2/3/2025 to correct caption., Hearing Held relating to: Motion for Damages for Creditor Misconduct filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola, Motion for Damages for Creditor Misconduct filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola, Motion for Damages for Creditor Misconduct filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola. (related document(s)87, 77, 90) Motion denied. Order Due from Attorney Julie Franklin on 4/9/2025. Filed by Julie A. Franklin of Franklin Legal Services LLC on behalf of Estate at Westbury Owners Association, Inc.. (related document(s)87, 109 , 77, 90). (Franklin, Julie) (Entered: 04/17/2025) |
| 04/21/2025 | 117 (1 pg) | Returned mail processed for the week beginning 04/14/2025 through 04/20/2025. (Admin) (Entered: 04/21/2025) |
| 04/29/2025 | 118 (15 pgs; 2 docs) | Order Denying Debtors' Motion for Damages for Violation of the Automatic Stay **Document Served** (related document(s)87, 93, 100, 77, 90, 81). (Barnello, P) (Entered: 04/29/2025) |

| | | |
|---|---|---|
| 05/01/2025 | [119](#) (16 pgs) | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 05/01/2025. (Related Doc # [118](#)) (Admin.) (Entered: 05/02/2025) |
| 05/13/2025 | [121](#) (4 pgs) | Notice of Appeal to District Court re: [118](#) Order *Denying Debtors' Motion for Damages for Violation of the Automatic Stay*. Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola. Appellant Designation due by 5/27/2025. (Barnello, P) (Entered: 05/13/2025) |
| 05/13/2025 | [122](#) (1 pg) | File Correspondence - Fee due re: Notice of Appeal (related document(s)[121](#)) (Barnello, P) (Entered: 05/13/2025) |
| 05/13/2025 | [123](#) (20 pgs) | Notice of Appeal Letter Sent To Jacqueline Elizabeth Ard; Terry Frank Nicola; John Curtis, Ralph Paine, Matthew Paul, Debra Schumann, Janet Spinelli Represented by Julie Franklin; Evan K. Bromley; UST, Served on 05/13/2025 via NEF. Debtor and Joint debtor via US Mail on 05/14/2025. Document Noticed. Filed by US Bankruptcy Court (related document(s)[121](#)). (Barnello, P) Modified on 5/13/2025 to correct service (Barnello, P). Modified on 5/14/2025 to change date of US mail service on debtors (Barnello, P). (Entered: 05/13/2025) |
| 05/14/2025 | [124](#) (2 pgs) | Transmittal of Notice of Appeal to District Court Case No. 2504019 Filed by US Bankruptcy Court (related document(s)[121](#)). (Beaulieu, N) (Entered: 05/15/2025) |

OFFICE OF THE CLERK

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA
J. BRATTON DAVIS UNITED STATES BANKRUPTCY COURTHOUSE
1100 LAUREL STREET
COLUMBIA, SOUTH CAROLINA 29201-2423
TELEPHONE 803-765-5436

www.scb.uscourts.gov

May 13, 2025

Jacqueline Elizabeth Ard
239 Beach City Rd, Unit 3218
Hilton Head, SC 29926

RE:	In re Jacqueline Elizabeth Ard and Terry Frank Nicola
	Bankr. Case No.  24-03611-JD

Dear Jacqueline Elizabeth Ard:

This letter is in reference to your "Notice of Appeal" which was filed May 13, 2025.

Federal Rule of Bankruptcy Procedure 8003 provides that "[a]n appeal from a judgment, order, or decree of a bankruptcy court to a district court… under 28 U.S.C. § 158(a)(1) or (a)(2) may be taken only by filing a notice of appeal with the bankruptcy clerk within the time allowed by Rule 8002."  "The notice of appeal must: (A) conform substantially to the appropriate Official Form; (B) be accompanied by the judgment, order, or decree, or the part of it, being appealed; and (C) be accompanied by the prescribed fee.

The document you submitted was not accompanied by the required filing fee of $298.00 required by 28 U.S.C. § 1930.

Please submit the required total filing fee on or before May 23, 2025.

Thank you in advance.

Lauren T Maxwell, Clerk of Court
United States Bankruptcy Court

BY:_s/ P. Barnello_____
       P. Barnello, Deputy Clerk