IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

In re: : CHAPTER 13

JACQUELINE ELIZABETH ARD AND
TERRY FRANK NICOLA, : CASE NO. 24-03611-JD

        Debtor(s). : CASE: 9:25-cv-04019-BHH-MHC

:

:

MOTION AND APPLICATION FOR LEAVE TO
BRING AN INTERLOCUTORY APPEAL OF THIS COURT'S
ORDER DATED APRIL 29, 2025

Debtors Jacqueline E. Ard and Terry F. Nicola, pursuant to this Court's order dated

April 29, 2025, and FRBP 8004, ask this Court for leave to file an interlocutory

appeal of the Court's April 29, 2025 order.

Respectfully submitted,

Jacqueline Ard, *pro se*
Debtor

_____  7/21/2025
Jacqueline Elizabeth Ard
21215 Dartmouth Dr
Southfield, Michigan 48076
(313) 770-7051

_____  7/21/25
Terry Frank Nicola
21215 Dartmouth Dr
Southfield, Michigan 48076
(313) 770-7051

## Certificate of Service

This is to certify a copy of the foregoing was served upon all counsel of record by means of this Court's electronic filing system on this 29th day of April 29, 2025.

_____
Jacqueline E. Ard, pro se
Debtor