UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

Filed By The Court

09/15/25 2:23 p.m.
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: Jacqueline Elizabeth Ard and Terry Frank Nicola,<br><br>Debtors,<br>─────────────────────────<br><br>Jacqueline Elizabeth Ard, Terry Frank Nicola,<br><br>Appellants,<br><br>v.<br><br>John B. Kelchner, Lucas S. Fautua, Julie Franklin, Benjamin E. Grimsley, James Wyman,<br><br>Appellees.<br>───────────────────────── | C/A No. 9:25-cv-04500-BHH-MHC<br><br>Bankr No. 25-01384<br><br>Chapter 13<br><br><br><br>**APPELLANTS' EMERGENCY MOTION FOR STAY PENDING APPEAL OF ORDER DENYING MOTION TO IMPOSE AUTOMATIC STAY** |

**APPELLANTS' EMERGENCY MOTION FOR STAY PENDING APPEAL OF ORDER DENYING MOTION TO IMPOSE AUTOMATIC STAY**

Now come the Appellants, Jacqueline Elizabeth Ard and Terry Frank Nicola ("Debtors"), proceeding pro se, and filing this Emergency Motion for a Stay Pending Appeal pursuant to Federal Rule of Bankruptcy Procedure 8007. This motion seeks an immediate order from this Court staying the Order Denying Motion to Impose the Automatic Stay (Bankr. ECF No. 58) entered by the Bankruptcy Court on May 23, 2025, pending the resolution of Debtors' appeal to this Court.

In support thereof, Debtors state under penalty of perjury as follows:

**I. INTRODUCTION AND EMERGENCY RELIEF REQUESTED**

This is an emergency motion to prevent imminent, irreparable harm, including the distinct possibility of death, resulting from the Bankruptcy Court's Order (ECF No. 58) which denied Debtors' Motion to Impose the Automatic Stay under 11 U.S.C. § 362(c)(4). Without the protection of the stay, creditors are empowered to continue collection actions that are directly causing a life-threatening medical crisis for Co-Debtor Terry Frank Nicola and have already caused permanent physical injury to Debtor Jacqueline Elizabeth Ard.

Debtors respectfully request this Honorable Court enter an immediate order:

1. **GRANTING a Stay Pending Appeal** of the Bankruptcy Court's Order (ECF No. 58).
2. **REIMPOSING the Automatic Stay** under 11 U.S.C. § 362(a) effective immediately, enjoining all creditors from any collection activity during the pendency of this appeal.
3. **ORDERING the Electric company** to immediately restore electrical service to the Debtors' residence.
4. **SCHEDULING an emergency hearing** via video conference due to the Debtors' severe disabilities and lack of transportation.

## II. JURISDICTION

This Court has jurisdiction to hear this motion pursuant to 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedure 8007(a)(1)(A). This Court has the inherent authority to preserve the status quo and protect its appellate jurisdiction from being rendered moot by irreversible harm.

## III. FACTUAL BACKGROUND AND STATEMENT OF IMMINENT, IRREPARABLE HARM

The denial of the automatic stay has triggered an irreversible chain of events that threatens the Debtors' lives and destroys any possibility of a successful financial reorganization.

### A. The Life-Threatening Medical Crisis.

- Co-Debtor **Terry Frank Nicola suffers from Stage 4 Parkinson's Disease**. His survival depends on **surgically implanted medical devices** that require a constant, reliable source of electricity to charge.
- Due to the denial of the automatic stay, creditor **Palmetto Electric terminated electrical service** to the Debtors' home. This was a direct act of collection enabled by the Bankruptcy Court's order.
- Without power, **Mr. Nicola's medical devices cannot charge**. His physicians have warned that the stress of this situation and the lack of reliable power drastically accelerates the depletion of his devices' batteries. The failure of these devices will lead to a **life-threatening system shutdown**.
- Co-Debtor **Jacqueline Ard suffered a severe injury** (three severed tendons and a severed artery in her hand) due to the unsafe conditions created by the lack of power, resulting in permanent hand paralysis.

### B. The Complete Collapse of Debtors' Ability to Reorganize.

- Creditors, empowered by the Court's order, have **repossessed all of the Debtors' personal vehicles**. Without transportation, Mr. Nicola cannot attend critical medical appointments, and Ms. Ard cannot attend the weekly hand therapy necessary for any hopes of rehabilitation in her fingers.
- Their business has been their **main source of income**, and due to the medical harm and their lack of personal transportation the business is collapsing. This directly destroys their ability to fund a Chapter 13 plan, rendering the underlying bankruptcy case—and any appeal—moot.

- The Debtors have been rendered **indigent, without power, without transportation, and without sufficient income to sustain their livelihood and their business.**

## IV. LEGAL ARGUMENT

### A. The Standard for a Stay Pending Appeal is Met.

A stay pending appeal is warranted under the factors set forth in *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987), which require the movant to demonstrate: "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies."

### 1. Likelihood of Success on the Merits:

The Debtors have a high likelihood of success on appeal because the Bankruptcy Court's Order is riddled with legal error and an abuse of discretion.

- **Legal Error and Abuse of Discretion:** The Court denied the motion based on a **"failure to prosecute"** due to a 37-minute lateness. The Debtors had undertaken a 17-hour drive, provided advance notice of a delay due to extreme weather conditions and medical complications during their commute. The court acknowledged that opposing parties consented to the brief postponement, but only 30 minutes and not 37 minutes. The Debtors arrived at 11:37 am as they had communicated with the Court 2 hours before the scheduled hearing, but the court held the hearing at 11:30 am and made a final ruling. This denial is a **grossly disproportionate and punitive action** that violates fundamental due process and constitutes an abuse of discretion. *See In re Walters*, 868 F.2d 665, 669 (4th Cir. 1989).
- **Prejudicial Error:** The Court's order contains **prejudicial and extra-judicial commentary** that demonstrates bias, including accusations of a "lack of candor" and use of the sarcastic term **"prodigious accumulation of debt."** This language reveals a deep-seated bias that infected the judicial process and provide the legal grounds for reversal. *Liteky v. United States*, 510 U.S. 540 (1994) and *Liljeberg v. Health Servs. Acquisition Corp.*, 486 U.S. 847, 864 (1988).

### 2. Irreparable Injury in the Absence of a Stay:

As detailed above, the injury is the most severe imaginable: **loss of life**. Without a stay, Mr. Nicola will likely die due to the failure of his medical devices. Ms. Ard has already suffered permanent physical injury. Their source of income from their business will be permanently destroyed. This constitutes the very definition of irreparable harm *Bucklew v. Precythe*, 587 U.S. 119 (2019). ("[T]he possibility of death certainly constitutes irreparable injury.").

### 3. Substantial Injury to Other Parties:

The injury to creditors from a brief stay is purely financial. This pales in comparison to the irreversible bodily harm and death faced by the Debtors. The balance of hardships tips overwhelmingly in the Debtors' favor.

### 4. The Public Interest:

The public has a profound interest in preventing a miscarriage of justice, preserving life, and

ensuring that the bankruptcy system provides a meaningful opportunity for reorganization, not a death sentence. The public interest is served by upholding the constitutional guarantee of due process and allowing this Court to correct a clear legal error.

## V. CONCLUSION

The Bankruptcy Court's order has set in motion a chain of events that will culminate in tragedy without immediate judicial intervention from this Court. The Debtors face imminent, irreparable harm that far outweighs any potential harm to creditors.

For the foregoing reasons, Debtors respectfully pray that this Court will immediately issue an order granting a stay pending appeal and reinstating the automatic stay.

RESPECTFULLY SUBMITTED,

Date September 12, 2025

**Jacqueline Elizabeth Ard**

By:

Jacqueline E. Ard
Mailing Address:
21215 Dartmouth Drive
Southfield, MI 48076
Telephone: (313) 770-7051

**Terry Frank Nicola**

By:

Terry F. Nicola
Mailing Address:
21215 Dartmouth Drive
Southfield, MI 48076

**[NOTARY PAGE TO FOLLOW]**

**NOTARY PAGE: APPELLANTS' EMERGENCY MOTION FOR STAY**

I declare under penalty of perjury that everything I have stated in this document is true and correct.

PRINT FULL NAME: _JACQUELINE E. Ard_

SIGNATURE: _____

PRINT FULL NAME: _TERRY F. VICOLA_

SIGNATURE: _____

Sworn to and subscribed before me the above affiants appeared on (date) _September 12, 2025_

Notary Public: _____

[Notary's Printed Name] _Jennifer D Dean_

Commission Expires: My Commission Expires
June 9, 2030

STATE OF _South Carolina_ )
) SS
COUNTY OF _Beaufort_ )

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| **IN RE:** | CASE NO.: 25-01384-JD |
| | CHAPTER 13 |
| **Jacqueline Ard and** | |
| **Terry F. Nicola,** | **AFFIDAVIT IN SUPPORT OF** |
| Debtor(s) | **DEBTORS EMERGENCY** |
| | **MOTION FOR STAY PENDING** |
| | **APPEAL** |

**AFFIDAVIT IN SUPPORT OF EMERGENCY MOTION FOR STAY PENDING APPEAL**

I, Jacqueline Elizabth Ard, being first duly sworn, depose and state under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am one of the above-named Debtors. I am 53 years old. I am the primary/full-time caregiver for my spouse, Terry Nicola, and the active managing partner of our small property management, limited liability partnership, which is now being liquidated by this Court's order.

2. I have suffered a permanent, disabling injury to my dominant right hand. On April 6, 2025, during the illegal disconnection of our power by Palmetto Electric—an act of abusive collection practices that occurred while we should have been under the protections of bankruptcy—I sustained a catastrophic injury that severed my right index finger, severed three tendons, and severed one artery. I underwent emergency reconstructive surgery on April 8, 2025.

3. This injury has resulted in permanent paralysis and loss of motor function in my right hand. This disability substantially limits my ability to perform routine daily functions. I have lost the ability to perform basic tasks, including preparing legal documents, driving for extended periods, operating our business without assistance, and providing the level of care that my spouse requires. This has directly contributed to our inability to meet rigid court deadlines and navigate complex procedures without accommodations.

4. The actions of the Bankruptcy Court, including the denial of reasonable accommodations for my spouse and myself, have exacerbated our medical conditions by creating extreme stress and mental anguish. We have been tasked with the overwhelming responsibility of

navigating complex legal proceedings without assistance, placing further physical and functional deterioration.

5. As a direct consequence of the Courts denial of the Motion to Impose the Automatic Stay and ongoing enforcement actions by creditors, we face

   a. Loss of access to financial resources that are necessary for our medical care and daily survival.
   b. Inability to operate our business or maintain sufficient income to sustain our livelihoods
   c. Extreme physical pain and mental anguish due to the inability to manage paperwork, payments, and communications independently.
   d. Irreparable harm to our medical and financial wellbeing, which will continue to escalate absent emergency relief.

6. The Court's continued denial of our rights under the automatic stay (11 U.S.C. § 362), the Americans with Disabilities Act (42 U.S.C. § 12132), and the Due Process Clause of the Fourteenth Amendment has created a state of constant crisis. Creditors, emboldened by the Court's refusal to impose the stay, have engaged in relentless collection activities, including the repossession of both of our personal vehicles that were adequately protected and necessary for ongoing medical treatment and effective reorganization.

7. Without a stay pending appeal, the harm is immediate and irreversible. The Court has forced us into a Chapter 7 liquidation. Absent a stay, the Chapter 7 Trustee will immediately begin to liquidate our business assets, which are our main source of income. This will include property listed under our names which are assets of the business as outlined in our Business Operating Agreement. These assets are essential and our only source of operating the business. Liquidation of these assets will destroy any future ability to earn a living, and will render our appeal utterly moot, as there will be no estate left to reorganize.

8. The stress of this process, coupled with the physical pain of my injury and the inability to access consistent medical care due to lack of transportation, has caused severe deterioration in my mental and physical health. We are facing homelessness and the complete financial collapse of our estate because the Court has systematically denied us every protection the bankruptcy code is designed to provide.

9. The denial of stay protections directly threatens our life, health, and ability to meet medical needs, and imposes an extraordinary financial burden that jeopardizes both debtors' ability to reorganize and our capacity to survive. This affidavit is submitted in good faith to demonstrate the irreparable harm that will continue if a stay pending appeal is not granted.

**WHEREFORE,** I respectfully request that the Court grant an Emergency Stay Pending Appeal of the Order Denying Motion to Impose the Automatic Stay to preserve my estate, protect my health and disability accommodations, and prevent irreparable harm.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

Jacqueline Ard
Mailing Address:
21215 Dartmouth Drive
Southfield, MI 48076
(313) 770-7051
jacquelineard72@gmail.com

**[NOTARY PAGE TO FOLLOW]**

**NOTARY PAGE: AFFIDAVIT**

I declare under penalty of perjury that everything I have stated in this document is true
and correct.

PRINT FULL NAME: _JACQUELINE E. Ard_

SIGNATURE: _(signature)_

Sworn to and subscribed before me on (date) _September 12, 2025_ .

Notary Public: _(signature)_                                    **Notary Seal**

[Notary's Printed Name] _Jennifer D Dean_

Commission Expires: _My Commission Expires June 9, 2030_

STATE OF _South Carolina_           )
                                    ) SS
COUNTY OF _Beaufort_                )

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

**Jacqueline Elizabeth Ard and
Terry Frank Nicola,**

Debtor(s)

CASE NO.: 25-01384-JD
CHAPTER 13

**AFFIDAVIT IN SUPPORT OF
DEBTORS EMERGENCY
MOTION FOR STAY PENDING
APPEAL**

---

**AFFIDAVIT IN SUPPORT OF EMERGENCY MOTION FOR STAY PENDING APPEAL**

I, Terry Frank Nicola, being first duly sworn, depose and state under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am one of the above-named Debtors. I am 67 years old and I am totally disabled.
   - My medical conditions include:
   - Stage IV Parkinson's Disease
   - Bilateral Charcot Foot, a severe degenerative condition that has caused significant deformity and makes walking extremely painful and difficult.
   - Advanced Bone Degeneration
   - Deep Brain Stimulation (DBS) Implant: A medical device surgically implanted in my brain to help control Parkinson's tremors.

2. The implanted medical device requires daily charging to function. The functionality of this device is critical to my basic bodily functions, including motor control, mobility, and pain management. The illegal utility shutoffs by creditors, which the Court has failed to remedy, have directly threatened my ability to power this life-sustaining device.

3. Due to the Court's denial of the automatic stay and any meaningful ADA accommodations, I have been unable to attend critical medical appointments. Most significantly, I have missed multiple appointments for wound care related to my Charcot Foot.

4. As a direct result of missing this care, I have developed severe blistering that could escalate, requiring hospitalization. My physicians have cautioned that if my condition

worsens beyond treatment, amputation will be necessary. The Court's actions have directly contributed to this catastrophic medical outcome.

5. The Court's order to convert our case to Chapter 7 and liquidate our business assets will be a death sentence for our financial survival. These assets are not luxuries; they are the tools of the small business that was our main source of income to fund a plan and sustain our livelihood. My wife's ("Debtor Jacqueline Ard") ability to manage that business without assistance is now severely limited by her permanent disability.

6. The Court's repeated denial of accommodations and the enforcement of wrongful creditor actions have caused extreme physical, emotional, and financial harm, including:

   a. Interference with my ability to access constant electricity required for my medical device that essential to my survival.
   b. Increased fall, injury, and complications related to Charcot foot and Parkinson's disease.
   c. Exacerbation of neurological and musculoskeletal conditions due to stress and inability to manage daily mobility effectively.
   d. Loss of business assets and estate protections, which are critical for ongoing medical treatment and quality of life.

7. The stress and hopelessness inflicted by this process, where we are denied protection at every turn, has exacerbated my Parkinson's symptoms and led to severe depression, deterioration of my cognitive functioning, and suicidal ideation. The Court's refusal to impose the stay has created a state of perpetual medical and financial crisis.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


FURTHER AFFIANT SAYETH NAUGHT.

Terry Frank Nicola
Mailing Address:
21215 Dartmouth Dr
Southfield, MI 48076
jacquelineard72@gmail.com


**[NOTARY PAGE TO FOLLOW]**

## NOTARY PAGE: AFFIDAVIT

I declare under penalty of perjury that everything I have stated in this document is true and correct.

PRINT FULL NAME: _TERRY F. NICOLA_

SIGNATURE: _Thry F. Nicola_

Sworn to and subscribed before me on (date) _September 12, 2025_.

Notary Public: _Jennifer D Dean_

[Notary's Printed Name] _Jennifer D Dean_

Commission Expires: _My Commission Expires June 9, 2030_

STATE OF _South Carolina_ )

COUNTY OF _Beaufort_ ) SS )

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF SOUTH CAROLINA

IN RE:

JACQUELINE ELIZABETH ARD and
TERRY FRANK NICOLA

DEBTOR(S)

CASE NO: 25-01384-JD
CHAPTER: 13

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2025, I served copies of the following documents:

1. Appellants' Emergency Motion For Stay Pending Appeal

2. Affidavit of Medical Harm and Motion For Stay Pending Appeal

3. **Filed but not included**- Medical Documentation (Under Restricted Access)

Served via ECF/ and Electronic Mail to the following recipients:

| | |
|---|---|
| U.S. Trustee | USTPRegion04.CO.ECF@usdoj.gov |
| James M. Wyman | 13info@charleston13.com |
| Kevin Campbell | kcampbell@campbell-law-firm.com |

Served via First Class Mail prepaid postage, Email, and/or ECF to the following recipients:

ADT Security Services
PO Box 371878
Pittsburgh, PA 15250-7878

City of Detroit Water and
Sewerage Dept
735 Randolph St
Detroit, MI 48226-2830

Estate At Westbury Owners Assoc, Inc
Board of Directors
85 Kensington Blvd
Bluffton, SC 29910-4884

Advantage Aviator Bankruptcy Dept
Portfolio Recovery Associates, LLC
130 Corporate Blvd
Norfolk, VA 23502-4952

Comenity Caesars Rewards
PO Box 650960
Dallas, TX 75265

First Energy
Penn Power
Po Box 16001
Reading, PA 19612-6001

American Express National Bank
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355

Consumer Energy Company
Attn: Legal Dept
One Energy Plaza Dr
Jackson, MI 49201-2357

Fortiva Bobs Discount
TBOM - ATLSA
6 Concourse Parkway Second Floor
Atlanta, GA 30328

Armstrong Cable
PO Box 37749
Philadelphia, PA 19101-5049

County of Allegheny Treasurer
Room 108 Courthouse
436 Grant St
Pittsburgh, PA 15219

Go-Store It
33 Parmenter Rd.
Bluffton, SC 29910

AT&T
Valor Intelligent Processing, LLC
PO Box 5014
Carol Stream, IL 60197-5014

AWA Collections
Santa Rosa Emergency
PO Box 6605
Orange, CA 92863

Beaufort County Treasurer
Property Tax
Po Box 105176
Atlanta, GA 30348-5176

Bromley Law Firm LLC
Evan K. Bromley
211 Goethe Rd Ste B
Bluffton, SC 29910-6014

Capital One Auto Finance
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

CitiBank Best Buy
P.O. Box 790034
Saint Louis, MO 63179-0034

Ian D, Maguire and Tiffany Buffkin
Maguire Law Firm
1600 North Oak St Ste. B
Myrtle Beach, SC 29577-3525

Jordan Tax Service
102 Rahway Rd
McMurray, PA 15317

JPMC
c/o National Bankruptcy Services,
LLC
PO Box 9013
Addison, TX 75001

JPMorgan Chase Bank, N.A.
Robertson, Anschutz, Schneid, Crane
6409 Congress Avenue 100
Boca Raton, FL 33487

Coyne Oil
Attn: Rose
513 W 5th St
Clare, MI 48617-9405

Detroit Water and Sewerage Dept
P.O. Box 554899
Detroit, MI 48255-4899

DirectTV, LLC
CT Corporation
1209 N Orange St
Wilmington, DE 19801-1120

DTE Energy
Attention Legal Department
PO Box 740786
Cincinnati, OH 45274-0786

East Pittsburgh Borough
813 Linden Ave
East Pittsburgh, PA 15112

Esq. Jannine M. Mutterer
5 Cedar St.
Bluffton, SC 29910-7215

Julie A. Franklin, Esq
Po Box 2976
Bluffton, SC 29910-2976

Kohls Payment Center
PO Box 3043
Milwaukee, WI 53201-3043

Komatsu Benefit Dept
Mark Harder
401 E Greenfield Ave
Milwaukee, WI 53204-2941

Law Office of Scott M. Wild LLC
Scott M. Wild
37 New Orleans Road Suite F
Hilton Head Island, SC 29928

Hilton Head Resort Four Seasons Centre
Wm Weston J Newton
Jones, Simpson & Newton, PA
Po Box 1938
Bluffton, SC 29910-1938

Home Depot Commercial
Centralized bankruptcy
PO Box 790034
Saint Louis, MO 63179

Home Depot Loan #3877
Po Box 2730
Alpharetta, GA 30023-2730

Honorable Nicola Henry-Taylor
Alleghey Court of Common Pleas
712 City Council Building
414 Grant St
Pittsburgh, PA 15219-2409

Hughes Network Systems
PO Box 96874
Chicago, IL 60693-6874

Lincoln Township
P.O. Box 239
Lake George, MI 48633

LVNV Funding, LLC
Resurgent Captial Services
PO Box 10587
Greenville, SC 29603-0587

Master in Equity
102 Ribaut Rd 2nd Floor
Beaufort, SC 29902-4453

Medical University of South Carolina
1 Poston Rd Ste 220
Charleston, SC 29407

Midland Credit Management
320 East Big Beaver
Troy, MI 48083-1271

Pittsburgh Water
Penn Liberty Plaza I
1200 Penn Avenue
Pittsburgh, PA 15222

Plymouth Rock Assurance
695 Atlantic Ave
Boston, MA 02111-2605

PNC Bank
1900 E 9th St
Cleveland, OH 44114-3484

PODS Enterprises, LLC
Legal Department
5585 Rio Vista Dr.
Clearwater, FL 33760

Polly Nicola
2583 Lower Assembly Drive
Fort Mill, SC 29708

Quantum3 Group LLC
Agent for Crown Asset Management
LLC
PO Box 788
Kirkland, WA 98083-0788

Radius Global Solutions
7831 Glenroy Rd Ste. 250
Minneapolis, MN 55439-3117

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

S.C. Dept of Revenue amd Taxation
PO Box 125
Columbia, SC 29214-0001

SC Department of Motor Vehicles
SC Driver Records
PO Box 1498
Blythewood, SC 29016-0028

SC Department of Revenue
Office of General Counsel
300A Outlet Point Blvd
Columbia, SC 29210

Semina Delaurentis
66 Quail Run
Torrington, CT 06790-2549

Smith Debnam Narron Drake
Saintsing
& Myers, LLP
Lucas S. Fautua
171 Church St Ste 120c
Charleston, SC 29401-3136

South Carolina Dept of Motor
Vehicles
PO Box 1498
Blythewood, SC 29016-1498

Synchrony Bank
Paypal Credit
PO Box 669809
Dallas, TX 75266

Synchrony Bank Sams Business
PO Box 669809
Dallas, TX 75266

Synchrony Bank Sams Master Card
PO Box 669809
Dallas, TX 75266

Synchrony Bank Score Rewards
PO Box 669809
Dallas, TX 75266

Synergetic Communication
PO Box 680608
Franklin, TN 37068-0608

Tate and Kirlin Assoc
4800 E Street Rd Ste 170
Trevose, PA 19053-6660

Taybron Law Firm LLC
3399 Churchview Ave
Pittsburgh, PA 15227-4358

TBOM-ATLAS-Fortiva
6 Concourse Pkwy # 2
Atlanta, GA 30328-6117
TD Bank
PO Box 840
Columbus, GA 31908

TD Bank
Target Card Services
PO Box 673
Minneapolis, MN 55440-0673

TD Bank
PO Box 84037
Columbus, GA 31908

The Hertz Corporation
8501 Williams Rd
Estero, FL 33928-3325

The Huntington National Bank
PO Box 89424 OPC856
Cleveland, OH 44101

The Spa on Port Royal Sound
Board of Directors
239 Beach City Rd
Hilton Head, SC 29926-4707

The Woodlands at St Barnabas
Thomas E. Breath
128 West Cunningham St
Butler, PA 16001

Ticket Division
PA Turnpike EZ Pass
300 E Park Dr
Harrisburg, PA 17111-2729

Title Max of South Carolina
Attn: John B Kelchner
1901 Main St. Ste 900
Columbia, SC 29201

T-Mobile
Po Box 53410
Bellevue, WA 98015-3410

Traffic Magistrate
4819 Bluffton Parkway
Bluffton, SC 29910

U.S. Department of Education
Nelnet
121 South 13th St
Lincoln, NE 68508

UPMC
Po Box 371472
Pittsburgh, PA 15250-7472

Verizon Wireless Bankruptcy
Administration
500 Technology Dr Ste. 500
Saint Charles, MO 63304

Monevolnc
8910 University Cntr Lane Ste.
400
San Diego, CA 92122-1025

Morgan Lewis & Bockius LLP
Attn: Matt Hawes
One Oxford Centre, 32ND FLR
Pittsburgh, PA 15219-6401

Morgan Templeton
145 King Street Ste. 300
Charleston, SC 29401-2253

Mutterer Law Firm, LLC
Jannine M. Mutterer, Esq
5 Red Cedar Street Suite 102
Bluffton, SC 29910

Viking Client Services
Hertz Damage Recovery Team
7500 Office Ridge Cir Ste 100
Eden Prairie, MN 55344-3763

Wayne Co Treasurer
400 Monroe 5th floor
Detroit, MI 48226

Wells Fargo Bank
Po Box 5058
Portland, OR 97208-5058

West Virginia Parkways Authority
Customer Service Center
Po Box 1469
Charleston, WV 25325-1469

NES
PNC Bank
2479 Edison Blvd Unit A
Twinsburg, OH 44087

Norman Jewelry and Loan
24777 Telegraph Suite B
Southfield, MI 48034

Northstar Location Services
4285 Genesee St.
Buffalo, NY 14225-1943

Office Depot Business Credit
Dept 563-8406380360
PO Box 70612
Philadelphia, PA 19176-0612

Ohio Turnpike Easy Pass
PO Box 94672
Cleveland, OH 44101

PA Dept of Revenue
Bureau of Individual Taxes
PO Box 280504
Philadelphia, PA 19176-0612

West-Aircomm FCU
Weltman, Weinberg & Reis Co LPA
5990 W Creek Rd Ste 200
Independence, OH 44131-2191

Westlake Financial
2 Equity Way Ste 200
Westlake, OH 44145-1045

Wright's Custom Body Shop LLC
1216 Leeson Ave
Cadillac, MI 49601-9097

Zeidman's Jewelry & Loan of MI
Best Law Tara E. Nauful
Po Box 2374
Mt Pleasant, SC 29465-2374

Pacer Service Center
PO Box 780549
San Antonio, TX 78278

Palmetto Electric Cooperative Inc
Michelle Tyler
111 Matthews Drive
Hilton Head Island, SC 29926

Peoples Gas
National Recovery Agency
PO Box 644760
Pittsburgh, PA 15264-4760

Nationstar Mortgage, LLC
Attn: Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9741

Nationwide Credit Inc
1225 Washington St Ste. 301
Tempe, AZ 85288-1239

PA Turnpike Toll By Plate
PO Box 645631
Pittsburgh, PA 15264-5254

Date: September 12, 2025

_____
Signature of Debtor (*pro se*)
Jacqueline E. Ard
21215 Dartmouth Drive
Southfield, Michigan 48076
Jacquelineard72@gmail.com

_____
Signature of Debtor (*pro se*)
Terry F. Nicola
21215 Dartmouth Drive
Southfield, Michigan 48076