**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

Filed By The Court

09/15/25 10:59 p.m.
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re:
**Jacqueline Ard and Terry Nicola, Debtors**
Case No. 25-01384
Chapter 7 (converted from Chapter 13)

---

## STATUTORY NOTICE OF RESCHEDULED MEETING OF CREDITORS

(11 U.S.C. § 341(a))

**PLEASE TAKE NOTICE** that the meeting of creditors originally scheduled for **October 20, 2025, at 9:30 a.m.** in the above-captioned case has been **rescheduled** as follows:

- **New Date & Time: November 17, 2025, at 12:00 p.m.**
- **Location:** Zoom video meeting. Go to Zoom.us/join, Enter Meeting
- ID and Passcode or call telephone number listed below:
- Meeting ID: **687 333 9584**, Passcode: **0101661459**,
- Telephone: 1−854−230−2481

---

**Case Information:**

- **Debtors:** Jacqueline Ard and Terry Nicola
- **Judge:** Hon. L. Jefferson Davis IV
- **Chapter 7 Trustee:** Kevin Campbell

---

**Date of Notice:** September 15, 2025

Respectfully submitted,

_____
Jacqueline Ard, Debtor Pro Se
21215 Dartmouth Drive
Southfield, MI 48076
jacquelineard72@gmail.com
313-770-7051

_____
Terry Nicola, Debtor Pro Se
21215 Dartmouth Drive
Southfield, MI 48076

✗ UPDATED MEETING OF CREDITORS

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jacqueline Elizabeth Ard** | Last 4 digits of Social Security number or ITIN **386–82–3748** |
| | First Name    Middle Name    Last Name | EIN   **61–1604111, 88–1009431** |
| Debtor 2 (Spouse, if filing) | **Terry Frank Nicola** | Last 4 digits of Social Security number or ITIN **202–44–8286** |
| | First Name    Middle Name    Last Name | EIN   **88–1009431, 61–1604111** |
| United States Bankruptcy Court   **District of South Carolina** | | Date case filed in chapter **13**    **4/10/25** |
| Case number:   **25–01384–jd** | | Date case converted to chapter **7**    **6/3/25** |

## Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Jacqueline Elizabeth Ard | Terry Frank Nicola |
| 2. | All other names used in the last 8 years | dba Global Management Group LLC, dba Beachside Estates LLC | dba Beachside Estates LLC, dba Global Management Group |
| 3. | Address | 21215 Dartmouth Dr Southfield, MI 48076–5634 | 21215 Darthmouth Southfield, MI 48076 |
| 4. | Debtor's attorney Name and address | None | |
| 5. | Bankruptcy trustee Name and address | Kevin Campbell PO Box 684 Mount Pleasant, SC 29465 | Contact phone (843) 884–6874 Email: kcampbell@campbell–law–firm.com |

For more information, see page 2 >

Debtor **Jacqueline Elizabeth Ard** and **Terry Frank Nicola**                     Case number **25-01384-jd**

---

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | J. Bratton Davis United States Bankruptcy Courthouse 1100 Laurel Street Columbia, SC 29201-2423 | Hours open 8:30 am – 4:30 pm<br><br>Contact phone: 803-765-5436<br><br>Date: 9/10/25 |

**7. Meeting of creditors**    ✱ NOVEMBER 17, 2025 @ 12:00PM

Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.

The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

**Location:**
Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID and Passcode or call telephone number listed below: Meeting ID: 687 333 9584, Passcode: 0101661459,

**Telephone:** 1-854-230-2481

For additional meeting information go to https://www.justice.gov/ust/moc.

---

**8. Presumption of abuse**

If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances.

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

---

**9. Deadlines**

The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**

**You must file a complaint:**
• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or
• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).

**You must file a motion:**
• if you assert that the discharge should be denied under § 727(a)(8) or (9).

**Filing deadline: 12/19/25**

**Deadline to object to exemptions:**
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors

---

**10. Proof of claim** Please do not file a proof of claim unless you receive a notice to do so.

No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.

---

**11. Creditors with a foreign address**

If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

---

**12. Exempt property**

The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9.

---

**13. Miscellaneous Notice**

The Voice Case Information System (VCIS) will give status information on cases filed or converted after 11/30/88. Call 1-866-222-8029. Please refer to the Court's website at www.scb.uscourts.gov for further information. Chapter 7 cases: Property of the estate may be abandoned by the trustee at the meeting of creditors unless creditors or parties in interest object to SC LBR 6007-1.

---

**14. Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail**

(1) Anyone can register for the Electronic Bankruptcy Noticing program at bankruptcynotices.uscourts.gov OR (2) Debtors can register for electronic notice by filing local form 'Debtor's Electronic Noticing Request (DeBN)' with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you court-issued notices and orders by email. See Local Rule 9036-1.

---

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                     page 2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

IN RE:

JACQUELINE ELIZABETH ARD and
TERRY FRANK NICOLA

DEBTOR(S)

CASE NO: 25-01384-JD
CHAPTER: 13

**PROOF OF SERVICE**

I hereby certify that on September 12, 2025, I served copies of the following documents:

1. STATUTORY NOTICE OF RESCHEDULED MEETING OF CREDITORS

2. Official Form 309A: Notice of Chapter 7 Bankruptcy Case

Served via ECF/ and Electronic Mail to the following recipients:

| | |
|---|---|
| U.S. Trustee | USTPRegion04.CO.ECF@usdoj.gov |
| James M. Wyman | 13info@charleston13.com |
| Kevin Campbell | kcampbell@campbell-law-firm.com |

Served via First Class Mail prepaid postage, Email, and/or ECF to the following recipients:

| | | |
|---|---|---|
| ADT Security Services<br>PO Box 371878<br>Pittsburgh, PA 15250-7878 | City of Detroit Water and<br>Sewerage Dept<br>735 Randolph St<br>Detroit, MI 48226-2830 | Estate At Westbury Owners Assoc, Inc<br>Board of Directors<br>85 Kensington Blvd<br>Bluffton, SC 29910-4884 |
| Advantage Aviator Bankruptcy Dept<br>Portfolio Recovery Associates, LLC<br>130 Corporate Blvd<br>Norfolk, VA 23502-4952 | Comenity Caesars Rewards<br>PO Box 650960<br>Dallas, TX 75265 | First Energy<br>Penn Power<br>Po Box 16001<br>Reading, PA 19612-6001 |
| American Express National Bank<br>Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355 | Consumer Energy Company<br>Attn: Legal Dept<br>One Energy Plaza Dr<br>Jackson, MI 49201-2357 | Fortiva Bobs Discount<br>TBOM - ATLSA<br>6 Concourse Parkway Second Floor<br>Atlanta, GA 30328 |
| Armstrong Cable<br>PO Box 37749<br>Philadelphia, PA 19101-5049 | County of Allegheny Treasurer<br>Room 108 Courthouse<br>436 Grant St<br>Pittsburgh, PA 15219 | Go-Store It<br>33 Parmenter Rd.<br>Bluffton, SC 29910 |

AT&T
Valor Intelligent Processing, LLC
PO Box 5014
Carol Stream, IL 60197-5014

AWA Collections
Santa Rosa Emergency
PO Box 6605
Orange, CA 92863

Beaufort County Treasurer
Property Tax
Po Box 105176
Atlanta, GA 30348-5176

Bromley Law Firm LLC
Evan K. Bromley
211 Goethe Rd Ste B
Bluffton, SC 29910-6014

Capital One Auto Finance
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

CitiBank Best Buy
P.O. Box 790034
Saint Louis, MO 63179-0034

Ian D, Maguire and Tiffany Buffkin
Maguire Law Firm
1600 North Oak St Ste. B
Myrtle Beach, SC 29577-3525

Jordan Tax Service
102 Rahway Rd
McMurray, PA 15317

JPMC
c/o National Bankruptcy Services,
LLC
PO Box 9013
Addison, TX 75001

JPMorgan Chase Bank, N.A.
Robertson, Anschutz, Schneid, Crane
6409 Congress Avenue 100
Boca Raton, FL 33487

Coyne Oil
Attn: Rose
513 W 5th St
Clare, MI 48617-9405

Detroit Water and Sewerage Dept
P.O. Box 554899
Detroit, MI 48255-4899

DirectTV, LLC
CT Corporation
1209 N Orange St
Wilmington, DE 19801-1120

DTE Energy
Attention Legal Department
PO Box 740786
Cincinnati, OH 45274-0786

East Pittsburgh Borough
813 Linden Ave
East Pittsburgh, PA 15112

Esq. Jannine M. Mutterer
5 Cedar St.
Bluffton, SC 29910-7215

Julie A. Franklin, Esq
Po Box 2976
Bluffton, SC 29910-2976

Kohls Payment Center
PO Box 3043
Milwaukee, WI 53201-3043

Komatsu Benefit Dept
Mark Harder
401 E Greenfield Ave
Milwaukee, WI 53204-2941

Law Office of Scott M. Wild LLC
Scott M. Wild
37 New Orleans Road Suite F
Hilton Head Island, SC 29928

Hilton Head Resort Four Seasons Centre
Wm Weston J Newton
Jones, Simpson & Newton, PA
Po Box 1938
Bluffton, SC 29910-1938

Home Depot Commercial
Centralized bankruptcy
PO Box 790034
Saint Louis, MO 63179

Home Depot Loan #3877
Po Box 2730
Alpharetta, GA 30023-2730

Honorable Nicola Henry-Taylor
Allegheny Court of Common Pleas
712 City Council Building
414 Grant St
Pittsburgh, PA 15219-2409

Hughes Network Systems
PO Box 96874
Chicago, IL 60693-6874

Lincoln Township
P.O. Box 239
Lake George, MI 48633

LVNV Funding, LLC
Resurgent Captial Services
PO Box 10587
Greenville, SC 29603-0587

Master in Equity
102 Ribaut Rd 2nd Floor
Beaufort, SC 29902-4453

Medical University of South Carolina
1 Poston Rd Ste 220
Charleston, SC 29407

Midland Credit Management
320 East Big Beaver
Troy, MI 48083-1271

Pittsburgh Water
Penn Liberty Plaza I
1200 Penn Avenue
Pittsburgh, PA 15222

Plymouth Rock Assurance
695 Atlantic Ave
Boston, MA 02111-2605

PNC Bank
1900 E 9th St
Cleveland, OH 44114-3484

PODS Enterprises, LLC
Legal Department
5585 Rio Vista Dr.
Clearwater, FL 33760

Polly Nicola
2583 Lower Assembly Drive
Fort Mill, SC 29708

Quantum3 Group LLC
Agent for Crown Asset Management
LLC
PO Box 788
Kirkland, WA 98083-0788

Radius Global Solutions
7831 Glenroy Rd Ste. 250
Minneapolis, MN 55439-3117

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

S.C. Dept of Revenue amd Taxation
PO Box 125
Columbia, SC 29214-0001

SC Department of Motor Vehicles
SC Driver Records
PO Box 1498
Blythewood, SC 29016-0028

SC Department of Revenue
Office of General Counsel
300A Outlet Point Blvd
Columbia, SC 29210

Semina Delaurentis
66 Quail Run
Torrington, CT 06790-2549

Smith Debnam Narron Drake
Saintsing
& Myers, LLP
Lucas S. Fautua
171 Church St Ste 120c
Charleston, SC 29401-3136

South Carolina Dept of Motor
Vehicles
PO Box 1498
Blythewood, SC 29016-1498

Synchrony Bank
Paypal Credit
PO Box 669809
Dallas, TX 75266

Synchrony Bank Sams Business
PO Box 669809
Dallas, TX 75266

Synchrony Bank Sams Master Card
PO Box 669809
Dallas, TX 75266

Synchrony Bank Score Rewards
PO Box 669809
Dallas, TX 75266

Synergetic Communication
PO Box 680608
Franklin, TN 37068-0608

Tate and Kirlin Assoc
4800 E Street Rd Ste 170
Trevose, PA 19053-6660

Taybron Law Firm LLC
3399 Churchview Ave
Pittsburgh, PA 15227-4358

TBOM-ATLAS-Fortiva
6 Concourse Pkwy # 2
Atlanta, GA 30328-6117
TD Bank
PO Box 840
Columbus, GA 31908

TD Bank
Target Card Services
PO Box 673
Minneapolis, MN 55440-0673

TD Bank
PO Box 84037
Columbus, GA 31908

The Hertz Corporation
8501 Williams Rd
Estero, FL 33928-3325

The Huntington National Bank
PO Box 89424 OPC856
Cleveland, OH 44101

The Spa on Port Royal Sound
Board of Directors
239 Beach City Rd
Hilton Head, SC 29926-4707

The Woodlands at St Barnabas
Thomas E. Breath
128 West Cunningham St
Butler, PA 16001

Ticket Division
PA Turnpike EZ Pass
300 E Park Dr
Harrisburg, PA 17111-2729

Title Max of South Carolina
Attn: John B Kelchner
1901 Main St. Ste 900
Columbia, SC 29201

T-Mobile
Po Box 53410
Bellevue, WA 98015-3410

Traffic Magistrate
4819 Bluffton Parkway
Bluffton, SC 29910

U.S. Department of Education
Nelnet
121 South 13th St
Lincoln, NE 68508

UPMC
Po Box 371472
Pittsburgh, PA 15250-7472

Verizon Wireless Bankruptcy
Administration
500 Technology Dr Ste. 500
Saint Charles, MO 63304

Monevolnc
8910 University Cntr Lane Ste.
400
San Diego, CA 92122-1025

Morgan Lewis & Bockius LLP
Attn: Matt Hawes
One Oxford Centre, 32ND FLR
Pittsburgh, PA 15219-6401

Morgan Templeton
145 King Street Ste. 300
Charleston, SC 29401-2253

Mutterer Law Firm, LLC
Jannine M. Mutterer, Esq
5 Red Cedar Street Suite 102
Bluffton, SC 29910

Viking Client Services
Hertz Damage Recovery Team
7500 Office Ridge Cir Ste 100
Eden Prairie, MN 55344-3763

Wayne Co Treasurer
400 Monroe 5th floor
Detroit, MI 48226

Wells Fargo Bank
Po Box 5058
Portland, OR 97208-5058

West Virginia Parkways Authority
Customer Service Center
Po Box 1469
Charleston, WV 25325-1469

NES
PNC Bank
2479 Edison Blvd Unit A
Twinsburg, OH 44087

Norman Jewelry and Loan
24777 Telegraph Suite B
Southfield, MI 48034

Northstar Location Services
4285 Genesee St.
Buffalo, NY 14225-1943

Office Depot Business Credit
Dept 563-8406380360
PO Box 70612
Philadelphia, PA 19176-0612

Ohio Turnpike Easy Pass
PO Box 94672
Cleveland, OH 44101

PA Dept of Revenue
Bureau of Individual Taxes
PO Box 280504
Philadelphia, PA 19176-0612

West-Aircomm FCU
Weltman, Weinberg & Reis Co LPA
5990 W Creek Rd Ste 200
Independence, OH 44131-2191

Westlake Financial
2 Equity Way Ste 200
Westlake, OH 44145-1045

Wright's Custom Body Shop LLC
1216 Leeson Ave
Cadillac, MI 49601-9097

Zeidman's Jewelry & Loan of MI
Best Law Tara E. Nauful
Po Box 2374
Mt Pleasant, SC 29465-2374

Pacer Service Center
PO Box 780549
San Antonio, TX 78278

Palmetto Electric Cooperative Inc
Michelle Tyler
111 Matthews Drive
Hilton Head Island, SC 29926

Peoples Gas
National Recovery Agency
PO Box 644760
Pittsburgh, PA 15264-4760

Nationstar Mortgage, LLC
Attn: Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9741

Nationwide Credit Inc
1225 Washington St Ste. 301
Tempe, AZ 85288-1239

PA Turnpike Toll By Plate
PO Box 645631
Pittsburgh, PA 15264-5254

Date: September 15, 2025

Signature of Debtor (*pro se*)
Jacqueline E. Ard
21215 Dartmouth Drive
Southfield, Michigan 48076
Jacquelineard72@gmail.com

Signature of Debtor (*pro se*)
Terry F. Nicola
21215 Dartmouth Drive
Southfield, Michigan 48076

Gmail - USPS eReceipt

 **Gmail**

Jacqueline Ard <jacquelineard72@gmail.com>

---

## USPS eReceipt
1 message

---

**DoNotReply@ereceipt.usps.gov** <DoNotReply@ereceipt.usps.gov>
To: jacquelineard72@gmail.com

---

### UNITED STATES POSTAL SERVICE ®

FAIRFIELD
213 WILLIAM HILTON PKWY
HILTON HEAD ISLAND, SC 29926-9998
www.usps.com

| 09/12/2025 | | | 03:27 PM |
|---|---|---|---|

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Forever® Postage Stamp | 60 | $0.78 | $46.80 |

| Grand Total: | $46.80 |
|---|---|

| Debit Card Remit | $46.80 |
|---|---|

Card Name: MasterCard
Account #: XXXXXXXXXX
Approval #: 455471
Transaction #: 020200
Receipt #: 020200
AID: A0000000042203          Chip
AL: US Debit
PIN: Verified

TO REPORT AN ISSUE
Visit https://emailus.usps.com

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/ssk?mt=13

---

UFN: 453961-9550
Receipt #: 840-12900487-1-5867432-5
Clerk: 00

**Privacy Act Statement:** Your information will be used to provide you with an
electronic receipt for your purchase transaction via email. Collection is
authorized by 39 USC 401, 403, and 404. Providing the information is
voluntary, but if not provided, we will be unable to process your request to
receive an electronic receipt. We do not disclose your information to third
parties without your consent, except to facilitate the transaction, to act
on your behalf or request, or as legally required. This includes the
following limited circumstances: to a congressional office on your behalf;
to financial entities regarding financial transaction issues; to a U.S.
Postal Service auditor; to entities, including law enforcement, as required
by law or in legal proceedings; to contractors and other entities aiding us
to fulfill the service (service providers); to process servers; to domestic
government agencies if needed as part of their duties; and to a foreign
government agency for violations and alleged violations of law. For more
information on our privacy policies visit
www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This
message is for the designated recipient only and may contain privileged,
proprietary, or otherwise private information. If you have received it in
error, please delete. Any other use of this email by you is prohibited.