UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Jacqueline Elizabeth Ard and Terry Frank Nicola<br><br><br><br>Debtor(s). | CHAPTER 7<br>CASE NO: 25-01384-JD<br><br>TRANSMITTAL OF NOTICE OF APPEAL |

To: The Honorable Robin L. Blume, Clerk of the United States District Court, District of South Carolina

Pursuant to Bankruptcy Rule 8003, I hereby transmit the Notice of Appeal filed by Jacqueline Elizabeth Ard and Terry Frank Nicola on September 10, 2025.



Lauren T Maxwell, Clerk of Court
United States Bankruptcy Court

BY: /s/ N. Beaulieu
      N. Beaulieu, Appeals Clerk

Columbia, South Carolina

September 15, 2025

Parties to appeal are:
For Appellant:

Jacqueline Elizabeth Ard and Terry Frank Nicola
21215 Dartmouth Dr
Southfield, MI 48076-5634

For Appellee:

John B. Kelchner
PO Box 1473 (29202)
190 I Main St., Suite 900
Columbia, SC 29201

Lucas S. Fautua
171 Church Street, Ste 120
Charleston, SC 29413

James Wyman, Trustee
PO Box 997
Mt. Pleasant, SC 29465

Julie Franklin
P.O. Drawer 2976
Bluffton, SC 29910

Benjamin E. Grimsley
P.O. Box 11682
Columbia, SC 29211