# KEVIN CAMPBELL, ESQUIRE
### *CHAPTER 7 BANKRUPTCY TRUSTEE*
**890 JOHNNIE DODDS BLVD.**
**MOUNT PLEASANT, SC 29464**

POST OFFICE BOX 684                                         TELEPHONE : 843-884-6874
MOUNT PLEASANT, SC 29465                                    TELEFAX:  843-884-0997

*Certified Specialist in Bankruptcy Law

September 22, 2025

Re:    JACQUELINE ARD AND TERRY NICOLA
       Bankruptcy Case No.: 25-01384

TO ALL CREDITORS AND PARTIES IN INTEREST:

The Debtor requested a one-time continuance for their Meeting of Creditors scheduled for October 20, 2025 at 9:30am. The Chapter 7 Trustee has consented to this request.

The Meeting of Creditors will be continued to November 17, 2025 at 12:00pm.

All meeting information remains the same.

| Trustee | Meeting ID | Passcode Code | Dedicated Phone No. |
|---|---|---|---|
| Kevin Campbell | 687 333 9584 | 0101661459 | (854) 230-2481 |

Respectfully,

/s/ Kevin Campbell
Kevin Campbell, Chapter 7 Trustee

***Notice will be served by the Office of the US Trustee. The US Trustee will file a Certificate of Service for this pleading.**