**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 25–01384–jd    Chapter: 7

**In re:**

Jacqueline Elizabeth Ard
dba Global Management Group LLC, dba Beachside Estates LLC

Terry Frank Nicola
dba Beachside Estates LLC, dba Global Management Group

**Filed By The Court**
**10/20/25**
**Lauren T Maxwell**
**Clerk of Court**
**US Bankruptcy Court**

**MEETING OF CREDITORS CONTINUED**

---

Please take notice that your meeting of creditors has been continued to:

Date: November 17, 2025
Time: 12:00 PM
Location: Meeting ID: 687 333 9584, Passcode: 0101661459, Telephone: 1–854–230–2481

If Meeting ID and Passcode are provided, the Meeting of Creditors will be by **Zoom Video**. Go to Zoom.us/join, enter Meeting ID and Passcode or call telephone number listed above.

Failure of the debtor(s) to appear at this Meeting of Creditors may result in dismissal of the case.

Lauren T Maxwell
Clerk of Court
United States Bankruptcy Court

United States Bankruptcy Court

District of South Carolina

In re: Case No. 25-01384-jd
Jacqueline Elizabeth Ard Chapter 7
Terry Frank Nicola
Debtors

# CERTIFICATE OF NOTICE

District/off: 0420-2 User: admin Page 1 of 9
Date Rcvd: Oct 20, 2025 Form ID: 920BNC Total Noticed: 225

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Estate at Westbury Owners Association, Inc., C/O Counsel, 25 Thurmond Way, #2976, Bluffton, SC 29910-9223 |
| cr | + | Hilton Hear Resort Four Seasons Centre Horizontal, C/o Jones, Simpson & Newton, P.O. Box 1938, Bluffton, SC 29910, UNITED STATES 29910-1938 |
| cr | | Strada, PO Box 299116, Lewisville, TX 75029-9116 |
| 544518984 | | AAdvantage Aviator Portfolio Recovery, PO Box 8828, Wilmington, DE 19899-8828 |
| 544518986 | + | ADT Security Services, P.O. Box 650485, Pittsburgh, PA 15250-0001 |
| 544518987 | | ADT,LLC, Transworld Systems Inc, 500 Virginia Dr. Suite 514, Ft Washington, PAl 9304 |
| 544518988 | + | Allstate Indemnity, POBox4310, Carol Stream, IL 60197-4310 |
| 544518989 | | Allstate Insurance, P.O. Box 21169, Roanoke, VA 24018-0537 |
| 544518990 | + | American Express -, AXPLEGALATTORNEY, 500 North Franklin Turnpike No. 315, MAIL CODE 297, Ramsey, New Jersey 07446-1160 |
| 544526225 | + | Armstrong Cable, 437 North Main St, Butler, PA 16001-4358 |
| 544518993 | + | Armstrong Cable, P.O. Box 300, Lancaster, PA 17608-0300 |
| 544526216 | | Armstrong Cable, PO Box 37749, Philadelphia, PA 19101-5049 |
| 544518995 | + | Association Services, An Associa Company C/O Hilto, 1040 William Hilton Pky #200, Hilton Head Island, SC 29928-6109 |
| 544519002 | + | Barry Mullis, 239 Beach City Road Apt 2213, Hilton Head Island, SC 29926-4713 |
| 544519003 | + | Beaufort County Sheriffs Department, Melissa Hansen, PO. Box 1758, Beaufort, SC 29901-1758 |
| 544519005 | + | Beaumont Medical Transport Services, 950 West Maple St Suite C, Troy, MI 48084-5376 |
| 544519194 | + | Best Law, PA, Tara E. Nauful, P.O. Box 2374, Mount Pleasant, SC 29465-2374 |
| 544519006 | + | Braun Kendrick Finkbeiner PLC, Mitchell G. Piper, 4301 Fashion Square Blvd, Saginaw, MI 48603-1250 |
| 544519195 | | Bromley Law Firm LLC, Evan K. Bromley, 211 Goethe Rd Ste B, Bluffton, SC 29910-6014 |
| 544526237 | | Chipumoi, Nicolas, 6409 Congress Ave, Ste 100, Boca Raton, FL 33487-2853 |
| 544519017 | | City of Detroit - Property Tax, P.O. Box 33193, Detroit, MI 48232-5193 |
| 544519018 | + | Clare County 55th Judicial Circuit, 225 West Main, Harrison, MI 48625-8336 |
| 544519021 | + | Comenity Portfolio Refresh, 3095 Loyalty Circle, Columbus, OH 43219-3673 |
| 544519023 | | County Council Of Beaufort County Assessor, Real Property Services, P.O. Drawer 1229, Beaufort, SC 29901 |
| 544526208 | + | County of Alleghney Treasurer, Room 108 Courthouse, 436 Grant St, Pittsburgh, PA 15219-2497 |
| 544519198 | | Coyne Oil, Attn: Rose, 513 W 5th St, Clare, MI 48617-9405 |
| 544519027 | + | Cuyahoga Community ColJege, 700 Carnegie Ave., Cleveland, OH 44115-2878 |
| 544519036 | + | DNF Associates, 2351 N Forest Road Suite 110, Getzville, NY 14068-9902 |
| 544519029 | + | Dave Yost OH Attorney General, Attn: Timothy Sullivan, 18013 Cleveland Pkwy Suite 180, Cleveland, OH 44135-3235 |
| 544519031 | + | Dillon McCandless King Coulter, Graham, LLP, 128 West Cunningham Street, Butler, PA 16001-5742 |
| 544533102 | | DirectTV LLC, CT Corporation, 1209 N Orange St, Wilmington, DE 19801-1120 |
| 544519034 | | Diverse Funding, 3580 Harlem Rd Suite 6, Cheektowaga, NY 14215-2045 |
| 544519038 | | Duquesne Light, Payment Processing Center, P.O.BOX67, Pittsburgh, PA 15257-0001 |
| 544526209 | + | East Pittsburgh Borough, 813 Linden Ave, East Pittsburgh, PA 15112-1275 |
| 544519201 | | Estate At Westbury Owners Assoc, Inc, Board of Directors, 85 Kensington Blvd, Bluffton, SC 29910-4884 |
| 544560304 | + | Estate at Westbury Owners Association, Inc., C/O Julie A. Franklin, Esq., 25 Thurmond Way, #2976, Bluffton, South Carolina 29910-9223 |
| 544519044 | ++ | FOREFRONT DERMATOLOGY, ATTN LEGAL DEPT, 801 YORK STREET, MANITOWOC WI 54220-4630 address filed with court:, Forefront Dermatology, 801 York Street, Manitowoc, WI 54220 |
| 544519042 | | First Energy - Penn Power, PO Box 16001, Reading, PA 19612-6001 |
| 544519045 | + | Fortiva - Bob's Discount Furniture, P.O. Box 650721, Dallas, TX 75265-0721 |
| 544519048 | + | George B. Smythe, 4000 S. Faber Place Dr Suite 300, Charleston, SC 29405-8587 |
| 544519049 | + | Georgia Traffic, PO Box 80447, Conyers, GA 30013-8047 |

| | | |
|---|---|---|
| 544519046 | + | Go Store It, 33 Parameter Road, Bluffton, SC 29910-8571 |
| 544519050 | + | Go Store It, 1249 Avondale Rd, Hendersonville, TN 37075-9672 |
| 544526233 | | Go-Store It Management LLC, 6805 Carnegie Blvd, Ste 250, Charlotte, NC 28211-4276 |
| 544519052 | | Hargray Communications-Cable One Inc, 856 William Hilton Parkway, Hilton Head Island, SC 29928-3423 |
| 544519186 | + | Hilton Head Resort, Board of Directors, 663 William Hilton Pkwy, Hilton Head, SC 29928-3508 |
| 544550512 | + | Hilton Head Resort Four Seasons Centre Horizontal, 663 William Hilton Parkway c/o Ron Zold, Hilton Head Island, SC 29928-3506 |
| 544519053 | + | Hilton Head Resort-Four Seasons Centre, HHR Council of Owners, Attn: Board of Directors, 663 Wiliam Hilton Parkway, Hilton Head Island, SC 29928-3506 |
| 544519057 | + | Honorable Nicola Henry-Taylor, Allegheny Court of Common Pleas, 712 City-County Building, 414 Grant St, Pittsburg, PA 15219-2409 |
| 544519058 | + | Ian D. Maguire and Tiffany Buffkin, Maguire Law Firm, 1600 North Oak Street Suite B, Myrtle Beach, SC 29577-3525 |
| 544519099 | | JPMorgan Chase Bank, N.A., sbmt Chase Bank USA, N.A., CO National Bankruptcy Services, LLC, P.O. Box 9013 Addison, Texas 75001 |
| 544519059 | + | Janet Spinelli, 100 Kensington Blvd Apt NO. 918, Bluffton, SC 29910-7464 |
| 544519060 | + | Jannine M. Mutterer, Esq., 5 Cedar Street, Bluffton, SC 29910-7215 |
| 544519061 | + | John Curtis, 100 Kensington Blvd Apt NO. 1603, Bluffton, SC 29910-7464 |
| 544519187 | + | Jones, Simpson, and Newton PA, Attn: Wm Weston J Newton, 7 Plantation Park Drive Suite 3, Bluffton, SC 29910-6035 |
| 544519100 | | Judy Vanderveer, 663 William Hilton Parkway Apt 3121, Hilton Head Island, SC 29928-3524 |
| 544519188 | | Julie A. Franklin, Esq, PO Box 2976, Bluffton, SC 29910-2976 |
| 544519189 | | Komatsu Benefit Dept, Mark Harder, 401 E Greenfield Ave, Milwaukee, WI 53204-2941 |
| 544519190 | + | Law Office of Scott M. Wild LLC, Scott M. Wild, 37 New Orleans Road Suite F, Hilton Head Island, SC 29928-4756 |
| 544526210 | + | Lincoln Township, PO Box 239, Lake George, MI 48633-0239 |
| 544519056 | + | Master In Equity, 102 Ribaut Road 2nd Floor, Beaufort, SC 29902-4453 |
| 544526222 | + | Medical University of South Carolina, 1 Poston Rd Ste 220, Charleston, SC 29407-3436 |
| 544545480 | + | Melinda Oviatt, P.O. Box 5016, Rochester, MI 48308-5016 |
| 544519191 | | Morgan Lewis and Bockius LLP, Attn: Matt Hawes, One Oxford Centre, Thirty-Second FL, Pittsburg, PA 15219-6401 |
| 544519103 | + | Morgan S. Templeton, 145 King Street Suite 300, Charleston, SC 29401-2253 |
| 544519192 | + | Mutterer Law Firm, LLC, Jannine M. Mutterer, Esq, 5 Red Cedar Street Suite 102, Bluffton, SC 29910-8987 |
| 544519106 | | Nationstar Mortgage, PO Box 199111, Dallas, TX 75219-9111 |
| 544519174 | + | Nationstar Mortgage, LLC, James Page, Bell Carrington Price & Gregg, LLC, 339 Heyward St, Second Floor, Columbia, SC 29201-4391 |
| 544519107 | + | Nationwide Credit Inc, 1225 Washington St Ste 301, Tempe, AZ 85288-1239 |
| 544519175 | + | Norman Jewelry and Loan, 24777 Telegraph Suite B, Southfield, MI 48033-3000 |
| 544519109 | + | Norman's, 24777 Telegraph Rd, Southfield, MI 48033-3000 |
| 544519113 | + | Office Depot Business Credit, Dept563-8406380360, P.O. Box 70612, Philadelphia, PA 19176-0612 |
| 544519114 | + | Office of Sheriff Beaufort County, P.O. Box 1758, Beaufort, SC 29901-1758 |
| 544519118 | + | Ohio Turnpike EZ Pass, PO Box 94672, Cleveland, OH 44101-4672 |
| 544519119 | | PA Dept of Revenue, Bureau of Individual Taxes, PO. BOX 280504, Harrisburg, PA 17128-0504 |
| 544519128 | + | PLYMOUTH ROCK ASSURANCE, 695 ATLANTIC AVE, BOSTON, MA 02111-2605 |
| 544519129 | + | PNC Bank, 1900 E 9th St, Cleveland, OH 44114-3484 |
| 544526242 | | PNC National Association, PO Box 5570, Cleveland, OH 44101-0570 |
| 544526223 | + | Pacer Service Center, PO Box 780549, San Antonio, TX 78278-0549 |
| 544519176 | + | Palmetto Electric, Attn: Michelle Tyler, 111 Matthews Drive, Hilton Head Island, SC 29926-3689 |
| 544526244 | | Palmetto Electric Cooperative, Inc, PO Box 70878, Charlotte, NC 28272-0878 |
| 544519124 | + | Pioneer Foot Care, 2021 Freepo Rd, Arnold, PA 15068-4809 |
| 544519125 | + | Pittsburgh Water and Sewer, 1200 Penn Ave, Pittsburgh, PA 15222-4216 |
| 544519131 | + | Pods Legal Dept, 5585 Rio Vista Dr, Clearwater, FL 33760-3114 |
| 544519130 | + | Pods Legal Dept, 280 Leetsdale Industrial Dr, Suite 200, Leetsdale, PA 15056-1016 |
| 544519177 | + | Polly Nicola, 2583 Lower Assembly Drive, Fort Mill, SC 29708-6412 |
| 544519133 | + | Portfolio Recovery, P.O. Box 8828, Wilmington, DE 19899-8828, Progressive Insurance 19899-8828 |
| 544519178 | + | Progressive Insurance, 30440 Lakeland Blvd, Wickliffe, OH 44092-1749 |
| 544519138 | | Ronald Zold, 1 Long Cnnc Ct, Bluffton, SC 29909-7113 |
| 544519141 | + | Scott M. Wild, 37 New Orleans Road Suite F, Hilton Head Island, SC 29928-4756 |
| 544519142 | | Semina DeLaurentis, 66 Quail Run, Torrington, CT 06790-2549 |
| 544519143 | + | Shannon Cummings, 302 N. Lake St, Harrison,Ml 48625-8150 |
| 544533101 | | Smith Debnam Narron Drake Saintsing, and Myers, LLP, ATTN: Lucas S. Fautua, 171 Church St, Ste 120C, Charleston, SC 29401-3136 |
| 544519144 | + | South Carolina Dept of Motor Vehicles, PO Box 1498, Blythewood, SC 29016-1498 |
| 544551440 | + | Spa on Port Royal Sound Horizontal Property Regime, c/o Lucas S. Fautua, Esquire, Smith Debnam, 171 Church Street, Suite 120C, Charleston, SC 29401-3136 |
| 544519145 | + | Spectrum Mobile, Credit Control, LLC, 3300 Rider Trail S, Suite 500, Earth City, MO 63045-1338 |
| 544526249 | + | St. Barnabas, 5850 Meridian Rd, Gibsonia, PA 15044-9667 |
| 544519153 | | TBOM-ATLS-Fortiva, 6 Concourse Parkway, 2nd Floor-mailroom, Atlanta, GA 30328-6117 |
| 544526224 | + | TD Bank, PO Box 840, Columbus, GA 31902 |
| 544519150 | | Tamara Slank, 14686 Oakwood Drive, Shelby Township, MI 48315-1530 |
| 544519179 | | Taybron Law Firm LLC, 3399 Churchview Ave, Pittsburgh, PA 15227-4358 |

| | | |
|---|---|---|
| 544519182 | | The Spa on Port Royal Sound, Board of Directors, 239 Beach City Road, Hilton Head, SC 29926-4707 |
| 544519160 | + | Ticket Division, PA Turnpike EZ Pass, 3 00 East Park Dr, Harrisburg, PA 17111-2729 |
| 544519183 | | Title Max Corporation, 155 Bill St, Savannah, GA 31401-2685 |
| 544519161 | | Traffic Magistrate, 4819 Bluffton Parkway, Bluffton, SC 29910-4622 |
| 544526243 | + | US Courts, PACER, PO Box 5208, Portland, OR 97208-5208 |
| 544526255 | + | University of Michigan Deaborn, 4901 Evergreen Rd, Dearborn, MI 48128-1491 |
| 544526231 | + | Valor Intelligent Processing, LLC, 12005 Ford Rd 700, Dallas, TX 75234-7254 |
| 544526211 | + | Wayne Co Treasurer, 400 Monroe 5th Floor, Detroit, MI 48226-2964 |
| 544519169 | + | West Virgina Trafc Division, 300 Spruce St, Morgantown, WV 26505-5548 |
| 544519170 | + | West Virginia EZ Pass, PO Box 1469, Charleston, WV 25325-1469 |
| 544519204 | | Westlake Financial, 2 Equity Way Ste 200, Westlake, OH 44145-1045 |
| 544519171 | + | Woodlands at St Barnabas, Attn: Tom Breth, 128 West Cunningham Street, Butler, PA 16001-5742 |
| 544519205 | | Wright's Custom Body Shop LLC, 1216 Leeson Ave, Cadillac, MI 49601-9097 |
| 544519172 | + | Youngstown State University, 1 Tressel Way, Youngstown, OH 44555-9703 |
| 544519173 | + | Zeidmans, 2669 Gratiot Ave, Detroit, MI 48207-3207 |
| 544519206 | + | Zeidmans Jewelry, Thomas LaBret and-or Current President, 24810 Evergreen Road, Southfield, MI 48075-5538 |

TOTAL: 117

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/PDF: jacquelineard72@gmail.com | Oct 20 2025 21:28:00 | Jacqueline Elizabeth Ard, 21215 Dartmouth Dr, Southfield, MI 48076-5634 |
| jdb | + | Email/PDF: terrynicola30@gmail.com | Oct 20 2025 21:28:00 | Terry Frank Nicola, 21215 Darthmouth, Southfield, MI 48076-5634 |
| aty | + | Email/Text: BKRMailOps@weltman.com | Oct 20 2025 21:29:00 | Garry Masterson, Weltman, Weinberg and Reis Co., LPA, 5990 West Creek Rd., Suite 200, Independence, OH 44131-2191 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 20 2025 21:30:13 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 20 2025 21:28:00 | Nationstar Mortgage LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076, UNITED STATES |
| cr | + | Email/Text: BKRMailOps@weltman.com | Oct 20 2025 21:29:00 | WEST-AIRCOMM FEDERAL CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, INDEPENDENCE, OH 44131, UNITED STATES 44131-2191 |
| 544518985 | | Email/Text: amscbankruptcy@adt.com | Oct 20 2025 21:29:00 | ADT Security Services, 1501 Yamato Road, Boca Raton, FL 33431 |
| 544526212 | | Email/Text: amscbankruptcy@adt.com | Oct 20 2025 21:29:00 | ADT LLC, PO Box 371878, Pittsburgh, PA 15250-7878 |
| 544518992 | | Email/Text: ebn@americollect.com | Oct 20 2025 21:29:00 | Americollect Inc, POBox2080, Manitowoc, WI 54221-2080 |
| 544518996 | + | Email/Text: g17768@att.com | Oct 20 2025 21:28:00 | ATandT, P.O. BOX 5080, Carol Stream, IL 60197-5080 |
| 544526217 | | Email/Text: g17768@att.com | Oct 20 2025 21:28:00 | ATandT, PO Box 5014, Carol Stream, IL 60197-5014 |
| 544533105 | ^ | MEBN | Oct 20 2025 21:23:26 | AWA Collections, Santa Rosa Emergency, PO Box 6605, Orange, CA 92863-6605 |
| 544526213 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2025 21:30:12 | Advantage Aviator, ATTN Bankruptcy Department, 130 Cooperate Blvd, Norfolk, VA 23502-4952 |
| 544518991 | | Email/PDF: bncnotices@becket-lee.com | Oct 20 2025 21:29:57 | American Express National Bank, Care of Becket and Lee, PO Box 3001, Malvern PA 19355-0701 |

| | | | | |
|---|---|---|---|---|
| 544518994 | + | Email/Text: bknotices@acsrecovery.com | Oct 20 2025 21:28:00 | Associated Credit Services, INC, P.O. Box 1201, Tewksbury, MA 01876-0901 |
| 544519000 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 20 2025 21:28:00 | Bank of America, P.O. Box 982238, El Paso TX 79998-2238 |
| 544519001 | | Email/Text: BarclaysBankDelaware@tsico.com | Oct 20 2025 21:28:00 | Barclays Bank Delaware, Attention: Card Services LEGAL, PO. Box 8833, Wilmington, DE 19899-8833 |
| 544519004 | | Email/Text: bankruptcy@bcgov.net | Oct 20 2025 21:29:00 | Beaufort County Treasurer, P.O. Drawer 487, Beaufort, SC 29901-0487 |
| 544519134 | | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 20 2025 21:28:23 | Caine and Weiner, PO. Box 55848, Sherman Oaks, CA 91413 |
| 544519117 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2025 21:40:23 | Office Depot, P.O. Box 78004, Phoenix, AZ 85062 |
| 544519016 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 20 2025 21:28:00 | Citizens Bank, One Citizens Plaza, Providence, RI 02903 |
| 544519007 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 20 2025 21:29:41 | Capital One Auto Finance,, division of AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept., APS Oklahoma City, OK 73118-7901 |
| 544519010 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2025 21:40:50 | Capone-Kohls, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 544519011 | + | Email/Text: bankruptcy@carter-young.com | Oct 20 2025 21:28:00 | Carter-Young, Inc., 120 2nd St 2nd, Fl Monroe, GA 30655-2391 |
| 544519013 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 20 2025 21:40:39 | Chase Card Services, P.O. Box 6294, Carol Stream, IL 60197-6294 |
| 544519167 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 20 2025 21:40:39 | Chase Ink Business Card Services, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 544519014 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2025 21:40:38 | Citibank, PO Box 790034, St. Louis, MO 63179-0034 |
| 544519015 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2025 21:40:38 | Citicorp Credit Services, Attn: IRU, PO. Box 790034, St. Louis, MO 63179-0034 |
| 544519196 | | Email/Text: codbankruptcynotices@detroitmi.gov | Oct 20 2025 21:28:00 | City of Detroit Water and Sewerage Dept, 735 Randolph St, Detroit, MI 48226-2830 |
| 544519020 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2025 21:28:00 | Comenity - Zales, PO Box 650971, Dallas, TX 75265-0971 |
| 544519019 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2025 21:28:00 | Comenity Caesars Rewards, P .0. Box 650960, Dallas, TX 75265-0960 |
| 544519197 | | Email/Text: bankruptcy_notices@cmsenergy.com | Oct 20 2025 21:29:00 | Consumer Energy Company, Attn: Legal Dept, 1 Energy Plaza Dr, Jackson, MI 49201-2357 |
| 544519022 | + | Email/Text: bankruptcy_notices@cmsenergy.com | Oct 20 2025 21:29:00 | Consumers Energy Company, Attn: Legal Dept, One Energy Plaza, Jackson, MI 49201-2357 |
| 544519024 | | Email/Text: bdsupport@creditmanagementcompany.com | Oct 20 2025 21:29:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 544519025 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 20 2025 21:29:41 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 544519026 | | Email/Text: bankruptcies@crownasset.com | Oct 20 2025 21:28:00 | Crown Asset Mgmt, 3100 Breckinridge Blvd Ste 725, Duluth, GA 30096-7605 |
| 544519037 | | Email/Text: brupt1@dteenergy.com | Oct 20 2025 21:29:00 | DTE, 1 Energy Plaza, WCB 735 Attention Legal Dept, Detroit, MI 48226-1221 |
| 544526218 | | Email/Text: brupt1@dteenergy.com | Oct 20 2025 21:29:00 | DTE Energy, ATTN Legal Department, PO Box 740786, Cincinnati, OH 45274-0786 |
| 544519200 | | Email/Text: brupt1@dteenergy.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 20 2025 21:29:00 | DTE Energy, WCB 735 Attention Legal Department, 1 Energy Plaza, Detroit, MI 48226-1221 |
| 544519199 | ^ | MEBN | Oct 20 2025 21:23:43 | Detroit Water and Sewerage Dept, Po Box 554899, Detroit, MI 48255-4899 |
| 544519033 | + | Email/Text: Bankruptcy.Consumer@dish.com | Oct 20 2025 21:28:00 | Dish Network LLC, 9601 S. Meridian Blvd, Englewood, CO 80112-5905 |
| 544519039 | + | Email/Text: bankruptcynotifications@ehi.com | Oct 20 2025 21:28:00 | Enterprise Rental Car, 600 Corporate Park Drive, St. Louis, Missouri 63105-4211 |
| 544519044 | | Email/Text: Legal@forefrontderm.com | Oct 20 2025 21:28:00 | Forefront Dermatology, 801 York Street, Manitowoc, WI 54220 |
| 544519041 | | Email/Text: collectionbankruptcies.bancorp@53.com | Oct 20 2025 21:29:00 | Fifth Third Bank, MD No. ROPS05 Bankruptcy Dept, 1850 East Paris SE, Grand Rapids, MI 49546-6253 |
| 544519043 | + | Email/Text: crdept@na.firstsource.com | Oct 20 2025 21:29:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, N Y 14228-3609 |
| 544519047 | + | Email/Text: BKRMailOps@weltman.com | Oct 20 2025 21:29:00 | Garry Masterson, Weitman, Weinberg, Reis Co, 5990 West Creek Road suite 200, Independence, Ohio 44131-2191 |
| 544519051 | + | Email/Text: bankruptcy@greenskycredit.com | Oct 20 2025 21:28:00 | Greensky, PO. Box2730, Alpharetta, GA 30023-2730 |
| 544519054 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2025 21:52:17 | Home Depot, Centralized Bankruptcy, P.O. Box 790034, St. Louis, MO 63179-0034 |
| 544519055 | | Email/Text: bankruptcy@greenskycredit.com | Oct 20 2025 21:28:00 | Home Depot Loan, POBox2730, Alpharetta, GA 30023-2730 |
| 544526235 | + | Email/Text: BankruptcyNotices@hughes.com | Oct 20 2025 21:28:00 | Hughes Network Systems, 11717 Exploration Lane, Germantown, MD 20876-2799 |
| 544526220 | | Email/Text: BankruptcyNotices@hughes.com | Oct 20 2025 21:28:00 | Hughes Network Systems, PO Box 96874, Chicago, IL 60693-6874 |
| 544546660 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 20 2025 21:29:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 544519063 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 20 2025 21:40:39 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 544519064 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 20 2025 21:29:54 | JPMORGAN Chase Bank Bankruptcy, Mail Intake Team, 700 Kansas Lane Floor 01, Monroe, LA 71203-4774 |
| 544526236 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 20 2025 21:40:39 | JPMorgan Chase Bank, N.A., Payments, PO Box 15368, Wilmington, DE 19850-5368 |
| 544519066 | | Email/Text: RASEBN@raslg.com | Oct 20 2025 21:28:00 | JPMorgan Chase Bank, N.A., sbmt Chase Bank USA, NA., CO Robertson, Anschutz, Schneid, Crane, 6409 Congress A venue, Suite 100, Boca Raton, FL 33487 |
| 544519062 | ^ | MEBN | Oct 20 2025 21:23:44 | Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 544526221 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2025 21:29:51 | Kohls, PO Box 3043, Milwaukee, WI 53201-3043 |
| 544519802 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2025 21:29:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 544519101 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2025 21:28:00 | Midland Credit Management, 320 East Big Beaver Suite 300, Troy, MI 48083-1271 |
| 544519102 | + | Email/Text: usacompliance@monevo.com | Oct 20 2025 21:28:00 | Monevolnc, 8910 University Cntr Lane Suite 400, San Diego, CA 92122-1025 |
| 544519104 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2025 21:28:00 | Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |

| | | | | |
|---|---|---|---|---|
| 544519105 | | Email/Text: bankruptcy@nationalcreditsystems.com | Oct 20 2025 21:28:00 | National Credit Systems, Attn: Bankruptcy, PO Box 672288, Marietta, GA 30006-0039 |
| 544547091 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2025 21:28:00 | Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas TX 75261-9741 |
| 544519193 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2025 21:28:00 | Nationstar Mortgage, LLC, Attn: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 544519108 | ^ | MEBN | Oct 20 2025 21:23:41 | NES, 2479 Edison Blvd Unit A, Twinsburg, OH 44087-2476 |
| 544519112 | ^ | MEBN | Oct 20 2025 21:23:24 | NORTHSTAR LOCATION SERVICES, 4285 GENESEE STREET, CHEEKTOWAGA, NY 14225-1943 |
| 544526245 | + | Email/Text: Bankruptcies@nragroup.com | Oct 20 2025 21:29:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 544519120 | ^ | MEBN | Oct 20 2025 21:23:37 | PA Turnpike Toll By Plate, PO. Box 645631, Pittsburgh, PA 15264-5254 |
| 544526241 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 20 2025 21:28:00 | PNC Bank, PO Box 609, Pittsburgh, PA 15230-9738 |
| 544548340 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 20 2025 21:28:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 544526246 | + | Email/Text: BankruptcyNotices@pods.com | Oct 20 2025 21:29:00 | PODS Enterprises, LLC, 13535 Feather Sound Dr, Clearwater, FL 33762-2259 |
| 544526232 | | Email/Text: bankruptcy@firstenergycorp.com | Oct 20 2025 21:29:00 | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 544544977 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 20 2025 21:29:00 | Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 544519123 | ^ | MEBN | Oct 20 2025 21:23:39 | Peoples Gas, PO. Box 644760, Pittsburgh, PA 15264-4760 |
| 544526247 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2025 21:28:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 544519135 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2025 21:28:00 | Quantum3 Group LLC agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 544533833 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2025 21:28:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 544533548 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2025 21:28:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 544519136 | + | Email/Text: ngisupport@radiusgs.com | Oct 20 2025 21:28:00 | Radius Global Solutions, 7831 Glenroy Road Suite 250, Minneapolis, MN 55439-3117 |
| 544519137 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2025 21:29:41 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 544519139 | + | Email/Text: BankruptcyLegal@dor.sc.gov | Oct 20 2025 21:28:00 | S.C. Dept of Revenue and Taxation, P.O. Box 125, Columbia, SC 29214-0001 |
| 544519140 | + | Email/Text: BankruptcyLegal@dor.sc.gov | Oct 20 2025 21:28:00 | SC Department of Revenue, Office of General Counsel, 300A Outlet Pointe Blvd, Columbia, SC 29210-5666 |
| 544519146 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2025 21:30:12 | Synchrony Bank, PO Box 669809, Dallas, TX 75266-0957 |
| 544519147 | ^ | MEBN | Oct 20 2025 21:23:47 | Synergetic Communication, PO. Box 680608, Franklin, TN 37068-0608 |

| | | | | |
|---|---|---|---|---|
| 544519149 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Oct 20 2025 21:40:23 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-259 |
| 544526251 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Oct 20 2025 21:29:51 | T-Mobile Customer Relations, PO Box 37380, Albuquerque, NM 87176-7380 |
| 544526252 | | Email/PDF: ebn_ais@aisinfo.com | Oct 20 2025 21:29:41 | T-Mobile, Care of American Infosource, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 544519154 | | Email/Text: bankruptcy@td.com | Oct 20 2025 21:29:00 | TD Bank, PO Box 84037, Columbus, GA 31908-4037 |
| 544519155 | | Email/Text: bankruptcy@td.com | Oct 20 2025 21:29:00 | TD Bank North NA, 70 Gray Road, Falmouth, ME 041052299 |
| 544519156 | | Email/Text: bncmail@w-legal.com | Oct 20 2025 21:28:00 | TD Bank USA-Target Credit, POBox673, Minneapolis, MN 55440-0673 |
| 544519157 | | Email/Text: bankruptcy@hertz.com | Oct 20 2025 21:29:00 | The Hertz Corporation, 8501 Williams Road, Estero, FL 33928-3325 |
| 544519148 | | Email/PDF: ebn_ais@aisinfo.com | Oct 20 2025 21:29:41 | TMobile, CO American Infosource LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 544526248 | | Email/Text: bncmail@w-legal.com | Oct 20 2025 21:28:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 544519151 | ^ | MEBN | Oct 20 2025 21:23:42 | Tate and Kirlin Assoc, 4800 East Street Rd Suite 170, Trevose, PA 19053-6660 |
| 544519158 | + | Email/Text: bankruptcy@huntington.com | Oct 20 2025 21:28:00 | The Huntington National Bank, 5555 Cleveland Avenue GW4W25, Columbus, OH 43231-4106 |
| 544519159 | + | Email/Text: bankruptcy@huntington.com | Oct 20 2025 21:28:00 | The Huntington National Bank, PO Box 89424 OPC856, Cleveland, OH 44101-6424 |
| 544521096 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 20 2025 21:29:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, LINCOLN, NE 68508-1904 |
| 544519126 | ^ | MEBN | Oct 20 2025 21:23:34 | UPMC, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 544519163 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 20 2025 21:29:00 | US Department of Education, CO Nelnet, 121 South 13th Street, Lincoln, NE 68508-1922 |
| 544526253 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 20 2025 21:29:00 | US Department of Education, PO Box 2837, Portland, OR 97208-2837 |
| 544526231 | ^ | MEBN | Oct 20 2025 21:23:56 | Valor Intelligent Processing, LLC, 12005 Ford Rd 700, Dallas, TX 75234-7254 |
| 544526256 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 20 2025 21:28:00 | Verizon, 1095 Avenue of the Americans, New York, NY 10036-6704 |
| 544519165 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 20 2025 21:28:00 | Verizon Wireless Bankruptcy Admin, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 544519166 | | Email/Text: edinkel@vikingservice.com | Oct 20 2025 21:29:00 | Viking Client Services, Hertz Damage Recovery Team, 7500 Office Ridge Circle, Suite 100, Eden Prairie, MO 55344-3763 |
| 544523152 | + | Email/Text: BKRMailOps@weltman.com | Oct 20 2025 21:29:00 | WEST-AIRCOMM FEDERAL CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, INDEPENDENCE, OH 44131-2191 |
| 544545481 | + | Email/Text: WCTBankruptcy@waynecounty.com | Oct 20 2025 21:29:00 | Wayne County Treasurer, 400 Monroe Street, Fifth Floor, Detroit, MI 48226-2964 |
| 544519168 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 21 2025 01:27:14 | Wells Fargo Bank, PO. Box 5058, Portland, OR 97208-5058 |
| 544519203 | + | Email/Text: BKRMailOps@weltman.com | Oct 20 2025 21:29:00 | West-Aircomm FCU, CO Weitman, Weinberg And. Reis Co LPA, 5990 West Creek Road Suite |

| | | | |
|---|---|---|---|
| | | | 200, Independence, OH 44131-2191 |
| 544551316 | ^ MEBN | Oct 20 2025 21:23:53 | Westlake Services, LLC dba Westlake Financial Serv, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 110

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 544519012 | | CBE Group Spectrum Mobile, Attn: Client Services, P.O. Box 2547 |
| 544519162 | | UPMC, Credit Management Company, P.O. Box 16348 |
| 544518998 | *+ | ATandT, P.O. BOX 5080, Carol Stream, IL 60197-5080 |
| 544533335 | * | American Express National Bank, care of Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 544533336 | * | American Express National Bank, care of Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 544533836 | *+ | CONSUMERS ENERGY COMPANY, Attn: Legal Dept, One Energy Plaza, Jackson, MI 49201-2357 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2025 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Edward Grimsley | on behalf of Creditor WEST-AIRCOMM FEDERAL CREDIT UNION ben.grimsley@smithrobinsonlaw.com jodi.willetts@smithrobinsonlaw.com |
| Dean S. Haskell | on behalf of Creditor Hilton Hear Resort Four Seasons Centre Horizontal Property Regime Council of Co-Owners Inc our Seasons Centre Horizontal Pr dhaskell@jsplaw.net, mainehaskell@aol.com |
| Elizabeth H Parrott | on behalf of Creditor Nationstar Mortgage LLC elizabeth.parrott@mccalla.com mccallaecf@ecf.courtdrive.com |
| J. Ronald Jones, Jr. | on behalf of Creditor Spa on Port Royal Sound Horizontal Property Regime Inc. rjones@smithdebnamlaw.com, cpatrick@smithdebnamlaw.com |
| John B. Kelchner | on behalf of Creditor TMX Finance dba TitleMax of South Carolina Inc. jkelchner@turnerpadget.com, EMcFadden@TurnerPadget.com |
| Julie A. Franklin | on behalf of Creditor Estate at Westbury Owners Association Inc. jfranklinlegal@gmail.com |
| Kevin Campbell | kcampbell@campbell-law-firm.com kcampbell@ecf.axosfs.com |
| Lucas S. Fautua | on behalf of Creditor Spa on Port Royal Sound Horizontal Property Regime Inc. lfautua@smithdebnamlaw.com, |

| | |
|---|---|
| | kting@rplfirm.com;dqueen@rplfirm.com |
| Michael H. Conrady | on behalf of Trustee Kevin Campbell mconrady@campbell-law-firm.com cshiner@campbell-law-firm.com |
| Richardo Kilpatrick | on behalf of Creditor Wayne County Treasurer rkilpatrick@shermeta.com |
| Tara E. Nauful | on behalf of Interested Party Zeidman's Jewelry & Loan of Michigan tara@bestlawsc.com |
| US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |

TOTAL: 12