UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | B/K Case No. 25-01384-JD |
| JACQUELINE ELIZABETH ARD and | ) | |
| TERRY FRANK NICOLA | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |

---

## CONSENT ORDER VOIDING TRANSFERS

---

THIS MATTER comes before this Court upon the consents of Kevin Campbell, the duly appointed and acting Chapter 7 Trustee for the above Debtors (the "Trustee") and Jacqueline Elizabeth Ard and Terry Frank Nicola (the "Debtors") agreeing that certain post-petition transfers made by the Debtors are *void ab initio*.

The Debtors filed for Chapter 13 relief on April 10, 2025. On April 25, 2025, under the penalty of perjury, the Debtors filed with the Bankruptcy Court Schedule A/B which disclosed an ownership interest in (a) 100 Kensington Blvd., Unit 1106, Bluffton, SC 29910; (b) 663 William Hilton Parkway, Unit 4408, Hilton Head Island, SC 29928; (c) 239 Beach City Road, Unit 3218, Hilton Head Island, SC 29926; and (d) 663 William Hilton Parkway, Unit 4405, Hilton Head Island, SC 29928. The Debtors also disclosed a 100% ownership interest in Beachside Estates, LLC, a South Carolina limited liability corporation. On September 9, 2025 the case was converted to Chapter 7.

On August 26, 2025, without authorization from the Bankruptcy Court, and in violation of 11 U.S.C. §549, Jacqueline Ard conveyed her interest in the real property known as 239 Beach City Road, Unit 3218, Hilton Head Island, SC 29926 to Beachside Estates, LLC. This deed was recorded by the Beaufort County Register of Deeds in Book 4460 at Pages 37-40.

On August 26, 2025, without authorization from the Bankruptcy Court, and in violation of 11 U.S.C. §549, Jacqueline Ard conveyed her interest in the real property known as 100 Kensington Blvd., Unit 1106, Bluffton, SC 29901 to Beachside Estates, LLC. This deed was recorded by the Beaufort County Register of Deeds in Book 4460 at Pages 41-44.

On August 28, 2025, without authorization from the Bankruptcy Court, and in violation of 11 U.S.C. §549, Jacqueline Ard and Terry F. Nicola conveyed their interest in the real property known as 663 William Hilton Parkway, Unit 4408, Hilton Head Island, SC 29926 to Beachside Estates, LLC. This deed was recorded by the Beaufort County

1

Register of Deeds in Book 4461 at Pages 781-784.

On August 28, 2025, without authorization from the Bankruptcy Court, and in violation of 11 U.S.C. §549, Jacqueline Ard and Terry F. Nicola conveyed their interest in the real property known as 663 William Hilton Parkway, Unit 4405, Hilton Head Island, SC 29926 to Beachside Estates, LLC.  This deed was recorded by the Beaufort County Register of Deeds in Book 4461 at Pages 785-788.

I find this matter is properly before this Court and based upon the consents below, it is, therefore

ORDERED, ADJUDGED and DECREED that the above transfers violate 11 U.S.C. §549 and are therefore *void ab initio*;

IT IS FURTHER ORDERED that the Trustee may attach this Order as an Exhibit to any Trustee Deed being presented to the Beaufort County Register of Deeds for recording;

IT IS SO ORDERED!

JACQUELINE ELIZABETH ARD and
TERRY FRANK NICOLA
B/K Case No. 25-01384-JD
CONSENT ORDER VOIDING TRANSFERS

I CONSENT:

CAMPBELL LAW FIRM, P.A.

_____
MICHAEL H. CONRADY
Attorney for the Trustee
P.O. Box 684
Mt. Pleasant, SC 29465
(843) 884-6874/884-0997(fax)
District Court I.D. No. 5560
mconrady@campbell-law-firm.com


WE CONSENT:

_____  11·19·2025
JACQUELINE ELIZABETH ARD


_____  11-19-2025
TERRY FRANK NICOLA