Filed By The Court
2/18/2026 9:36 AM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

IN RE:

JACQUELINE E. ARD AND

TERRY F. NICOLA

DEBTOR(S)

Mailing Address:

21215 Dartmouth Dr.
Southfield, MI 48076

#3748

#8286

CASE NO: 25-01384-JD

CHAPTER: 7

STATEMENT OF CHANGE
(Fed. R. Bankr P. 1009; SC LBR 1009-1)

**SCHEDULE A/B, SCHEDULE C, and SCHEDULE G**

- Debtors correctly disclosed all real and personal property with locations, values, and use classifications.
- Removed all exemptions previously asserted under §33-41-720(2)(c)
- Debtors now claim no exemption under the Uniform Partnership Act
- Debtors have amended Schedule C to rely solely on South Carolina exemption statutes
- Debtors have withdrawn any exemption under §15-39-410
- Debtors have removed and corrected any exemption mistakenly tied to property titled in an LLC.

Date: 2-18-26

Signature of Debtor *Pro Se* Debtor
JACQUELINE ARD
Printed Name

Mailing Address:
21215 Dartmouth Drive
Southfield, MI 48076

Signature of Co-Debtor, *Pro Se*
TERRY NICOLA
Printed Name

**Fill in this information to identify your case and this filing:**

Debtor 1: **Jacqueline** (First Name) **Elizabeth** (Middle Name) **Ard** (Last Name)

Debtor 2 (Spouse, if filing): **Terry** (First Name) **Frank** (Middle Name) **Nicola** (Last Name)

United States Bankruptcy Court for the: District of **South Carolina**

Case number **25-01384-JD**

❑ Check if this is an amended filing

# Official Form 106A/B

## Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

❑ No. Go to Part 2.
☑ Yes. Where is the property?

1.1 **Parcel No. 18017371.**
Street address, if available, or other description
**8853 Mendota St**
**Detroit, MI 48204-2632**
City State ZIP Code
**Wayne**
County

**What is the property?** Check all that apply.
☑ Single-family home
❑ Duplex or multi-unit building
❑ Condominium or cooperative
❑ Manufactured or mobile home
❑ Land
☑ Investment property
❑ Timeshare
❑ Other

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $30,700.00 | $30,700.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

❑ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Source of Value:** **City Assessed Value**

If you own or have more than one, list here:

1.2 **Parcel ID 0375-P-00146-0000-00**
Street address, if available, or other description
**513 Main St**
**East Pittsburgh, PA 15112-1118**
City State ZIP Code
**Allegheny**
County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $24,600.00 | $24,600.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** **Fire Damaged**

**Source of Value:** **County Assessed Value**

1.3 **Parcel No. 010-700-516-00**
Street address, if available, or other description
**5154 Oak Run**
**Farwell, MI 48622-9629**
City State ZIP Code
**Clare**
County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $54,300.00 | $54,300.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Source of Value:** **Town Assessed Value**

1.4 **PIN R600 031 000 0266 1106**
Street address, if available, or other description
**100 Kensington Blvd Unit 1106**
**Bluffton, SC 29910-7484**
City State ZIP Code
**Beaufort**
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☑ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☑ Other **Home Office**

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $183,900.00 | $183,900.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Source of Value:** **County Appraised Value**

Debtor **Ard, Jacqueline Elizabeth; Nicola, Terry Frank** Case number *(if known)* **25-01384-JD**

1.5 **PIN R510 012 000 025B 4408**
Street address, if available, or other description
**663 William Hilton Pkwy Unit 4408**
**Hilton Head Island, SC 29928-3537**
City State ZIP Code
**Beaufort**
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☑ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$278,400.00** | **$278,400.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Source of Value:** **County Appraised Value**

1.6 **PIN R510 005 000 008B 3218**
Street address, if available, or other description
**239 Beach City Rd Unit 3218**
**Hilton Head Island, SC 29926-4718**
City State ZIP Code
**Beaufort**
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☑ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$264,900.00** | **$264,900.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Source of Value:** **County Appraised Value**

1.7 **PIN R510 012 000 025B 4405**
Street address, if available, or other description
**663 William Hilton Pkwy Apt 4405**
**Hilton Head, SC 29928-3536**
City State ZIP Code
**Beaufort**
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☑ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$278,400.00** | **$278,400.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** **Domicile for Debtor 2 - Primary Residence**

**Source of Value:** **County Appraised Value**

Debtor **Ard, Jacqueline Elizabeth; Nicola, Terry Frank** Case number *(if known)* **25-01384-JD**

1.8 **Parcel No. 010-700-517-01**
Street address, if available, or other description
**5140 Oak Run**
**Farwell, MI 48622**
City State ZIP Code
**Clare**
County

**What is the property?** Check all that apply.
- [x] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other

**Who has an interest in the property?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $94,100.00 | $94,100.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

- [ ] **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** **Domicile for Debtor 1- Primary Residence**

**Source of Value:** **Town Assessed Value Lincoln Township**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ........ ➔ **$1,209,300.00**

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
- [ ] No
- [x] Yes

3.1 Make: **Hyundai**
Model: **Elantra**
Year: **2017**
Approximate mileage: **86,948**
Other information:

**Source of Value: Kelly Blue Book**
**Repossessed: Not currently in Debtor's possession; subject to dispute; use: Personal, Condition Needs radiator/transmission repairs**
**VIN: 5NPD84LF3HH135859**

**Who has an interest in the property?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $5,736.00 | $5,736.00 |

If you own or have more than one, describe here:

3.2 Make: **Jeep**
Model: **Grand Cherokee**
Year: **2018**
Approximate mileage: **143,187**
Other information:

**Source of Value: Kelly Blue Book**
**Repossessed. Not currently in Debtors' possession; subject to dispute; Use: personal, Condition: Needs transmission repair**
**VIN: 1C4RJFAG3JC479405**

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$10,904.00** | **$10,904.00** |

3.3 Make: **Ram Truck**
Model: **ProMaster**
Year: **2020**
Approximate mileage: **86,910**
Other information:

**Source of Value: Kelly Blue Book**
**Use: Both personal and business purposes. Needs transmission work**
**VIN: 3C6TRVBG8LE103289**

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$14,950.00** | **$14,950.00** |

3.4 Make: **Ram Truck**
Model: **ProMaster**
Year: **2017**
Approximate mileage: **300,619**
Other information:

**Source of Value: Kelly Blue Book**
**Use: Commercial, Damaged (inoperable), Not currently in Debtors' possession**
**VIN: 3C6TRVBG9HE514790**

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$8,191.00** | **$8,191.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

4.1 Make:

Model:

Year:

Other information:

**Who has an interest in the property?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ........ ➔ **$39,781.00**

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

- ❑ No
- ☑ Yes. Describe. ......... **See Attached.** — **$2,225.00**

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

- ❑ No
- ☑ Yes. Describe. ......... **See Attached.** — **$1,210.00**

8. **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

- ❑ No
- ☑ Yes. Describe. ......... **See Attached.** — **$790.00**

9. **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

- ❑ No
- ☑ Yes. Describe. ......... **See Attached.** — **$470.00**

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

- ❑ No
- ☑ Yes. Describe. ......... **1 Pistol** — **$75.00**

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

❑ No
☑ Yes. Describe. ......... **Men and Women used clothes, Shoes, and Coats** **$200.00**

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

❑ No
☑ Yes. Describe. ......... **See Attached.** **$60,540.00**

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

❑ No
☑ Yes. Describe. ......... **Service/Support Animal (small dog 8 yr old Shih-Tzu)** **$100.00**

14. **Any other personal and household items you did not already list, including any health aids you did not list**

❑ No
☑ Yes. Give specific information. ............. **See Attached.** **$2,500.00**

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........ ➔ **$68,110.00**

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

❑ No
☑ Yes ........ Cash: ........ **$50.00**

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

❑ No
☑ Yes ....................

| | Institution name: | |
|---|---|---|
| 17.1. Checking account: | **Capital One Bank**<br>**Account Number: 4568** | **$0.61** |
| 17.2. Checking account: | **Chase Business Account**<br>**Account Number: 0967** | **$0.00** |
| 17.3. Checking account: | **Huntington National Bank**<br>**Account Number: 5044** | **$221.16** |
| 17.4. Checking account: | **Wells Fargo Bank**<br>**Account Number: 7703** | **$0.00** |
| 17.5. Other financial account: | **CashApp/Venmo**<br>**Account Number: XXXXXeArd** | **$0.00** |
| 17.6. Other financial account: | **PayPal**<br>**Account Number: XXXXXXXX9925** | **$0.50** |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

❑ No
☑ Yes .................... Institution or issuer name:

| Institution or issuer name | |
|---|---|
| **Fidelity Investments** | **$237.00** |
| **Fidelity Investments** | **$149.00** |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

❑ No
☑ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Beachside Estates, LLC (multi-member LLC, partnership) - Membership interest value estimated based on net equity after liabilities; underlying assets listed separately** | **100.00%** | **unknown** |
| **Global Management Group LLC (multi-member LLC, partnership)- Membership interest value estimated based on net equity after liabilities; underlying assets listed separately** | **100.00%** | **unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them.................... Issuer name:

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately. Type of account: Institution name:

401(k) or similar plan:

Pension plan:

IRA:

Retirement account:

Keogh:

Additional account:

Additional account:

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No

☑ Yes ...................... Institution name or individual:

| | | |
|---|---|---|
| Security deposit on rental unit: | **Global Management Group** | **$1,100.00** |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ..................... Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes .................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them. ...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☐ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ..................

| | | |
|---|---|---|
| **Anticipated Return** | Federal: | **unknown** |
| **Anticipated return** | State: | |
| | Local: | |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

❑ No
☑ Yes. Give specific information. ........

**Traceable recovery of misappropriated retirement funds taken from ERISA-protected pension accounts by Polly Nicola, Taybron Law, Mark Harder, and Komatsu in violation of anti-alienation law and the automatic stay; recovery sought includes principal and statutory remedies. Value is estimate of retirement funds**

| | |
|---|---|
| Alimony: | |
| Maintenance: | |
| Support: | |
| Divorce settlement: | **$17,009.82** |
| Property settlement: | |

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

❑ No
☑ Yes. Give specific information. ........

**Contingent executory contract right to purchase real property located at 15826 Appoline St, Detroit, Michigan, conditioned on completion of repairs by Debtor; title held by Patricia Perry; no present legal or equitable ownership; contract not yet performed.** — **unknown**

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

❑ No
☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Prudential Life Insurance** | **Polly Nicola** | **unknown** |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
❑ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

❑ No
☑ Yes. Describe each claim. ..............

**See Attached.** — **$216,056.45**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

❑ No
☑ Yes. Describe each claim. ..............

**See Attached.** — **$125,000.00**

35. **Any financial assets you did not already list**

☑ No
❑ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ........ ➔ **$359,824.54**

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

- ❑ No. Go to Part 6.
- ☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

- ❑ No
- ☑ Yes. Describe. ......... **Short-term rental platform payouts in transit (Airbnb / VRBO / Booking.com)** — **$0.00**

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

- ☑ No
- ❑ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

- ❑ No
- ☑ Yes. Describe. ......... **See Attached.** — **$2,850.00**

41. **Inventory**

- ❑ No
- ☑ Yes. Describe. ......... **See Attached.** — **$4,825.00**

42. **Interests in partnerships or joint ventures**

- ☑ No
- ❑ Yes. Describe .......

| Name of entity: | % of ownership: | |
|---|---|---|
| | | |
| | | |
| | | |

43. **Customer lists, mailing lists, or other compilations**

- ☑ No
- ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**
  - ☐ No
  - ☐ Yes. Describe. .........

44. **Any business-related property you did not already list**

- ☑ No
- ☐ Yes. Give specific information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ........ ➔ **$7,675.00**

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

- ☑ No. Go to Part 7.
- ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

- ☑ No
- ☐ Yes .........................

48. **Crops—either growing or harvested**

- ☑ No
- ☐ Yes. Give specific information. ............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information.

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ➔ **$0.00**

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ➔ **$0.00**

## Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ➔ **$1,209,300.00**

| | | |
|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | **$39,781.00** |
| 57. | **Part 3: Total personal and household items, line 15** | **$68,110.00** |
| 58. | **Part 4: Total financial assets, line 36** | **$359,824.54** |
| 59. | **Part 5: Total business-related property, line 45** | **$7,675.00** |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** |

62. **Total personal property.** Add lines 56 through 61. **$475,390.54** Copy personal property total ➔ + **$475,390.54**

| | | |
|---|---|---|
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................................................................ | **$1,684,690.54** |

Continuation Page

| | | |
|---|---|---|
| 6. | Household goods and furnishings | |
| | 2 used Refrigerators | $300.00 |
| | 2 used Sofas, 2 Loveseats | $300.00 |
| | 2 used Washers / 2 used Dryers | $300.00 |
| | 20 used bedding sets | $300.00 |
| | 3 used Dinette Sets | $300.00 |
| | 3 used stoves | $225.00 |
| | 4 used Queen Beds | $400.00 |
| | 4 used twin beds | $100.00 |
| 7. | Electronics | |
| | 1 used Camera | $75.00 |
| | 1 used Game System | $100.00 |
| | 2 used Cell phones | $100.00 |
| | 2 used desktop Computers | $150.00 |
| | 2 used Laptops | $100.00 |
| | 2 used Printers | $100.00 |
| | 2 used Scanners | $60.00 |
| | 7 used TV's | $525.00 |
| 8. | Collectibles of value | |
| | 16 used Paintings | $240.00 |
| | 20 used Books (10.00 each) | $200.00 |
| | 7 Sports Memorabilia | $350.00 |
| 9. | Equipment for sports and hobbies | |
| | 1 Paddle Boat | $60.00 |
| | 1 used Elliptical HEALTH AIDS | $50.00 |
| | 2 sets of used golf clubs | $60.00 |
| | 4 used Bicycles | $100.00 |
| | ADA Exercise Machine - HEALTH AIDS | $200.00 |
| 12. | Jewelry | |

Continuation Page

| | | |
|---|---|---|
| | Normans encumbered by pawn lien. Descript: Woman's custom made engagement ring | $25,000.00 |
| | Zeidmans encumbered by pawn lien, jointly owned. Descript: Earrings Ladies 14.4dwt Hoop diam 2.5cttw Pawn ticket# 376212 | $3,500.00 |
| | Zeidmans encumbered by pawn lien. Descript: Bracelet 7.2 dwt Dcsssss Pawn Ticket# 378701 | $1,200.00 |
| | Zeidmans encumbered by pawn lien. Descript: Bracelet Ladies 17.8dwt Dcs Pawn Ticket# 378775 | $1,800.00 |
| | Zeidmans encumbered by pawn lien. Descript: Bracelet Ladies 8.8 wt Dia bangle Pawn Ticket# 378776 | $1,500.00 |
| | Zeidmans encumbered by pawn lien. Descript: Earrings Ladies 6.3dwt. Pawn ticket# 378700 | $600.00 |
| | Zeidmans encumbered by pawn lien. Descript: Gold Herring Bone Heirloom Necklace wt:19 Pawn Ticket# 382450 | $2,500.00 |
| | Zeidmans encumbered by pawn lien. Descript: Ladies Custom made Wedding Ring Pawn Ticket# 382451 | $23,740.00 |
| | Zeidmans encumbered by pawn lien. Descript: Men Wedding Ring 5.05 dwt Dc band Pawn ticket# 378308 | $700.00 |
| **14.** | **Any other personal and household items you did not already list, including any health aids you did not list** | |
| | 1 Electric Wheelchair, 1 manual- Medically necessary health aids prescribed for Debtors disability. | $700.00 |
| | 3 Electric Scooters - Medically necessary health aids prescribed for Debtors disability. | $1,500.00 |
| | 4 Walkers. Medically necessary health aids prescribed for Debtors disability. | $200.00 |
| | Deep Brain Stimulator Equipment - Medically necessary health aids prescribed for Debtors disability. | $100.00 |
| **33.** | **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment** | |
| | Automatic stay claim. Normans Jewelry. Values are estimates; claims are contingent and unliquidated | $45,000.00 |
| | Automatic stay claim: Beaufort County Sheriff. Values are estimates; claims are contingent and unliquidated | unknown |
| | Automatic stay claim: Consumers Energy. Values are estimates; claims are contingent and unliquidated | unknown |
| | Automatic Stay Claim: Coyne Oil. Values are estimates; claims are contingent and unliquidated | unknown |

Continuation Page

| | | |
|---|---|---|
| | **Automatic stay claim: DTE Energy. Values are estimates; claims are contingent and unliquidated** | **unknown** |
| | **Automatic Stay Claim: Go Store it property in Storage. Values are estimates; claims are contingent and unliquidated** | **unknown** |
| | **Automatic stay claim: Palmetto Electric and Michelle Tyler. Values are estimates; claims are contingent and unliquidated** | **unknown** |
| | **Automatic stay claim: TitleMax. Values are estimates; claims are contingent and unliquidated** | **unknown** |
| | **Automatic stay claim: West-Aircomm. Values are estimates; claims are contingent and unliquidated** | **$100,000.00** |
| | **Automatic Stay claim: Zeidmans. Values are estimates; claims are contingent and unliquidated** | **$45,540.00** |
| | **Insurance Claim: Allstate Insurance failure to cover damage 4408. Values are estimates; claims are contingent and unliquidated** | **$4,000.00** |
| | **Insurance claim: Progressive Insurance and Howard Custom Body Shop. Values are estimates; claims are contingent and unliquidated** | **$7,500.00** |
| | **Rent claim: Levi and Amanda Brock unpaid rent and damage- Values are estimates; claims are contingent and unliquidated** | **$5,611.50** |
| | **Rent claim: Parris Grigsby and Carl Bell Unpaid rent Title Fraud, and Damage. Values are estimates; claims are contingent and unliquidated** | **$8,404.95** |
| **34.** | **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | **Automatic Stay / fraud claim: The Spa on Port Royal Sound and Referee Mutterer. Values are estimates; claims are contingent and unliquidated** | **unknown** |
| | **Automatic stay/ fraud claim: Estate at Westbury. Values are estimates; claims are contingent and unliquidated** | **unknown** |
| | **Automatic stay/ fraud claim: Zold, Vanderveer, Weston, Dukes. Values are estimates; claims are contingent and unliquidated** | **unknown** |
| | **Contract claim: Tom and Claudia Crook. Values are estimates; claims are contingent and unliquidated** | **unknown** |
| | **Contract liability claim: Phillip Lomax. Values are estimates; claims are contingent and unliquidated** | **unknown** |

Debtor Ard, Jacqueline Elizabeth; Nicola, Terry Frank Case number (if known) 25-01384-JD

Continuation Page

| | | |
|---|---|---|
| | Damage/liability claim: Claudine and Christopher McKemie and the Spa on Port Royal Sound. Values are estimates; claims are contingent and unliquidated | $25,000.00 |
| | Traceable recovery of misappropriated retirement funds taken from ERISA-protected pension accounts by Polly Nicola, Taybron Law, Mark Harder, and Komatsu in violation of anti-alienation law and the automatic stay; recovery sought includes principal and statutory remedies.Value is estimate of retirement funds plus statutory remedies; claim contingent and unliquidated. | $100,000.00 |
| 40. | Machinery, fixtures, equipment, supplies you use in business, and tools of your trade | |
| | 3 used Grills (located in the rental properties). Legal property of Global management Group | $75.00 |
| | 3 used Patio firepits (located in the rental properties) Legal property of Global management Group | $75.00 |
| | 6 used Patio sets (located in the rental properties) Legal property of Global management Group | $300.00 |
| | Used tools, fixtures and building Supplies Legal property of Global management Group | $2,400.00 |
| 41. | Inventory | |
| | 3 used sofas and 2 used loveseats (located in the rental properties) Legal property of Global management Group | $375.00 |
| | 4 used DVD players located in investment properties. Legal property of Global management Group | $60.00 |
| | 4 used printers (located in the rental properties) Legal property of Global management Group | $200.00 |
| | 4 used queen beds (located in the rental properties). Legal property of Global management Group | $200.00 |
| | 5 used washers and 7 used dryers located in rental properties. Legal property of Global management Group | $500.00 |
| | 50 used bedding located in rental properties (located in the rental properties) Legal property of Global management Group | $225.00 |
| | 56 used wall coverings/paintings (located in the rental properties). Legal property of Global management Group | $840.00 |
| | 6 dinette sets (located in the rental properties). Legal property of Global management Group | $150.00 |
| | 6 used stoves (located in the rental properties) Legal property of Global management Group | $450.00 |

Continuation Page

| | |
|---|---|
| **7 used refrigerators located in investment properties. Legal property of Global management Group** | **$1,050.00** |
| **7 used twin beds located in investment properties Legal property of Global management Group** | **$175.00** |
| **8 used TV's (located in the rental properties). Legal property of Global management Group** | **$600.00** |

Fill in this information to identify your case:

Debtor 1: Jacqueline Elizabeth Ard
First Name Middle Name Last Name

Debtor
First Name Middle Name Last Name

United States Bankruptcy Court for the: District of South Carolina

Case number (if known) 25-01384-JD

❑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ❑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Parcel No. 010-700-517-01 5140 Oak Run Farwell, MI 48622<br>Line from *Schedule A/B*: 1.8 | $94,100.00 | ☑ $76,125.00<br>❑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(1) |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☑ No
   - ❑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ❑ No
     - ❑ Yes

Debtor 1 Jacqueline Elizabeth Ard Case number *(if known)* 25-01384-JD

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2020 Ram Truck ProMaster VIN: 3C6TRVBG8LE103289 Use: Both personal and business purposes. Needs transmission work**<br>Line from *Schedule A/B:* **3.3** | **$14,950.00** | ☑ **$7,600.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(2)** |
| Brief description: **3 used stoves**<br>Line from *Schedule A/B:* **6** | **$225.00** | ☑ **$225.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **7 used TV's**<br>Line from *Schedule A/B:* **7** | **$525.00** | ☑ **$525.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **1 used Game System**<br>Line from *Schedule A/B:* **7** | **$100.00** | ☑ **$100.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **1 used Camera**<br>Line from *Schedule A/B:* **7** | **$75.00** | ☑ **$75.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **2 used Printers**<br>Line from *Schedule A/B:* **7** | **$100.00** | ☑ **$100.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **16 used Paintings**<br>Line from *Schedule A/B:* **8** | **$240.00** | ☑ **$240.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **1 Paddle Boat**<br>Line from *Schedule A/B:* **9** | **$60.00** | ☑ **$60.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |

Debtor 1 **Jacqueline Elizabeth Ard** Case number *(if known)* **25-01384-JD**

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **1 Pistol**<br>Line from *Schedule A/B*: **10** | **$75.00** | ☑ **$75.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(15)** |
| Brief description: **Men and Women used clothes, Shoes, and Coats**<br>Line from *Schedule A/B*: **11** | **$200.00** | ☑ **$200.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **Zeidmans encumbered by pawn lien, jointly owned. Descript: Earrings Ladies 14.4dwt Hoop diam 2.5cttw Pawn ticket# 376212**<br>Line from *Schedule A/B*: **12** | **$3,500.00** | ☑ **$990.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **Zeidmans encumbered by pawn lien. Descript: Earrings Ladies 6.3dwt. Pawn ticket# 378700**<br>Line from *Schedule A/B*: **12** | **$600.00** | ☑ **$172.50**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **Zeidmans encumbered by pawn lien. Descript: Bracelet 7.2 dwt Dcsssss Pawn Ticket# 378701**<br>Line from *Schedule A/B*: **12** | **$1,200.00** | ☑ **$308.75**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Zeidmans encumbered by pawn lien. Descript: Bracelet Ladies 17.8dwt Dcs Pawn Ticket# 378775**<br>Line from *Schedule A/B*: **12** | **$1,800.00** | ☑ **$554.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **Zeidmans encumbered by pawn lien. Descript: Bracelet Ladies 8.8 wt Dia bangle Pawn Ticket# 378776**<br>Line from *Schedule A/B*: **12** | **$1,500.00** | ☑ **$336.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **Zeidmans encumbered by pawn lien. Descript: Gold Herring Bone Heirloom Necklace wt:19 Pawn Ticket# 382450**<br>Line from *Schedule A/B*: **12** | **$2,500.00** | ☑ **$663.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **Zeidmans encumbered by pawn lien. Descript: Ladies Custom made Wedding Ring Pawn Ticket# 382451**<br>Line from *Schedule A/B*: **12** | **$23,740.00** | ☑ **$3,344.40**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7)** |
| Brief description: **Chase Business Account**<br>**Checking account**<br>**Acct. No.: 0967**<br>Line from *Schedule A/B*: **17** | **$0.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(11)** |

Debtor 1 **Jacqueline Elizabeth Ard** Case number *(if known)* **25-01384-JD**

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Anticipated return Federal tax**<br>Line from *Schedule A/B:* **28** | **unknown** | ☑ **unknown**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7)** |

Fill in this information to identify your case:

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor | | | |
| Debtor 2 (Spouse, if filing) | **Terry** | **Frank** | **Nicola** |

United States Bankruptcy Court for the: District of **South Carolina**

Case number (if known) **25-01384-JD**

❑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ❑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description: **PIN R510 012 000 025B 4405** **663 William Hilton Pkwy Apt 4405 Hilton Head, SC 29928-3536**<br>Line from *Schedule A/B*: **1.7** | **$278,400.00** | ☑ **$76,125.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(1)** |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☑ No
   - ❑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ❑ No
     - ❑ Yes

Debtor 2 Terry Frank Nicola Case number (if known) 25-01384-JD
First Name Middle Name Last Name

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2018 Jeep Grand Cherokee VIN: 1C4RJFAG3JC479405 Repossessed. Not currently in Debtors' possession; subject to dispute; Use: personal, Condition: Needs transmission repair**<br>Line from *Schedule A/B*: **3.2** | **$10,904.00** | ☑ **$7,600.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(2)** |
| Brief description: **4 used twin beds**<br>Line from *Schedule A/B*: **6** | **$100.00** | ☑ **$100.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **2 used Refrigerators**<br>Line from *Schedule A/B*: **6** | **$300.00** | ☑ **$300.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **2 used Washers / 2 used Dryers**<br>Line from *Schedule A/B*: **6** | **$300.00** | ☑ **$300.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **2 used Sofas, 2 Loveseats**<br>Line from *Schedule A/B*: **6** | **$300.00** | ☑ **$300.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **3 used Dinette Sets**<br>Line from *Schedule A/B*: **6** | **$300.00** | ☑ **$300.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **4 used Queen Beds**<br>Line from *Schedule A/B*: **6** | **$400.00** | ☑ **$400.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |

Debtor 2 **Terry** (First Name) **Frank** (Middle Name) **Nicola** (Last Name) Case number *(if known)* **25-01384-JD**

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **20 used bedding sets**<br>Line from *Schedule A/B:* **6** | **$300.00** | ☑ **$300.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **2 used Laptops**<br>Line from *Schedule A/B:* **7** | **$100.00** | ☑ **$100.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **2 used Scanners**<br>Line from *Schedule A/B:* **7** | **$60.00** | ☑ **$60.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **2 used desktop Computers**<br>Line from *Schedule A/B:* **7** | **$150.00** | ☑ **$150.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **2 used Cell phones**<br>Line from *Schedule A/B:* **7** | **$100.00** | ☑ **$100.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **20 used Books (10.00 each)**<br>Line from *Schedule A/B:* **8** | **$200.00** | ☑ **$200.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **7 Sports Memorabilia**<br>Line from *Schedule A/B:* **8** | **$350.00** | ☑ **$350.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **ADA Exercise Machine - HEALTH AIDS**<br>Line from *Schedule A/B:* **9** | **$200.00** | ☑ **$200.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **1 used Elliptical HEALTH AIDS**<br>Line from *Schedule A/B:* **9** | **$50.00** | ☑ **$50.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |

Debtor 2 **Terry** **Frank** **Nicola** Case number *(if known)* **25-01384-JD**
First Name Middle Name Last Name

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **4 used Bicycles**<br>Line from *Schedule A/B*: **9** | **$100.00** | ☑ **$100.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **2 sets of used golf clubs**<br>Line from *Schedule A/B*: **9** | **$60.00** | ☑ **$60.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **Zeidmans encumbered by pawn lien. Descript: Men Wedding Ring 5.05 dwt Dc band Pawn ticket# 378308**<br>Line from *Schedule A/B*: **12** | **$700.00** | ☑ **$172.50**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **Normans encumbered by pawn lien. Descript: Woman's custom made engagement ring**<br>Line from *Schedule A/B*: **12** | **$25,000.00** | ☑ **$3,260.73**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **Service/Support Animal (small dog 8 yr old Shih-Tzu)**<br>Line from *Schedule A/B*: **13** | **$100.00** | ☑ **$100.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **3 Electric Scooters - Medically necessary health aids prescribed for Debtors disability.**<br>Line from *Schedule A/B*: **14** | **$1,500.00** | ☑ **$1,500.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |

Debtor 2 Terry Frank Nicola (First Name / Middle Name / Last Name) Case number *(if known)* 25-01384-JD

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **1 Electric Wheelchair, 1 manual- Medically necessary health aids prescribed for Debtors disability.**<br>Line from *Schedule A/B*: 14 | **$700.00** | ☑ **$700.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **4 Walkers. Medically necessary health aids prescribed for Debtors disability.**<br>Line from *Schedule A/B*: 14 | **$200.00** | ☑ **$200.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **Deep Brain Stimulator Equipment - Medically necessary health aids prescribed for Debtors disability.**<br>Line from *Schedule A/B*: 14 | **$100.00** | ☑ **$100.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **Huntington National Bank**<br>**Checking account**<br>**Acct. No.: 5044**<br>Line from *Schedule A/B*: 17 | **$221.16** | ☑ **$221.16**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(11)** |
| Brief description: **Chase Business Account**<br>**Checking account**<br>**Acct. No.: 0967**<br>Line from *Schedule A/B*: 17 | **$0.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(11)** |
| Brief description: **Anticipated Return**<br>**Federal tax**<br>Line from *Schedule A/B*: 28 | **unknown** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7)** |

Debtor 2 Terry Frank Nicola — Case number *(if known)* 25-01384-JD
First Name / Middle Name / Last Name

**Part 2:** Additional Page

| **Brief description of the property and line on *Schedule A/B* that lists this property** | | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|---|
| Brief description: | **Traceable recovery of misappropriated retirement funds taken from ERISA-protected pension accounts by Polly Nicola, Taybron Law, Mark Harder, and Komatsu in violation of anti-alienation law and the automatic stay; recovery sought includes principal and statutory remedies. Value is estimate of retirement funds Divorce settlement** | **$17,009.82** | ☑ **$17,009.82**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(13)** |
| Line from *Schedule A/B:* | **29** | | | |
| Brief description: | **Prudential Life Insurance** | **unknown** | ☑ **unknown**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 38-63-40(B)** |
| Line from *Schedule A/B:* | **31** | | | |

Debtor 2 **Terry** **Frank** **Nicola** Case number *(if known)* **25-01384-JD**
First Name Middle Name Last Name

**Part 2:** Additional Page

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description: **Traceable recovery of misappropriated retirement funds taken from ERISA-protected pension accounts by Polly Nicola, Taybron Law, Mark Harder, and Komatsu in violation of anti-alienation law and the automatic stay; recovery sought includes principal and statutory remedies.Value is estimate of retirement funds plus statutory remedies; claim contingent and unliquidated.** | **$100,000.00** | ☑ **$100,000.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(13)** |
| Line from *Schedule A/B:* **34** | | ☑ **$100,000.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Jacqueline | Elizabeth | Ard |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Terry | Frank | Nicola |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of South Carolina

Case number (if known) 25-01384-JD

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person ____________________. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X [signature] Jacqueline Ard, Debtor 1

Date 02/18/2026
MM/ DD/ YYYY

X [signature] Terry Nicola, Debtor 2

Date 02/18/2026
MM/ DD/ YYYY