Filed By The Court
04/01/26 9:18 a.m.
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

**Subject**: Compliance Order

Clerk of Court
United States Bankruptcy Court
District of South Carolina
1100 Laurel Street
Columbia, SC 29201-2423

Re: **Jacqueline Elizabeth Ard and Terry Frank Nicola, Appellants, v. John B. Kelchner, et al., Appellees.**

Case No. **9:25-cv-12567-BHH-MHC**

Dear Clerk of Court,

NOTICE TO CLERK OF COURT REGARDING FILING OF REQUIRED APPELLATE DOCUMENTS

Appellant Jacqueline Elizabeth Ard, proceeding pro se, respectfully submits this Notice to the Clerk of Court in connection with compliance with the Court's Order dated March 26, 2026.

Pursuant to that Order, and to ensure that the appellate record is properly completed and the appeal may proceed on the merits, Appellant hereby notifies the Clerk that the Appellant is contemporaneously filing the following documents:

1. **Notice of Current Address and Compliance with Court Order**;
2. **Notice of Clarification and Amendment of Notice of Appeal**;
3. **Statement of Issues to Be Presented on Appeal**; and
4. **Designation of Items to Be Included in the Record on Appeal**.

These filings are submitted in good faith and in full compliance with the Court's directive requiring Appellants to cure procedural deficiencies and properly prosecute this appeal.

Appellant respectfully requests that the Clerk docket these filings accordingly and update the record to reflect Appellant's compliance with the Court's March 26, 2026 Order so that the appeal may proceed to briefing on the merits.

Appellant further confirms that her current and valid mailing address for all correspondence in this matter is:

21215 Dartmouth Drive
Southfield, Michigan 48076

Appellant will promptly notify the Court of any future change of address.

Respectfully submitted,

**Jacqueline E. Ard**
Defendant, Pro Se
Mailing Address:
21215 Dartmouth Dr
Southfield, MI 48076
jacquelineard72@gmail.com